Attorney-Client/Investigation/Executive Privilege

# Q Burke Mountain Resort and Conference Center LP

# Overview of Evidence

**Exhibit 3**

DFR Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

Q Burke Private Placement Memorandum: Business Plan Page 13 - Dated June 14, 2013

## Q BURKE ALL SUITE HOTEL & CONFERENCE CENTER

| | Sq.ft | Est. Cost sq ft | | |
|---|---|---|---|---|
| **SOURCE OF FUNDS** | | See Offering Memorandum Risk Factors: "Forward looking Statements" | | |
| **Total Project Cost** | | | | $ 104,700,000.00 |
| **TOTAL INVESTOR FUNDS *** | | | | $98,000,000 |
| **TOTAL SPONSOR FUNDS** | | | | $6,700,000 |
| * LIMITED PARTNERSHIP INTERESTS: MINIMUM INVESTMENT $500,000: TOTAL $98,000,000 | | | | |
| **HOTEL & CONFERENCE CENTER** | | | Investor Funds | Sponsor Funds |
| | | | $48,695,000 | $3,155,000 |
| TOTAL GROSS ESTIMATED # SQ. FT | 180,000 | | | |
| TOTAL OF 112 SUITES AND COMMON AREA | 107,000 | $294 | $31,458,000 | |
| UNDERGROUND PARKING | 12,000 | $130 | $ 1,560,000 | |
| SHELL COMMERCIAL SPACE | 61,000 | $257 | $15,677,000 | $3,155,000 |
| COMMERCIAL SPACE BUILD OUT | 61,000 | $ 52 | | |
| SUB-TOTAL HOTEL BUILD OUT | | | $48,695,000 | $3,155,000 |
| **ANCILLARY RESORT ACTIVITY PROJECTS** | | | | |
| TENNIS FACILITY | | | $10,200,000 | |
| AQUATIC CENTER | | | $12,350,000 | |
| MOUNTAIN BIKE PARK | | | $4,400,000 | $775,000 |
| **SUB-TOTAL PROJECT BUILD COSTS** | | | $75,645,000 | $3,930,000 |
| UTILITIES AND COMMON AREA INFRASTRUCTURE | | | $3,356,000 | |
| CONSTRUCTION SUPERVISON      15% | | | $11,346,750 | $1,400,000 |
| CONTINGENCIES -      5% | | | $3,782,250 | |
| HOTEL ARCHITECT & DESIGN FEES | | | $1,400,800 | |
| LAND - | | | $2,470,000 | $1,370,000 |

DFR Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

Overview of the case against Q Burke Mountain Resort and Conference Center LP ("Q Burke")

- Misrepresentations in the private placement memorandum regarding the Sponsor's / Resort Owner's (Q Burke Mountain Resorts LLC) planned contribution to the Q Burke Project

- Use of Q Burke investor funds to pay an invoice for another project

- Q Burke failure to abide by the refund representations in the private placement memorandum

Attorney-Client/Investigation/Executive Privilege

DFR Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

## Q Burke PPM and Amended PPM: Business Plan Page 9

The Q Burke Mountain Resort, Hotel and Conference Center, L.P. Project will be the first phase of a multi-year master plan development to occur within Burke Mountain, an Alpine and Nordic ski complex established for over 50 years. The plan is to develop and construct two (2) connected five (5) floor buildings to incorporate 112 new luxury lodging units.

Within the two five story hotel towers and two story central connecting "hub", the Resort Owner will build out the commercial and service space to provide additional guest services, food and beverage outlets, retail outlets and recreational facilities. The Hotel and Commercial Service Unit will comprise a three-unit condominium association. The Limited Partnership will own the Hotel and the Resort Owner will own the Commercial Service Unit.

A stay at Q Burke Mountain Resort, Hotel and Conference Center will be a unique New England Ski Resort experience. Spacious accommodations will include studio, one and two bedroom units. Well-appointed with tasteful alpine décor, the resort will offer some of the finest lodging options in the region.





Attorney-Client/Investigation/Executive Privilege

DFR Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Q Burke PPM and Amended PPM: Business Plan Page 17



Q Burke Mountain Resort, Hotel and Conference Center LP.– Structure of Operations

DFR Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

Q Burke Private Placement Memorandum: Business Plan Page 13 - Dated June 14, 2013

## Q BURKE ALL SUITE HOTEL & CONFERENCE CENTER

| SOURCE OF FUNDS | | | | See Offering Memorandum Risk Factors: "Forward looking Statements" | | |
|---|---|---|---|---|---|---|
| **Total Project Cost** | | | | | $ 104,700,000.00 | |
| **TOTAL INVESTOR FUNDS \*** | | | | | $98,000,000 | |
| **TOTAL  SPONSOR FUNDS** | | | | | | $6,700,000 |
| \* LIMITED PARTNERSHIP INTERESTS: MINIMUM INVESTMENT $500,000; TOTAL $98,000,000 | | | | | | |
| **HOTEL & CONFERENCE CENTER** | | | | Investor Funds | | Sponsor Funds |
| | | | | $48,695,000 | | $3,155,000 |
| COMMERCIAL SPACE BUILD OUT | | 61,000 | $ 52 | | | |
| SHELL COMMERCIAL SPACE | | 61,000 | $257 | | $15,677,000 | $3,155,000 |
| UNDERGROUND PARKING | | 12,000 | $130 | | $ 1,560,000 | |
| TOTAL  OF 112 SUITES AND COMMON AREA | | 107,000 | $294 | | $31,458,000 | |
| TOTAL GROSS ESTIMATED # SQ. FT | | 180,000 | | | | |
| | | Sq.ft | Est. Cost sq ft | | | |
| **SUB-TOTAL HOTEL BUILD OUT** | | | | | | $3,155,000 |
| **ANCILLARY RESORT ACTIVITY PROJECTS** | | | | | $48,695,000 | |
| MOUNTAIN BIKE PARK | | | | | $4,400,000 | $775,000 |
| AQUATIC CENTER | | | | | $12,350,000 | |
| TENNIS FACILITY | | | | | $10,200,000 | |
| **SUB-TOTAL PROJECT BUILD COSTS** | | | | | $75,645,000 | $3,930,000 |
| UTILITIES AND COMMON AREA INFRASTRUCTURE | | | | | $3,356,000 | |
| CONSTRUCTION SUPERVISON    15% | | | | | $11,346,750 | $1,400,000 |
| CONTINGENCIES -    5% | | | | | $3,782,250 | |
| HOTEL ARCHITECT & DESIGN FEES | | | | | $1,400,800 | |
| LAND - | | | | | $2,470,000 | $1,370,000 |

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

- <u>September 30, 2013 – January 31, 2016</u>

  **$59.5 million** representing 119 investors are disbursed from escrow account to three separate Q Burke LP operating accounts:

  1. Raymond James Acct. No. 28847674

  2. Merrill Lynch Acct No. 87-D3530

  3. People's United Acct. No. 6500346886

Q Burke LP
People's United Escrow
75-C009-97-6

Attorney-Client/Investigation/Executive Privilege

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege



$26 million

Q Burke LP
Raymond James
14294772

$59.5 million

Q Burke LP
People's United Escrow
75-C009-97-6
46,472.10

$20 million

Q Burke LP
Merrill Lynch
87-D3530

$13,454,030.31

Q Burke LP
People's United
6500346886

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege



| | | |
|---|---|---|
| PU | $ | 9,144,876.00 |
| PU Escrow | $ | 16,359,218.75 |
| Refund | $ | 500,000.00 |
| Total | $ | 26,004,094.75 |
| Interest | $ | 4,094.75 |

Q Burke LP
People's United
6500346886

$9,144,876

$2,715,000

Q Burke LP
People's United Escrow
75-C009-97-6

$16,359,218.75

$13,644,218.75

Q Burke LP
Merrill Lynch
87-D3530

Q Burke LP
Raymond James
142941772

$26 million

$500,000 refund to Chi
Wing Leung

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP



Attorney-Client/Investigation/Executive Privilege

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege



| | | |
|---|---|---|
| PU Escrow | $ | 13,644,218.75 |
| PU | $ | 20,000,000.00 |
| Total | $ | 33,644,218.75 |

Q Burke LP
People's United Escrow
75-C009-97-6

$13,644,218.75

Q Burke LP
People's United
650034686

$27,216,990

$4,910,000

Q Burke LP
Merrill Lynch
87-D35530
$277,221,42

$20 million

Q Burke LP
Citibank
913899592
$240,000

$5,150,000

$500,000 refund to
Susana Garcia de Sahagun

$500,000 collateral to
Peak CM for Jianming Ju
refund (plus $60 wire fee)

| | | |
|---|---|---|
| Balance | $ | 277,221.42 |
| PU | $ | 27,216,990.00 |
| CB | $ | 5,150,000.00 |
| Refunds | $ | 1,000,060.00 |
| Total | $ | 33,644,255.13 |
| Interest | $ | 52.67 |

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP



$59.5 million

Q Burke LP
People's United Escrow
75-C009-97-6
46,472.10

$26 million

Q Burke LP
Raymond James
14294772

$20 million

Q Burke LP
Merrill Lynch
87-D3530

$13,454,030.31

Q Burke LP
People's United
6500346886

Attorney-Client/Investigation/Executive Privilege

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

| | |
|---|---|
| PU | $ 13,454,030.31 |
| ML | $ 27,216,990.00 |
| PU | $ 9,144,876.00 |
| CB | $ 4,910,000.00 |
| PU | $ 2,715,000.00 |
| To PU | $ 57,440,896.31 |

$27,216,990
$9,144,876
$4,910,000
$2,715,000

$13,454,030.31

Q Burke LP
People's United
6500346886

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

## Accounting of Q Burke Investor Funds

| | | |
|---|---|---|
| Total to PU | $ | 57,440,896.31 |
| RJ Refund | $ | 500,000.00 |
| ML Refund | $ | 500,000.00 |
| CB Balance | $ | 240,000.00 |
| ML Balance | $ | 777,265.13 |
| Escrow Balance | | 46,472.10 |
| Total | $ | 59,504,633.54 |

| | | |
|---|---|---|
| RJ Interest | $ | (4,094.75) |
| ML Interest | $ | (36.38) |
| Escrow Interest | $ | (502.41) |

| | | |
|---|---|---|
| Total | $ | 59,500,000.00 |

**Note**: In addition to the Q Burke investor funds, the Q Burke People's United account received a net amount of $27,063.59 from the Q Burke Mountain Resort.

Attorney-Client/Investigation/Executive Privilege

# Construction of Hotel

| Contract | $ | 50,980,643.00 |
|---|---|---|
| Overages | $ | 240,545.00 |
| Retainage | $ | 45,000.00 |
| Total | $ | 51,266,188.00 |

**AIA Document A133™ – 2009 Exhibit A**

## STIPULATED SUM AMENDMENT
### Guaranteed Maximum Price Amendment

**for the following PROJECT:**
*(Name and address or location)*

Q Burke Mountain Resort Hotel & Conference Center
Burke Mountain Ski Area
East Burke, VT 05832

**THE OWNER:**
*(Name, legal status and address)*

Q Burke Mountain Resort, LLC
Domiciled in East Burke, VT

**THE CONSTRUCTION MANAGER:**
*(Name, legal status and address)*

PeakCM, LLC
459 W Carve Street, Suite #3
Winooski, Vermont 05404
(T) 802-988-1092
(F) 802-988-1093
jpelvin@peakcm.com

### ARTICLE A.1
**§ A.1.1 Contract Sum**
Pursuant to Section 2.2.10 of the Agreement, the Owner and Construction Manager hereby amend the Agreement to establish a stipulated sum Contract Sum with a Contingency as defined below.

§ A.1.1.1 The Contract Sum is Fifty Million Nine Hundred Eighty Thousand Six Hundred Forty-Three dollars ($ 50,980,643 ), subject to additions and deductions by Change Order as provided in the Contract Documents.

**§ A.1.12**
[Not Used.]

*(Paragraphs deleted)*

§ A.1.13 The Contract Sum is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If the Contract Documents permit the Owner to accept other alternates subsequent to the execution of this Amendment, attach a schedule of such other alternates showing the amount for each and the date when the amount expires.)*

See A.1.1.9

AIA Document A133™ – 2009 Exhibit A. Copyright © 1991, 2003 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 11:30:27 on 05/05/2011 under Order No. 5504427290_1 which expires on 09/11/2014, and is not for resale.
User Notes: EXHIBIT F - STIPULATED SUM AMENDMENT

ADDITIONS AND DELETIONS:
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An Additions and Deletions Report that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201™-2007, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.



(1326250000)

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

## Construction of Hotel

Attorney-Client/Investigation/Executive Privilege

### Pre-construction

| Date | Amount | # |
|---|---|---|
| 12/12/2012 | $ 87,886.00 | 1 |
| 1/10/2013 | $ 108,887.00 | 2 |
| 2/11/2013 | $ 208,099.00 | 3 |
| 3/4/2013 | $ 276,201.00 | 4 |
| 3/29/2013 | $ 268,719.00 | 5 |
| 5/6/2013 | $ 217,469.00 | 6 |
| 5/31/2013 | $ 105,549.00 | 7 |
| 7/1/2013 | $ 108,772.00 | 8 |
| 8/5/2013 | $ 65,162.00 | 9 |
| 9/5/2013 | $ 61,998.00 | 10 |
| 10/7/2013 | $ 28,125.00 | 11 |
| 10/31/2013 | $ 28,125.00 | 12 |
| 11/30/2013 | $ 28,125.00 | 13 |
| 1/6/2014 | $ 28,125.00 | 14 |
| 2/3/2014 | $ 28,125.00 | 15 |
| 3/3/2014 | $ 28,125.00 | 16 |
| 4/1/2014 | $ 28,125.00 | 17 |
| 4/10/2014 | $ (28,125.00) | 18 |
| 6/30/2014 | $ 9,007.00 | 19 |
| 7/31/2014 | $ 49,762.00 | 20 |
| 8/31/2014 | $ 30,553.00 | 21 |
| 10/1/2014 | $ 46,774.00 | 22 |
| 10/31/2014 | $ 40,039.00 | 23 |
| 11/30/2014 | $ 16,763.00 | 24 |
| 12/31/2014 | $ 33,701.00 | 25 |
| 1/31/2015 | $ 20,437.00 | 26 |
| 2/28/2015 | $ 30,403.00 | 27 |
| 3/31/2015 | $ 10,047.00 | 28 |
| 4/30/2015 | $ 11,668.00 | 29 |
| 5/31/2015 | $ 8,557.00 | 30 |
| 6/30/2015 | $ 8,245.00 | 31 |
| 7/31/2015 | $ 11,089.00 | 32 |
| 8/31/2015 | $ 7,549.00 | 33 |
| 9/30/2015 | $ 8,973.00 | 34 |
| 10/31/2015 | $ 11,813.00 | 35 |
| 12/1/2015 | $ 13,389.00 | 36 |
| Total | $2,046,261.00 | |

### Construction

| Date | Amount | # |
|---|---|---|
| 9/30/2013 | $ 43,130.00 | 1 |
| 10/31/2013 | $ 40,683.00 | 2 |
| 11/30/2013 | $ 37,421.00 | 3 |
| 4/30/2014 | $ 200,000.00 | 4 |
| 5/31/2014 | $ 200,000.00 | 5 |
| 6/30/2014 | $ 515,000.00 | 6 |
| 7/31/2014 | $ 593,664.00 | 7 |
| 8/31/2014 | $ 1,419,091.00 | 8 |
| 9/30/2014 | $ 1,485,744.00 | 9 |
| 10/31/2014 | $ 2,574,128.00 | 10 |
| 11/30/2014 | $ 3,289,360.00 | 11 |
| 12/31/2014 | $ 3,016,736.00 | 12 |
| 1/31/2015 | $ 3,710,400.00 | 13 |
| 2/28/2015 | $ 2,877,637.00 | 14 |
| 3/31/2015 | $ 2,244,228.00 | 15 |
| 4/30/2015 | $ 2,882,231.00 | 16 |
| 5/31/2015 | $ 3,021,856.00 | 17 |
| 6/30/2015 | $ 3,772,745.00 | 18 |
| 7/31/2015 | $ 3,521,137.00 | 19 |
| 8/31/2015 | $ 3,095,879.00 | 20 |
| 9/30/2015 | $ 3,518,271.00 | 21 |
| 10/31/2015 | $ 2,974,176.00 | 22 |
| 11/30/2015 | $ 2,943,671.00 | 23 |
| 12/31/2015 | $ 3,198,994.00 | 24 |
| Retainage | $ 45,000.00 | |
| Total | $ 51,221,182.00 | |

DFR Overview of Evidence

Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

Q Burke Private Placement Memorandum: Business Plan Page 13 - Dated June 14, 2013

## Q BURKE ALL SUITE HOTEL & CONFERENCE CENTER

| SOURCE OF FUNDS | | | See Offering Memorandum Risk Factors: "Forward looking statements" | |
|---|---|---|---|---|
| **Total Project Cost** | | | $ 104,700,000.00 | |
| **TOTAL INVESTOR FUNDS \*** | | | $98,000,000 | |
| **TOTAL SPONSOR FUNDS** | | | $6,700,000 | |
| * LIMITED PARTNERSHIP INTERESTS: MINIMUM INVESTMENT $500,000: TOTAL $98,000,000 | | | | |
| **HOTEL & CONFERENCE CENTER** | | | Investor Funds | Sponsor Funds |
| | | | $48,695,000 | $3,155,000 |
| | Sq.ft | Est. Cost sq ft | | |
| TOTAL GROSS ESTIMATED # SQ. FT | 180,000 | | | |
| TOTAL OF 112 SUITES AND COMMON AREA | 107,000 | $294 | $31,458,000 | |
| UNDERGROUND PARKING | 12,000 | $130 | $ 1,560,000 | |
| SHELL COMMERCIAL SPACE | 61,000 | $257 | $15,677,000 | |
| COMMERCIAL SPACE BUILD OUT | 61,000 | $ 52 | | $3,155,000 |
| SUB-TOTAL HOTEL BUILD OUT | | | $48,695,000 | $3,155,000 |
| **ANCILLARY RESORT ACTIVITY PROJECTS** | | | | |
| TENNIS FACILITY | | | $10,200,000 | |
| AQUATIC CENTER | | | $12,350,000 | |
| MOUNTAIN BIKE PARK | | | $4,400,000 | $775,000 |
| **SUB-TOTAL PROJECT BUILD COSTS** | | | $75,645,000 | $3,930,000 |
| UTILITIES AND COMMON AREA INFRASTRUCTURE | | | $3,356,000 | $1,400,000 |
| CONSTRUCTION SUPERVISON 15% | | | $11,346,750 | |
| CONTINGENCIES - 5% | | | $3,782,250 | |
| HOTEL ARCHITECT & DESIGN FEES | | | $1,400,800 | |
| LAND - | | | $2,470,000 | $1,370,000 |

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

## Use of Q Burke investor funds to pay an invoice for another project



Q Burke LP
People's United
6500346886

$1,213,626.00
April 15, 2013

Jay Construction
Management
Acct #1581174

$1,213,626.00
April 15, 2013

Dew Construction

Attention:    Mr. Joel Burstein
              Raymond James & Associates

Date:         April 18th, 2014

Subject:      Wire Transfer

Joel,

Please transfer funds from Jay Construction Management Raymond James
account #158113274 to:

Bank Name:       Northfield Savings Bank
                 33 South Main St Northfield VT 05663
                 802.485.5971
ABA #            211672683
Beneficiary:     DEW Construction Corporation
Beneficiary Account #: 6200009201
Amount:          $ 1,213,626.00 (on account)
Purpose:         JCM Jay Peak Lodge & Townhouses LP and Jay Peak Hotel Suites
Stateside LP

DFR Overview of Evidence

Q Burke Mountain Resort and Conference Center LP

Q Burke Private Placement Memorandum: Business Plan Page 13 - Dated June 14, 2013

Attorney-Client/Investigation/Executive Privilege

## Q BURKE ALL SUITE HOTEL & CONFERENCE CENTER

| SOURCE OF FUNDS | | | See Offering Memorandum Risk Factors: "Forward looking Statements" |
|---|---|---|---|
| **Total Project Cost** | | | $ 104,700,000.00 |
| **TOTAL INVESTOR FUNDS *** | | | $98,000,000 |
| **TOTAL SPONSOR FUNDS** | | | $6,700,000 |
| * LIMITED PARTNERSHIP INTERESTS: MINIMUM INVESTMENT $500,000: TOTAL $98,000,000 | | | |

| HOTEL & CONFERENCE CENTER | | | | Investor Funds | Sponsor Funds |
|---|---|---|---|---|---|
| | | | | $48,695,000 | $3,155,000 |
| TOTAL GROSS ESTIMATED # SQ. FT | Sq.ft | Est. Cost sq ft | | | |
| | 180,000 | | | | |
| TOTAL OF 112 SUITES AND COMMON AREA | 107,000 | $294 | $31,458,000 | | |
| UNDERGROUND PARKING | 12,000 | $130 | $ 1,560,000 | | |
| SHELL COMMERCIAL SPACE | 61,000 | $257 | $15,677,000 | | $3,155,000 |
| COMMERCIAL SPACE BUILD OUT | 61,000 | $ 52 | | | |
| SUB-TOTAL HOTEL BUILD OUT | | | | $48,695,000 | $3,155,000 |
| ANCILLARY RESORT ACTIVITY PROJECTS | | | | | |
| TENNIS FACILITY | | | | $10,200,000 | |
| AQUATIC CENTER | | | | $12,350,000 | |
| MOUNTAIN BIKE PARK | | | | $4,400,000 | $775,000 |
| SUB-TOTAL PROJECT BUILD COSTS | | | | $75,645,000 | $3,930,000 |
| UTILITIES AND COMMON AREA INFRASTRUCTURE | | | | $3,356,000 | |
| CONSTRUCTION SUPERVISON    15% | | | | $11,346,750 | $1,400,000 |
| CONTINGENCIES -    5% | | | | $3,782,250 | |
| HOTEL ARCHITECT & DESIGN FEES | | | | $1,400,800 | |
| LAND - | | | | $2,470,000 | $1,370,000 |

Attorney-Client/Investigation/Executive Privilege

Overview of Evidence

Q Burke Mountain Resort and Conference Center LP

Anticipated defense to use of Q Burke investor funds to pay an invoice for another project

| Row Labels | Sum of Amount |
|---|---|
| ⊞ PeakCM | ($46,862,587.06) |
| ⊞ NECS | ($5,845,363.20) |
| ⊞ Land Sale | ($2,470,000.00) |
| ⊞ JCM | ($1,213,626.00) |
| ⊞ Ellen F. Ng | ($500,000.00) |
| ⊞ Quiros Controlled Entity | ($434,550.02) |
| ⊞ Other Vendors | ($108,240.39) |
| ⊞ Bank Fee | ($1,441.38) |
| ⊞ Q Burke LP Escrow | $16,169,030.31 |
| ⊞ Q Burke LP | $41,271,866.00 |

Total 15% Fee: $11,346,750

15% of Work Completed to Date: $7,029,388.05

Non Q Burke items:
$1,213,626 – Invoice Payment
$5,845,363.20 – NECS Fees
$434,550.02 – Funds to Quiros Entities

Total: $7,493,539

Overview of Evidence
Q Burke Mountain Resort and Conference Center LP

Attorney-Client/Investigation/Executive Privilege

- Q Burke failure to abide by the refund representations in the private placement memorandum

- ## Q **Burke Investor Jianming Ju**

  Page 29 of PPM:

  In the event an investor's I-526 petition is denied at any time, the investor's rights are limited solely to the return of the investor's $500,000 capital contribution from the Partnership within ninety (90) days of written request therefore to the General Partner. In such case the administration fee will be retained by the Limited Partnership to partially compensate it for its costs incurred to date to develop the Project and prepare and distribute the Offering Memorandum.

- Investor I-526 petition is denied and refunded requested on June 19, 2015; general partner conceded that ninety days is September 16, 2015; and payment not made until November 13, 2015 (funded by Peak CM)

- ## Q **Burke Investor Pun Sarasas**

- Investor received re-subscription letter on August 18, 2015, notified general partner on September 30, 2015 that he would not re-subscribe and is notified by general partner that $500,000 investment will be returned on December 31, 2015. Investor has not yet been refunded

# State of Vermont
## Department of Financial Regulation
## Confidential Material

Project Overview prepared by the Securities Division of the Department of Financial Regulation (the "Department") for the Department's General Counsel's Office

**Subject to: (i) Executive Privilege; (ii) Deliberative Process Privilege; (iii) Attorney-Client Privilege; and (iv) Attorney-Work Product**

Vermont Department of Financial Regulation


VERMONT

1

5763072

# Overview of Jay Peak Ownership

- In 1978, Mont St. Sauveur International Inc. (the "Original Owner") Purchased Jay Peak, Inc. ("Jay Peak")

- Since 1984, Bill Stenger has served as president of Jay Peak and Ariel Quiros was a home owner at Jay Peak

- Mr. Stenger contemplated two EB-5 Projects while Jay Peak was under the Original Owners Control

  - Tram House or Phase I - called for the construction of 57-unit hotel estimated to cost $17,500,000

  - Phase II- called for the construction of a larger 120-unit hotel estimated to cost $78,500,000

- The Phase I MOU with ACCD is dated December 21, 2006 and the PPM is dated late 2006 to early 2007 (estimated to have project completed by April 2007 – actually opened December 2009).

- The Phase II MOU with ACCD is dated July 29, 2008 and the PPM is dated March 2008 (estimated to have project completed by September 2012 – actually opened in late 2012/early 2013)

- It is the Department's understanding that both EB-5 Projects were being solicited, and investor money was being escrowed in separate Chittenden Bank/Trust accounts, while Jay Peak was under the Original Owners Control

- On July 2, 2008 the sale of Jay Peak, Inc. to Q-Resorts, Inc. was announced

- The sale price was not disclosed, but the Department understands the initial purchase price to be approximately $15M with subsequent adjustments of approximately $8.5M for an approximate total purchase price of $23.5M



Sale of Jay Peak, Inc. Stock

$23.5M

2

5763073

Overview of Jay Peak EB-5 Projects with current MOUs with the State of Vermont

1. **Tram House or Phase One** - A real estate project that raise $17,500,000 from 35 investors.

2. **Phase Two** - A real estate project that raise $75,000,000 from 146 investors.

3. **Jay Peak Penthouse Suites** - A real estate project that raised $33,000,000 from 66 investors.

4. **Jay Peak Golf & Mountain Suites** - A real estate project that raised $45,000,000 from 90 investors.

5. **Jay Peak Townhouses** - A real estate project that raised $44,000,000 from 88 investors.

6. **Jay Peak Hotel Suites Stateside** - A real estate project that raised $66,500,000 from 133 investors.

7. **AnC Bio Vermont** - A biomedical project that raised $73,500,000 from 147 investors and is currently seeking approval from the Vermont Regional Center to raise an additional $36,500,000.

8. **Q-Burke Mountain Resort, Hotel and Conference Center** - A real estate project that raised $17,500,000 from 35 investors and is currently seeking approval from the Vermont Regional Center to raise an additional $80,500,000.

3

5763074

# Overview of Project Bank Accounts

- The Department Understands that each EB-5 Project maintains a separate People's United Bank (formally Chittenden Bank) account in which individual investors wire their $500,000 investment and $50,000 administrative fee

- The Department understands that some entities controlled by Mr. Quiros maintain bank accounts in Miami, Florida at HSBC Bank

- The following is an illustration of the disclosed use of funds for a typical Jay Peak, Inc. Project:



Contractual Payments

$500,000 investment
$50,000 administrative fee

4

5763075

# Overview of Project Bank and Brokerage Accounts

- Each project and some related parties maintain a sub-layer of Raymond James Accounts as detailed below:

| Name | Account Number | Name | Account Number |
|---|---|---|---|
| Q.Resorts Inc | 14294772 | Quiros ANC BIO GP Jay Peak Bio Med | 54128224 |
| GSI of Dade County Inc | 60321932 | Quiros ANC Bio VT | 24504996 |
| Jay Peak Inc | 28102589 | Quiros Ariel & Ary | 60361918 |
| Jay Construction Management Inc LP | 15811174 | Quiros Ariel & Okcha | 60307460 |
| Quiros Stateside | 54073066 | Q.Burke Mtn Res Hotel & Conf Ctr | 28847674 |
| Jay Peak Hotel Suites LP (Miami) | 60350726 | Q.Burke Mountain Resort | 28847749 |
| Jay Peak Hotel Suites LP (Vermont) | 54040698 | Q.Burke Mountain Resort LLC | 29209805 |
| Jay Peak Hotel Suites LP 1 | 54046365 | Jay Peak PHS | 60379503 |
| Jay Peak Hotel Suites LP 2 | 54046370 | Jay Peak Lodge & Towhouses LP | 54071581 |
| Golf & Mountain | 54069776 | Unknown | 54046389 |

- The Department understands a cross collateralization agreement covered all of the Raymond James Accounts – allowing the account holders to operate phantom accounts whose sole purpose was to incur margin loans and transfer the proceeds to various other operating accounts (i.e. Jay Peak, Inc. and Jay Peak Hotel Suites LP (Miami) each incurred over $20M dollars of margin loan within the first six months of the accounts opening)

- The Financial Advisor associated with the Raymond James Accounts is Joel Burstein, Jr., husband to Nicole Quiros Burstein, daughter to Ariel Quiros and sister to Ary Quiros

- The Department understands that in December 2014, Raymond James called the outstanding margin and forced the closure of all Raymond James Accounts.

- The Department understands that Raymond James funds were transferred to certain brokerage accounts at J.P. Morgan Chase before those accounts were shuttered by the Bank.

- The Department understands that J.P. Morgan Chase funds were transferred to certain brokerage accounts at Merrill Lynch; such accounts are presumably still open.

5763076

# Overview of Phase I and Phase II EB-5 Projects 2006 to June 16, 2008

**COLOR KEY**
Red = People's United Account
Green = Raymond James
White = Third Party Seller



Mont St. Sauveur International Inc

Jay Peak, Inc.



Phase I was over subscribed so investors were given the opportunity to invest in Phase II which received approximately $7.6 million before June 16, 2008

↓

Chittenden Acct # Unknown



EB-5 Investors

$500K

Chittenden Trust Acct # unknown

Between March 30, 2007 and June 16, 2008 - $12 million moved from the Chittenden Trust account to the Jay Peak Hotel Suites LP account in $500,000 increments

↓

Jay Peak Hotel Suites LP Acct # 16521221

6



Bill Stenger and Ariel Quiros Purchase of Jay Peak
June 20, 2008 Letter to Ariel Quiros and Joel Bernstein

**COLOR KEY**
Red = People's United Account
Green = Raymond James
White = Third Party Seller

Spiegel Sohmer → Mont St. Sauveur International Inc → Jay Peak, Inc.

Chittenden Trust
Acct # unknown → Jay Peak Hotel Suites LP
Acct # 16521221

$8 M - 6/16/2008
$3 M - 6/17/2008 → Jay Peak Hotel Suites LP (Vermont I)
Account # 54040698

Chittenden
Acct # Unknown → Jay Peak Hotel Suites LP (Vermont II)
Acct # 54046389

$7 M - 6/20/2008

5763078



Bill Stenger and Ariel Quiros Purchase of Jay Peak

- Q-Resorts – May 16, 2008
- Jay Peak Hotel Suites I LP – June 16, 2008
- Jay Peak Hotel Suites II LP – June 16, 2008

**COLOR KEY**
Red = People's United Account
Green = Raymond James
White = Third Party Seller

Spiegel Sohmer

Mont St. Sauveur International Inc

Jay Peak, Inc.

Q-Resorts
Acct # 14294772

May 16, 2008

Jay Peak Hotel Suites I LP
Acct # 54046565

June 16, 2008

Jay Peak Hotel Suites II
Phase II
Acct # 54046370

June 16, 2008

Chittenden Trust
Acct # unknown

Jay Peak Hotel Suites I LP
Acct # 16521221

$8 M -6/16/2008
$3 M -6/17/2008

Jay Peak Hotel Suites
LP (Vermont I)
Account # 54040698

Jay Peak Hotel Suites
LP (Vermont II)
Acct # 54046389

$7 M -6/20/2008

Chittenden
Acct # Unknown

8

5763079



June 23, 2008 - Closing of Resort Purchase

**COLOR KEY**
Red = People's United Account
Green = Raymond James
White = Third Party Seller

Jay Peak, Inc.

Mont St. Sauveur International Inc

Total
$13.5 M

Spiegel Sohmer

$13.5 M

Q-Resorts
Acct # 14294772

$6.0 M

$7.6 M

Jay Peak Hotel Suites II Phase II
Acct # 54046370

Jay Peak Hotel Suites I LP Phase I
Acct # 54046365

$7 M

$11 M

Chittenden
Acct # Unknown

Jay Peak Hotel Suites LP (Vermont II)
Acct # 54046389

Jay Peak Hotel Suites LP (Vermont I)
Account # 54040698

Jay Peak Hotel Suites LP
Acct # 16521221

Chittenden Trust
Acct # unknown

$7 M -6/20/2008

$3 M -6/17/2008

$8 M -6/16/2008

9

5763080



July 1, 2008 - Inter-Company Raymond James Activity

Mont St. Sauveur International Inc

Spiegel Sohmer

Total
$15M

$1.5 M

Q-Resorts
Acct # 14294772

Jay Peak, Inc.

$600 K

People's United
Acct # Unknown

$1 M

Jay Peak Hotel Suites LP
Acct # 16521221

10



5763082



September 5, 2008 - Inter-Company Raymond James Activity

Mont St. Sauveur International Inc

Total
$16.5M

Spiegel Sohmer

$500K

Q-Resorts
Acct # 1494772

$500K

Chittenden Trust
Acct # Unknown

$1M on 9/4/2008

Jay Peak Hotel Suites II
Phase II
Acct # 5404570

People's United
Acct # Unknown

Jay Peak Hotel Suites I LP
Phase I
Acct # 5404565

Unknown Raymond
James Account
Acct # 5404589

Jay Peak Hotel Suites
LP (Vermont)
Account # 5404698

Chittenden Trust
Acct # Unknown

12

5763083



September 26, 2008 - Inter-Company Raymond James Activity

Mont St. Sauveur International Inc.

Total
$19M

Spiegel Sommer

$2.5M

Q-Resorts
Acct # 14294772

$3M
Remainder on Margin
Loan

Jay Peak Hotel Suites I LP
Phase I
Acct # 54046565

People's United
Acct # Unknown

Jay Peak Hotel Suites II
Phase II
Acct # 54046570

Chittenden Trust
Acct # Unknown

$1.5M on 9/23/2008

$1.3M on 9/24/2008

Jay Peak Hotel Suites
LP (Vermont)
Account # 54040698

Unknown Raymond
James Account
Acct # 54046389

Chittenden Trust
Acct # Unknown

13

5763084

**Overview of Account Signatories on June 23, 2015**

Spiegel Sohmer

Mont St. Sauveur
International Inc

**COLOR KEY**
Red = People's United Account
Green = Raymond James
White = Third Party Seller

Ariel Quiros

Q-Resorts
Acct # 1429772

Chittenden Trust
Acct # unknown

Jay Peak Hotel Suites LP
Acct # 16521221

Michele Beauchemin
Louis Dufour
Louis Hébert
Chantal Nadeau

Jay Peak Hotel Suites I LP
Phase I
Acct # 54046365
- Jay Peak Management
  - Ariel Quiros

Jay Peak Hotel Suites
LP (Vermont I)
Account # 54040698
- Jay Peak Management
  - Bill Stenger
  - Louis Hébert
  - Louis Dufour

Jay Peak Hotel Suites II
Phase II
Acct # 54046370
- Jay Peak Management
  - Ariel Quiros

Jay Peak Hotel Suites
LP (Vermont II)
Acct # 54046389
- Jay Peak Management
  - Bill Stenger

Chittenden
Acct # Unknown

14

5763085



Co-Mingling of Funds 2009 until Account Closing
Jay Peak Inc. & Jay Peak Hotel Suites LP (Miami) maintained margin loans consistently over $20M

5763086



## Co-Mingling of Funds 2009 until Account Closing

Jay Peak Stateside
Account #28102589

Q-Resorts
Account #14294772

COLTAF.
Account # Unknown

Previous Owners of
Q-Burke Resorts

Jay Construction
Management, Inc.
Account #15811174

People's United
Account # Unknown

$18.2M
Same day as $19.2M transfer
to Jay Peak Inc.

$21.2M

$7M

$11.9M

$5.7M

Jay Peak Inc.
Account #28102589

| Account # 28102589 – Opened Feb 28, 2012 | | | |
|---|---|---|---|
| Date | In | Out | Margin Balance |
| 2/29/2012 | | $5.7M | ($5.7M) |
| 4/3/2012 | | $3.9M | ($9.6M) |
| 4/3/2012 | | $8M | ($17.6M) |
| 4/26/20012 | $3.9M | | ($13.7M) |
| 5/31/2012 | | $7M | ($20.7M) |
| 2012 Margin Interest Pay $269k | | | ($20.9M) |
| 11/15/2013 | $500K | | ($20.4M) |
| 12/16/2013 | $500K | | ($19.9M) |
| 2013 Margin Interest Pay $373k | | | ($19.8M) |
| 1/15/2014 | $500K | | ($19.8M) |
| 2/18/2014 | $500K | | ($19.2M) |
| 3/5/2014 | $19.2M | | $0 |

16

5763087



5763088

# Q-Burke Overview



1)  Hotel and Convention Center

2)  Tennis Center

3)  Indoor Pool

4)  Bike Center

General Partnership

Limited Partnership

Q-Burke Resort

18

## Vermont Land Gains Tax Avoidance

- On September 16, 2011, GSI of Dade County, Inc. purchased a .25 acre property from James & Mary Ann Mulkin for $3,150,000.

- On December 12, 2012, GSI of Dade County, Inc. ("Seller") subdivided approximately 7 acres and sold this parcel to Jay Peak Biomedical Research Park, L.P. ("Buyer") for $6,000,000.

- The 7 acre parcel contained an improvement valued by the Newport, Vermont Tax Assessor at $1,863,900.

- Vermont Tax Law requires the filing of Vermont Land Gains Tax Return (Form LC-2) within 30 days of the transaction regardless of whether there is a gain.

- The Seller clearly received a substantial land gains on this transaction.

- When a transaction triggers the land gains tax, Vermont Tax Law requires the Buyer to (i) withhold 10% of the purchase price, or (ii) pay the actual tax due if greater than 10% of the sales price.

- The Department is in possession of two wire transfers from the Buyer to the Seller (i) the first is in the amount of $3,000,000 dollars from the Buyer to the Seller on December 12, 2012; and (ii) the second is in the amount of $3,000,000 dollars from the Buyer to the Seller on April 9, 2013.

- The Buyer clearly did not withhold and transmit the land gains tax due to the Vermont Tax Department at the time of the sale on December 12, 2012.

- The amount of land gains owed decreases substantially the longer one holds the property.

- The Department recently discovered and confirmed that the 7 acres parcel sold to the Buyer on December 12, 2012 is still titled in the name of the Seller.

5763090

# State of Vermont
# Department of Financial Regulation
## Confidential Material

Project Overview prepared by the Securities Division of the Department of Financial Regulation (the "Department") for the Department's General Counsel's Office

**Subject to: (i) Executive Privilege; (ii) Deliberative Process Privilege; (iii) Attorney-Client Privilege; and (iv) Attorney-Work Product**

**Vermont Department of Financial Regulation**



1



**June 23, 2008 - Inter-Company Raymond James Activity**

- Q-Resorts Account Opened and First Transaction
- First Transaction for Jay Peak Hotel Suites I (opened 6/16/2008)
- First Transaction for Jay Peak Hotel Suites II (opened 6/16/2008)
- June 16, 2008 First Transaction for Jay Peak Hotel Suites LP (Vermont) (opened May 21, 2008)
- Deal Announced July 2, 2008
- Phase I and II Investor Funds were raised to build hotels and were used to purchase Jay Peak, Inc.



Co-Mingling of Funds 2009 until Account Closing

Previous Owners of Q-Burke Resorts

$18.2M –
Same day as $19.2M transfer
to Jay Peak Inc.

People's United
Account # Unknown

Jay Construction
Management, Inc.
Account #

$21.2M
Margin
Paid

CO.LTAF.
Account # Unknown

$7M –
Margin
Debt

Q-Resorts
Account #

$11.9M –
Margin
Debt

Jay Peak Stateside
Account #28102589

$5.7M –
Margin
Debt

Jay Peak Inc.
Account #28102589

| Account # 28102589 – Opened Feb 28, 2012 | | | |
|---|---|---|---|
| Date | In | Out | Margin Balance |
| 2/29/2012 | | $5.7M | ($5.7M) |
| 4/3/2012 | | $3.9M | ($9.6M) |
| 4/3/2012 | | $8M | ($17.6M) |
| 4/26/2012 | $3.9M | | ($13.7M) |
| 5/31/2012 | | $7M | ($20.7M) |
| 2012 Margin Interest Pay $269K | | | ($20.9M) |
| 11/15/2013 | $500K | | ($20.4M) |
| 12/16/2013 | $500K | | ($19.9M) |
| 2013 Margin Interest Pay $373K | | | ($20.7M) |
| 1/15/2014 | $500K | | ($19.8M) |
| 2/18/2014 | $500K | | ($19.2M) |
| 3/5/2014 | $19.2M | | $0 |

# GSI of Dade County Transactions



AnC Bio VT GP Services, LLC

12/12/12 - $3,000,000
4/9/13 - $3,000,000

GSI Dade County, Inc.

Peoples United

4/8/13 - $300,000
4/8/13 - $14,215

AnC Bio VT, LLC

11/25/14 - $323,420
Account Closed by RJA

GSI Dade County, Inc.

Jay Peak Hotel Suites (Phase I)

2/24/12 - Paid off Margin

Q Resorts

7/31/09 - $1,000,000
Margin Debt

Jay Peak, Inc.

2/9/12 – 1,000,000

GSI Dade County, Inc.

6/2008-7/2014

Q Resorts

$21,500,000
75 Transactions

GSI Dade County, Inc.



# Flow of Q-Resorts Funds

# State of Vermont

## Department of Financial Regulation
### Confidential Material

Project Overview prepared by the Securities Division of the Department of Financial Regulation (the "Department") for the Department's General Counsel's Office

**Subject to: (i) Executive Privilege; (ii) Attorney-Client Privilege; and (iii) Attorney-Work Product**

Vermont Department of Financial Regulation



VERMONT

1

0159524

## Jay Peak EB-5 Overview Table of Contents

1) Executive Summary

2) The Purchase of the Jay Peak Resort

3) Backfilling: Paying Old Project Expenses with New Investor Money

4) The Purchase of the AnC Bio Project Site

5) The Purchase of the Q Burke Project Site

0159525

0159525

## Executive Summary: Overview of Jay Peak EB-5 PPMs

- Investment into each of the eight Jay Peak EB-5 Projects is made pursuant to a separate private placement memorandum.

- Generally, in exchange for the $500,000 investment and an additional $50,000 administrative fee, foreign investors receive a limited partnership interest in one of the eight Jay Peak EB-5 Projects.

- Limited partnerships are managed by a general partner; generally an entity owned by Bill Stenger and/or Ariel Quiros serves as the general partner.

- Foreign investors invest in the Jay Peak EB-5 Projects for three primary reasons (i) to obtain permanent resident immigration status in the United States; (ii) to received quarterly distributions of project income (split 50/50 with the general partner); and (iii) to achieve a liquidity event with the prospect of making a profit on their original $500,000 investment.

Examples of Jay Peak EB-5 Project PPMs Deficiencies:

— Lack material information, specifically regarding significant conflicts of interest;

— Sale of real estate to the limited partnerships at excessively inflated prices without appraisals or any reasonable basis for the sale price;

— A number of other projects are built on land leased to the limited partners that reverts back to the project principles in 10 +/- years; and

— Revenue sharing agreements that are significantly out of line with industry standards.

3

0159526

# Executive Summary: Overview of Jay Peak EB-5 Projects

**Jay Peak Resort**

1) Phase 1
2) Phase 2
3) Penthouse Suites
4) Golf & Mountain
5) Lodge & Townhouse
6) Stateside



7) AnC Bio

**Newport, Vt.**

8) Q Burke

**Q Burke Resort**

4

0159527

0159527

# Executive Summary: Anticipated Flow of Funds



| investor funds → | Phase 1 Trust Account | → | Phase 1 Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | Phase 2 Trust Account | → | Phase 2 Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | Penthouse Trust Account | → | Penthouse Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | Golf & Mt. Trust Account | → | Golf & Mt. Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | Lodge & TH Trust Account | → | Lodge & TH Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | Stateside Trust Account | → | Stateside Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | AnC Bio Trust Account | → | AnC Bio Operating Acct | → | Vendor Payments & Complete Project |
| investor funds → | Q Burke Trust Account | → | Q Burke Operating Acct | → | Vendor Payments & Complete Project |

0159528

0159528

Executive Summary: Actual Flow of Funds



0159529

## Resulting Financing Gap

| Project | Jay Peak Hotel Suites, LP | Jay Peak Hotel Suites Phase II, LP | Jay Peak Penthouse Suites, LP | Jay Peak Golf & Mountain Suites, LP | Jay Peak Lodge & Townhouses, LP | Jay Peak Hotel Suites Stateside, LP | Jay Peak Biomedical Research Park, LP | Q Burke Mountain Resort, Hotel and Conference Center, LP | Total |
|---|---|---|---|---|---|---|---|---|---|
| Total Investors per Offering | 35 | 150 | 65 | 90 | 90 | 136 | 147 | 83 | 796 |
| Total Investment Raised | $17,500,000.00 | $75,000,000.00 | $32,500,000.00 | $45,000,000.00 | $45,000,000.00 | $68,000,000.00 | $73,500,000.00 | $48,500,000.00 | $398,000,000.00 |
| Contractor | DEW | DEW | DEW | DEW | DEW | DEW | PeakCM | PeakCM | |
| Construction Completed | Yes | Yes | Yes | Yes | Yes | No | No | No | |
| Cost to complete construction | N/A | N/A | N/A | N/A | N/A | $32,039,000.00 | $68,462,804.00 | $49,514,500.00 | |
| Remaining Investor Funds | N/A | N/A | N/A | N/A | N/A | $200,000.00 | $3,500,000.00 | $1,000,000.00 | |
| Investor Funds that may be raised via PPMs | N/A | N/A | N/A | N/A | N/A | N/A | $36,500,000.00 | $49,500,000.00 | |
| Financial Gap | N/A | N/A | N/A | N/A | N/A | ($31,839,000.00) | ($28,462,804.00) | $985,500.00 | ($59,316,304.00) |

0159530

0159530

# Executive Summary: Project Timeframes



Diverted to buy
Jay Peak Resort

($28,000,000)

Raymond James Margin Acct No.
60350726 ($25,000,000)

Helped cover the gap
created by purchasing
the resort by helping to
finance Phases I & II

Golf & Mt.
and Lodge &
TH Investor
Monies

Raymond James Margin Acct No.
28102589 ($25,000,000)

Helped cover the gap created
by helping to finance Phases
I & II by helping to finance
Golf & Mt and Lodge & TH

AnC Bio
Investor
Money

Raymond James
Margin Call

Phase I

Phase II

Penthouse

Golf & Mt.

Lodge & Townhouse

Stateside

AnC Bio

Q Burke

JPM

Merrill Lynch

Citibank
($11,000,000)

12/23/2008    2/10/2009    2/29/2012    3/5/2014    Today

0159531

0159531

# Executive Summary: The Raymond James Relationship



Joel Burstein
Florida Licensed Broker-Dealer
Raymond James Client - Ariel Quiros
and Associates

Wife

Daughter

Nicole Quiros Burstein

0159532

9

# The Purchase of Jay Peak Resort

0159533

0159533

## Purchase of Jay Peak Resort: History of Jay Peak

- Jay Peak, Inc. was incorporated in 1955 and has operated the Jay Peak Resort since 1957

- In 1978, Jay Peak, Inc. was purchased by SSVR and since 1984 Bill Stenger has operated the Resort as its President

- In 2006, ACCD approved the first Jay Peak EB-5 Project — Jay Peak Hotel Suites Phase I, L.P. ("Phase I")

- In 2008, ACCD approved the second Jay Peak EB-5 Project — Jay Peak Hotel Suites Phase II, L.P. ("Phase II")

11

0159534

# Purchase of Jay Peak Resort: Corporate Structure



0159535

0159535

# Purchase of Jay Peak Resort: Raising Capital



- As of June 23, 2008:

- Phase I raised $17.5 million, of which, $12.5 million had been released from escrow and available to spend on Tram Haus construction.

- Phase II raised $7.5 million, of which, $7.0 million had been released from escrow and was available to spend on Jay Hotel, Ice Rink and Water Park construction.

0159536

# Phase 1 Investor Brian Goulding

March 5, 2007

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:    Brian Goulding

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: March 5, 2007

Escrow Amount: $500,000.00
Admin Fee Amount: $50,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

0159537

0159537

# Phase 1 Investor Anthony Korda

September 15, 2006

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:      Anthony Korda

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: September 15, 2006                    Amount: $    10,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea
Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

15

0159538

# Phase 1 Investor Anthony Korda

October 13, 2006

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:      Anthony Korda

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: October 13, 2006          Amount: $   490,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

0159539

0159539

# Phase 1 Investors Qaiser and Asma Rassaq

March 5, 2007

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:      Qaiser Razzaq

Dear Mr. Hulme:

Please accept this letter as confirmation of receipt for all funds received from Qaiser Razzaq in regards to the Jay Peak Escrow as follows:

| | | |
|---|---|---|
| Date: June 6, 2006 | Amount: $ 9,977.00 |
| Date: July 17, 2006 | Amount: $ 109,980.00 |
| Date: July 18, 2006 | Amount: $ 89,980.00 |
| Date: July 24, 2006 | Amount: $ 149,958.00 |
| Date: August 2, 2006 | Amount: $ 39,939.85 |
| Date: August 7, 2006 | Amount: $ 100,258.00 |

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

17

0159540

# Phase 1 Investors Mark and Caroline Waters

July 18, 2006

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:        Lady Caroline Mary Victoria Waters

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: May 18, 2006                    Amount: $ 60,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

18

0159541

0159541

# Phase 1 Investors Mark and Caroline Waters

February 1, 2007

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:       Lady Caroline Mary Victoria Waters

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: February 1, 2007          Amount: $440,000.00   Escrow
Date: February 1, 2007          Amount $50,000.00   Administrative Fee

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea
Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

19

0159542

# Phase 1 Investor Sriratna Koneru

January 12, 2007

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:      Sriratna Koneru

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: January 12, 2007              Amount: $   10,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

0159543

# Phase 1 Investor Sriratna Koneru

February 23, 2007

Sent via e-mail: rapidusac@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:      Sriratna Koneru

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: February 23, 2007            Amount: $    90,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

21

0159544

# Phase 1 Investor Sriratna Koneru

February 23, 2007

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:      Sriratna Koneru

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow as follows:

Date: February 23, 2007                    Amount: $   400,000.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Lhea Wannamaker at (802) 660-1380.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

22

0159545

# Purchase of Jay Peak Resort: Raising Capital



| Date | Deposit Amount | Running Total |
|---|---|---|
| March 30, 2007 | $2,500,000 | $2,500,000 |

0159546

0159546

# Stenger Authorization to Acct No. 16521221

Bill Stenger, President

March 30, 2007

Via: e-mail

Debra Bilodeau
Assistant Vice President
Chittenden Bank
Two Burlington Square
Burlington, VT 05402

Dear Deb,

I-526 approvals have been received for Brian Goulding, Anthony Korda, Qaiser and Asma Rassaq, Mark and Caroline Waters, and Sriratna Koneru. Please transfer $2.5 million from the Master Escrow Account to the Jay Peak, Inc. Hotel Suites Account # 1-65-2122-1.

Sincerely,

Bill Stenger
President

cc: Mark Wahl

0159547

0159547

# Purchase of Jay Peak Resort: Raising Capital

| Date | Deposit Amount | Running Total |
|------|---------------|---------------|
| March 30, 2007 | $2,500,000 | $2,500,000 |
| May 18, 2007 | $1,000,000 | $3,500,000 |
| June 4, 2007 | $500,000 | $4,000,000 |
| July 24, 2007 | $500,000 | $4,500,000 |
| September 5, 2007 | $500,000 | $5,000,000 |
| September 5, 2007 | $500,000 | $5,500,000 |
| September 14, 2007 | $500,000 | $6,000,000 |
| October 22, 2007 | $500,000 | $6,500,000 |
| April 23, 2008 | $500,000 | $7,000,000 |
| May 5, 2008 | $500,000 | $7,500,000 |
| May 5, 2008 | $500,000 | $8,000,000 |
| May 5, 2008 | $500,000 | $8,500,000 |
| May 5, 2008 | $500,000 | $9,000,000 |
| May 12, 2008 | $500,000 | $9,500,000 |
| May 12, 2008 | $500,000 | $10,000,000 |
| May 28, 2008 | $500,000 | $10,500,000 |
| May 28, 2008 | $500,000 | $11,000,000 |
| June 3, 2008 | $500,000 | $11,500,000 |
| June 6, 2008 | $500,000 | $12,000,000 |
| June 6, 2008 | $500,000 | $12,500,000 |



SSVR

Jay Peak, Inc.

Jay Peak Mgmt., Inc.
General Partner

Phase I
Chittenden Checking
Acct # 1652 1221

Phase I
Chittenden Trust
Acct # 75-C009-43-0

Phase II
Chittenden Trust
Acct # 75-C009489

0159548

0159548

# Purchase of Jay Peak Resort: Raising Capital



$12,500,000

$5,000,000

Phase I
Chittenden Checking
Acct # 16521221

Phase I
Chittenden Trust
Acct # 75-C#09-43-0

Phase II
Chittenden Trust
Acct #75C009489

Jay Peak Mgmt., Inc.
General Partner

Jay Peak, Inc.

SSVR

0159549

0159549

# Phase II Investor Anton Van Usen

April 8, 2008

Sent via e-mail: rapidusa@gmail.com

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:     Antonius Van Usen

Dear Mr. Hulme:

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow – Phase II as follows:

Date: April 8, 2008                Amount: $ 500,100.00

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Jessica Foerst-Bilodeau at (802) 660-1389.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

0159550

0159550

# Phase II Investor Anton Van Usen

September 18, 2008

Sent via e-mail: spilcher@cshaw.us

Susan L. Pilcher
Carroll and Scribner PC
P.O. Box 932
84 Pine Street, Suite 300
Burlington, VT 05402-0932

RE:     Antonius Van Usen

Dear Ms. Pilcher:

Please accept this letter as confirmation of receipt of $550,000 funds in regards to the above referenced investor of the Jay Peak Escrow – Phase II. The $500,000 was delivered to Jay Peak Hotel Suites Phase II LP on June 26, 2008. The $50,000 Administrative Fees were paid as directed by Jay Peak.

If you require further information, please do not hesitate to contact me at (802) 660-1490.

Best Regards,

Debra A. Bilodeau, CCTS
Assistant Vice President

28

# Phase II Investor Munish Kumar

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

RE:    Kumar, Munish

Dear Mr. Hulme:

Date: April 17, 2008

Please accept this letter as confirmation for receipt of funds in regards to the Jay Peak Escrow – Phase II as follows:

Amount:
$31,000
$100,000
$10,000
$64,000
$100,000
$100,000
$95,000
= $500,000

If you require further information, please do not hesitate to contact me at (802) 660-1490 or my associate Jessica Foerst-Bilodeau at (802) 660-1389.

Cordially,

Debra A. Bilodeau, CCTS
Assistant Vice President

0159552

# Phase II Investor Munish Kumar

September 23, 2008

Sent via e-mail: spilcher@cslaw.us

Susan L. Pilcher
Carroll and Scribner PC
P.O. Box 932
84 Pine Street, Suite 300
Burlington, VT 05402-0932

RE:    Munish Kumar

Dear Ms. Pilcher:

Please accept this letter as confirmation of receipt of $550,000 funds in regards to the above referenced investor of the Jay Peak Escrow – Phase II. The $500,000 was delivered to Jay Peak Hotel Suites Phase II LP on June 20, 2008. The $50,000 Administrative Fees were paid as directed by Jay Peak.

If you require further information, please do not hesitate to contact me at (802) 660-1490.

Best Regards,

Debra A. Bilodeau, CCTS
Assistant Vice President

30

0159553

0159553

# Purchase of Jay Peak Resort: Raising Capital



| Date | | Deposit | Running Total |
|------|--|---------|---------------|
| April 8, 2008 | Anton Van Usen | $500,000 | $500,000 |
| April 18, 2008 | Munish Kumar | $500,000 | $1,000,000 |
| April 22, 2008 | Charles Archibald | $500,000 | $1,500,000 |
| April 23, 2008 | Clare King | $500,000 | $2,000,000 |
| April 23, 2008 | Joe Allon | $500,000 | $2,500,000 |
| April 26, 2008 | Hatem Rizkalla | $500,000 | $3,000,000 |
| May 5, 2008 | Alex Lukianchokov | $500,000 | $3,500,000 |
| May 16, 2008 | Blanca Neito | $500,000 | $4,000,000 |
| May 20, 2008 | Roberta Dias | $500,000 | $4,500,000 |
| May 22, 2008 | Carole Clark | $500,000 | $5,000,000 |
| May 23, 2008 | James Jarvo | $500,000 | $5,500,000 |
| May 28, 2008 | Lucy Clark | $500,000 | $6,000,000 |
| May 30, 2008 | Arthur Buchner | $500,000 | $6,500,000 |
| June 2, 2008 | Birinder Bhullar | $500,000 | $7,000,000 |
| June 2, 2008 | Roberta Da Saliva | $500,000 | $7,500,000 |

31

0159554

0159554

# Purchase of Jay Peak Resort: Raising Capital



0159555

32

## Purchase of Jay Peak Resort: Negotiating the Deal

- Following the death of principal shareholder Jacques Hebert in 2006, SSVR looks to divest Jay Peak Resort

- SSVR begins discussions with president Bill Stenger regarding purchasing Jay Peak Resort

- Bill Stenger recruits Jay Peak Resort homeowner, Ariel Quiros, to help finance the possible acquisition of Jay Peak Resort

- In or about January 2008, SSVR begins to seriously discuss the sale of Jay Peak Resort with Bill Stenger and Ariel Quiros

- Ariel Quiros states his relationship with Raymond James will help with the financing the transaction

- As part of the negotiations, Ariel Quiros wanted confirmation the EB-5 monies raised by foreign investors to date existed as the new owner would be assuming construction obligations for Phases I & II

33

# Purchase of Jay Peak Resort: June 23, 2008 Closing



Ariel Quiros requests EB-5 money be moved into accounts held at Raymond James so he can verify the money

These accounts are established

With these signatories

Jay Peak Management
- Bill Stenger
- Louis Hebert
- Louis Dufour

Jay Peak Management
- Bill Stenger

**Phase I**
Chittenden Trust
Acct #75-C009-43-0

**Phase I**
Chittenden Checking
Acct # 16521221

**Phase II**
Chittenden Trust
Acct #75-C009-48-9

Jay Peak Mgmt., Inc.
General Partner

Jay Peak, Inc.

SSVR

Jay Peak Hotel Suites
LP (Vermont I)
Account # 54040698

Jay Peak Hotel Suites
LP (Vermont II)
Acct # 54046389

0159557

0159557

# Purchase of Jay Peak Resort: June 23, 2008 Closing



0159558

0159558

PAGE        2
DATE        6/30/06
PRIMARY ACCOUNT
165212221
ENCLOSURES

BUSINESS MONEY MARKET                165212221   (Continued)

DEBITS
| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/02 | TELEPHONE TRANSFER BY JR | 5,020.33 |
|  | per J. Laurando |  |
| 6/06 | TELEPHONE TRANSFER BY JR | 19,195.90- |
|  | to acct#165212205 |  |
| 6/15 | WIRE TRANSFER DEBIT | 6,000,000.00- |
|  | RAYMOND JAMES AND ASSOCIATES I |  |
|  | 02110G0899 |  |
|  | A0770559 |  |
|  | CITIBANK NYC |  |
|  | CITIBANK N A |  |
|  | NEW YORK NY |  |
|  | FOR BENIFIT OF JAY PEAK HOTEL |  |
|  | 8 LP ACCT #5404060698 |  |
| 6/27 | WIRE TRANSFER DEBIT | 29.00- |
|  | RAYMOND JAMES AND ASSOCIATES I |  |
| 6/26 | WIRE TRANSFER FEE | 3,000,000.00- |
|  | 02110G0899 |  |
|  | A0770559 |  |
|  | CITIBANK NYC |  |
|  | CITIBANK N A |  |
|  | NEW YORK NY |  |
|  | FOR BENIFIT OF JAY PEAK HOTEL |  |
|  | LP ACCT #5404060698 |  |
| 6/17 | WIRE TRANSFER FEE | 20.00- |

BALANCE SUMMARY
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 5/27 | 8,646,705.47 | 5/03 | 10,181,685.14 | 5/26 | 3,626,659.24 |
| 5/28 | 9,646,705.47 | 6/06 | 11,126,239.24 | 6/17 | 626,659.24 |
| 5/02 | 9,641,685.14 | 6/09 | 11,826,483.24 | 6/22 | 638,431.97 |

INTEREST INFORMATION
| DATE | INTEREST RATE |
|---|---|
| 5/26 | 2.0000000% |

Checks you deposit into your Checking account are your responsibility even after the funds are made available to you, and you will be charged against your account for any reason are your responsibility and will be charged against your account.

JP Peoples-002089

36

# RAYMOND JAMES®

**Your Activity**
Investment Account No. 54910909

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $11,000,000.00 | $11,000,000.00 |
| **Total Deposits** | **$11,000,000.00** | **$11,000,000.00** |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | $11,002,566.60 | $11,002,566.60 |
| **Total Withdrawals** | **$11,002,566.60** | **$11,002,566.60** |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest RJ Bank Deposit Program | $2,566.60 | $2,566.60 |
| **Total Income** | **$2,566.60** | **$2,566.60** |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transfers From | $11,002,566.60 |
| Transfers To | $11,000,000.00 |
| **Net Transfers** | **$2,566.60** |

## Activity Detail

| Date | Activity Category | Activity / Type | Description/Symbol/CUSIP | Quantity | Price | Amount | Additional Detail |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.00 RJ Bank Deposit Program Balance |
| 06/16/2008 | Deposit | Deposit | Cash | | | $8,000,000.00 | $0.00 Balance |
| | | | | | | | $8,000,000.00 INVINE CHITTENDEN TRUST CO |
| 06/17/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $8,000,000.00 | $0.00 RJ Bank Deposit Program Balance |
| 06/17/2008 | Deposit | Deposit | Cash | | | $3,000,000.00 | $3,000,000.00 INVINE CHITTENDEN TRUST CO |
| 06/18/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $3,000,000.00 | $0.00 $11,000,000.00 RJ Bank Deposit Program Balance |

37
0159560

# Purchase of Jay Peak Resort: June 23, 2008 Closing



0159561



Confirmation of Assets - Message (HTML)

Message

From:    Joel Burstein <JoelBurstein@RaymondJames.com>
To:      Abyym Billett
Cc:      Bill Stengen; aurora@att.net; Louis Dufour; Louis P Hebert; Jacqueline Menendez
Subject: Confirmation of Assets

Sent:    Mon 6/16/2008 2:59 PM

First   Previous

Good Afternoon,

I did receive the assets this afternoon. As was agreed to this morning on a conference call, the assets will be placed in the Raymond James money market until it is transferred to the new owner's at Q Resorts, Inc.

Please feel free to contact me or my assistant Jackie Menendez should you have any questions, over the next few days.

Thank you.

Joel Burstein Jr.
*Complex Administrative Manager*
2525 Ponce de Leon Blvd Suite 600
Coral Gables, FL 33134

(305)461-6611 - Direct
(800)523-3295 - Toll-free
(305)529-0046 - Fax

*Coral Gables - Aventura - Marathon - Dadeland - New Hampshire*

39

0159562

0159562



Spiegel
Sohmer
a v o c a t s
l a w y e r s

June 18, 2008

Mr. Joel Burstein
Raymond James & Associates Inc.
2525 Ponce de Leon Blvd.
Suite 600
Coral Gables, Florida
33134

RE:     **Account Number 54040698**
        **Jay Peak Hotel Suites LP**

Dear Joel,

Further to our telephone conversation of this morning and your letter of yesterday, we would like to confirm the following;

1.  Raymond James is lending QResorts Inc. the funds necessary for the purchase of the Jay Peak Resort;

2.  We will work with Mr. Quiros' attorney to determine the precise amount required for this transaction and notify you of same;

3.  We will also establish with Mr. Quiros' attorney the mechanism to close, including the simultaneous wiring of funds to a number of different entities upon the closing of this transaction, so that amounts will be paid directly to both Saint-Sauveur Valley Resorts ("SSVR") and the secured creditors at the same time, in order for SSVR to be able to deliver clear title to the assets of the Jay Peak Resort;

4.  The funds currently in account number 54040698 belong to the Jay Peak Hotel Suites Limited Partnership. These funds were invested by immigrant investors in this limited partnership and must be held and/or used strictly in accordance with the limited partnership agreement, a copy of which I understand has already been provided to you. You confirmed that these funds will not be used in any manner, including as collateral or a guarantee, to finance the Purchaser of the Jay Peak Resort;

5.  Similarly, any funds received from investors in connection with Phase II of the Jay Peak EB-5 project are subject to restrictions as to their use and investment. Since our conversation, we have been advised that these funds, together with additional funds received from Phase I investors whose applications have not yet been approved, are currently being held in an escrow account at the Chittenden Bank pursuant to an escrow agreement which we will forward to you as soon as we obtain a copy. Raymond James will have to be substituted as the Escrow Agent thereunder before the funds in these accounts may be transferred. Once again these funds may not be used in any manner, including as collateral or a guarantee, to fund the purchase of the Jay Peak Resort.

Spiegel Sohmer Inc.

5, Place Ville-Marie
Bureau 1203
Montréal, Québec
H3B 2G2
Tél.: (514) 875-2100
Fax : (514) 875-8237

Tél.: (514) 875-2100
Fax : (514) 875-8237

**From:**       Joel Burstein <Joel.Burstein@RaymondJames.com>
**Sent:**       Wednesday, June 18, 2008 5:50 PM
**To:**         Janice Naymark
**Cc:**         Fred Burgess; Alwynn Gillett, wjkelly@mindspring.com
**Subject:**    RE: Jay Peak Limited Partnership

Janice,

Ok, my apologies in not being clear. In no way am I going back on the items of our conversation, however, I do believe there was some confusion. Let me address each issue below.

1.  You are correct Raymond James will be financing the transaction through QResorts Inc. as Mr. Quiros is our client.

2.  You are correct we will wiring the money as instructed, it doesn't have to be Mr. Burgess as was written in my letter yesterday.

3.  None of the funds in the MSSI Jay Peak Hotel Suites LP will be used for margin, as this was not approved by Mr. Dufour & Mr. Hebert.

Thank you.

## Joel Burstein Jr.

*Complex Administrative Manager*
*Coral Gables - Aventura - Marathon - Dadeland - New Hampshire*
Branch 33E / 37Q / 33D / 3DB / 3CU Speed Dial 6420
(305)461-6611 - Direct
(800)523-3295 - Toll-free
(305)529-0046 - FAX

# Purchase of Jay Peak Resort: June 23, 2008 Closing



42

0159565

# RAYMOND JAMES®

June 17 to June 30, 2008

## Your Activity

Investment Account No. 543442269

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|------|----------------|--------------|
| Deposits | $7,000,000.00 | $7,000,000.00 |
| **Total Deposits** | **$7,000,000.00** | **$7,000,000.00** |

### Withdrawals

| Type | This Statement | Year to Date |
|------|----------------|--------------|
| Withdrawals | $7,000,000.00 | $7,000,000.00 |
| **Total Withdrawals** | **$7,000,000.00** | **$7,000,000.00** |

### Cash Sweep Transfers

| Type | This Statement |
|------|----------------|
| Transfers From | $7,000,000.00 |
| Transfers To | $7,000,000.00 |
| **Net Transfers** | **$0.00** |

## Activity Detail

| Date | Activity Category | Activity Type | Description/Symbol or CUSIP | Quantity | Price | Amount | Cash Balance | Additional Detail |
|------|-------------------|---------------|------------------------------|----------|-------|--------|--------------|-------------------|
| | | | Beginning Balance | | | | $0.00 | $0.00  RJ Bank Deposit Program Balance |
| 06/20/2008 | Deposit | Deposit | Cash | | | $7,000,000.00 | $7,000,000.00 | INWIRE CHITTENDEN |
| 06/20/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $7,000,000.00 | $0.00 | $7,000,000.00 RJ Bank Deposit Program Balance |
| 06/24/2008 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $7,000,000.00 | $7,000,000.00 | $0.00 RJ Bank Deposit Program Balance |
| 06/24/2008 | Withdrawal | Withdrawal | Cash | | | $7,000,000.00 | $0.00 | TRF TO # 543492270 |

0159566

0159566

**Sent:** Thursday, July 10, 2008 5:43 PM
**To:** Foerst-Bilodeau, Jessica
**Cc:** Sarah Dorris; visa@visausa.com
**Subject:** RAPID USA JAY PEAK PHASE II

Jessica,

PHASE II ESCROW

Here's the breakdown of the $7,000,000 transferred by Bill to Raymond James.

Could you please calculate the interest due each investor from investment date to date of transfer out of funds, let me know ASAP, we have to pay this interest to these investors.

Thanks,

Douglas
RAPID USA

PHASE II
INVESTORS SUBSCRIBED

| First Name | Last Name | Inv. Amount | Investment Date: | Interest to June22, 2008 | Trans: to R James |
|---|---|---|---|---|---|
| Ayton | Van Usen | $500,000 | 4/8/2008 | | 6/23/2008 |
| Munish | Kumar | $500,000 | 4/19/2008 | | 6/23/2008 |
| Charles | Archibald | $500,000 | 4/22/2008 | | 6/23/2008 |
| Clare | King | $500,000 | 4/23/2008 | | 6/23/2008 |
| Joe | Allon | $500,000 | 4/23/2008 | | 6/23/2008 |
| Hatem | Rizkalla | $500,000 | 4/26/2008 | | 6/23/2008 |
| Alex | Lukianchokov | $500,000 | 5/5/2008 | | 6/23/2008 |
| Bianca | Neito | $500,000 | 5/16/2008 | | 6/23/2008 |
| James | Jervo | $500,000 | 5/23/2008 | | 6/23/2008 |
| Carole | Clark | $500,000 | 5/22/2008 | | 6/23/2008 |
| Lucy | Clark | $500,000 | 5/28/2008 | | 6/23/2008 |
| Roberta | Dias | $500,000 | 5/20/2008 | | 6/23/2008 |
| Arthur | Buchner | $500,000 | 5/30/2008 | | 6/23/2008 |
| Birinder | Bhullar | $500,000 | 6/2/2008 | | 6/23/2008 |
| TOTAL: | | $7,000,000 | | | |

Douglas Hulme FCCA
Chartered Certified Accountant
RAPID USA

# Purchase of Jay Peak Resort: June 23, 2008 Closing



0159568

0159568

Sale to Q Resorts was signed on **June 23, 2008 at approximately 3:00 PM**

0159569

0159569

Notice of transfer from William Stenger to Raymond James to transfer title and control of accounts of Jay Peak Hotel Suite LP1 and Jay Peak Hotel Suite LP2 at **June 23, 2008 at 3:42 PM**

June 23, 2008

Raymond James c/o
Joel Burstein, Jr.
Complex Administrative Manager
2525 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134

Dear Mr. Burstein:

Pursuant to a unanimous corporate vote executed by the Board of Directors of Jay Peak, Inc. ("Corporation") on June 20, 2008, a copy which is attached, I hereby instruct Raymond James to re-title all accounts that are in the name of Jay Peak, Inc including Jay Peak Hotel Suite LP1 and Jay Peak Hotel Suite LP2 and immediately transfer control and title to Q-Resorts, Inc.

Regards,

William Stenger
President
Jay Peak, Inc

47

0159570

0159570

# Purchase of Jay Peak Resort: June 23, 2008 Closing



0159571

0159571

# RAYMOND JAMES®

June 16 to June 30, 2008

## Your Activity
Investment Account No. 54565665

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $11,002,586.60 | $11,002,586.60 |
| Total Deposits | $11,002,586.60 | $11,002,586.60 |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest on RJ Bank Deposit Program | $136.30 | $133.30 |
| Total Income | $136.30 | $133.30 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | ($9,899,000.00) | ($9,899,000.00) |
| Total Withdrawals | ($9,899,000.00) | ($9,899,000.00) |

### Expenses

| Type | This Statement | Year to Date |
|---|---|---|
| Investment Expenses | ($5,456.43) | ($5,456.43) |
| Total Expenses | ($5,456.43) | ($5,456.43) |

### Purchases

| Type | This Statement | Year to Date |
|---|---|---|
| Purchases | $(10,992,030.54) | $(10,992,060.34) |
| Total Purchases | $(10,992,030.54) | $(10,992,060.34) |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transfers From | $3,402,586.60 |
| Transfers To | $(3,402,700.43) |
| Net Transfers | $0.00 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol/CUSIP) | Quantity | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.00 Additional Detail |
| 06/20/2008 | Deposit | Deposit | Cash | | | $11,002,586.60 | $11,002,586.60 |
| 06/20/2008 | Withdrawal | Withdrawal | Cash | | | $(7,600,000.00) | $3,402,586.60 |
| 06/26/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $(3,402,586.60) | $0.00 RJ Bank Deposit Program Balance |
| 06/26/2008 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $3,402,700.43 | $0.00 RJ Bank Deposit Program Balance |
| 06/26/2008 | Purchase | Purchase | US TREASURY BILLS DUE 07/24/2008 DUE 07/24/2008 (912795KG3) | $3,000,000.000 | $99.927 | $(10,992,030.54) | $7,589,514.30 |

Peak-VT-RJA-00166

# RAYMOND JAMES

June 16 to June 30, 2008

**Your Activity**
Investment Account No. 54240343

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $7,000,000.00 | $7,000,000.00 |
| Total Deposits | $7,000,000.00 | $7,000,000.00 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | $(6,290,000.00) | $(6,290,000.00) |
| Total Withdrawals | $(6,290,000.00) | $(6,290,000.00) |

### Purchases

| Type | This Statement | Year to Date |
|---|---|---|
| Purchases | $(6,994,962.26) | $(6,994,962.26) |
| Total Purchases | $(6,994,962.26) | $(6,994,962.26) |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest at Raymond James Deposit Program | $49.82 | $49.82 |
| Total Income | $49.82 | $49.82 |

### Expenses

| Type | This Statement | Year to Date |
|---|---|---|
| Foreign Securities | $(3,459.43) | $(3,459.43) |
| Total Expenses | $(3,459.43) | $(3,459.43) |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transfers From | $(1,000,000.00) |
| Transfers To | $1,000,000.00 |
| Net Transfers | $0.00 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Payment & CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.01 | RJ Bank Deposit Program Balance |
| 06/23/2008 | Deposit | Cash | | | | $7,000,000.00 | $7,000,000.00 | TRF TO # 54240772 |
| 06/23/2008 | Withdrawal | Cash | | | | $(6,000,000.00) | $1,000,000.00 | |
| 06/24/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $(1,000,000.00) | $0.00 | RJ Bank Deposit Program Balance |
| 06/24/2008 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 RJ Bank Deposit Program Balance |
| 06/25/2008 | Purchase | Purchase | US TREASURY BILL 0.000 07/24/2008 DUE 07/24/2008 (912795F63) | 7,000,000.000 | 99.927 | $(6,994,962.26) | $(5,994,962.25) | $0.00 RJ Bank Deposit Program Balance |

Wire Instruction from Ariel Quiros to Joel Burnstein to transfer $7.6 million from Jay Peak Hotel Suite LP1 (Raymond James Acct No. 54046365) and $6 million from Jay Peak Hotel Suite LP2 (Raymond James Acct No. 540446370) to Q-Resorts (Raymond James Acct No. 14294772) at **June 23, 2008 at 3:50 PM**

51

0159574

0159574

# Quiros Authorization

Dear Joel,

Please transfer $16,000,000 per the instructions below.

Key Peak Hotel Suites to O Resorts, Inc.

From:
A/c 5400410305 to A/c 1149414472
$7,600,000

+

From:
A/c 5400410370 to A/c 1149414112
$16,000,000

Thank you

Ariel Quiros



*Sole ul Client

# Purchase of Jay Peak Resort: June 23, 2008 Closing



0159576

0159576



Purchase of Jay Peak Resort: June 23, 2008 Closing

0159577

0159577

Wire Instruction from Ariel Quiros to Joel Burnstein to transfer $13,544,346 from Q-Resorts (Raymond James Acct No. 14294772) to Spiegel Sohmer, counsel to SSVR, pursuant to the Purchase and Sale agreement entered into by SSVR and Q Resorts regarding the sale of Jay Peak Resorts approximately an hour earlier.

55

# Quiros Authorization

6/23/08

Due to Transferors and sent via wire transfer to the following account

TD Canada Trust
3590 St-Laurent Boulevard
Montreal (Quebec) H2X 2V3
Canada
Bank ID: 004
Branch Transit Number: 47201
Swift Number: TDOMCATTMTL
Account Number (US Currency) 7320171
Transfers should be made to the order of: Spilgel Sofratec Inc. "In Trust"

Net Amount Due to Transferors

| | |
|---|---|
| The amount to be wired to the Transferors is: | $15,000,000.00 |
| Less Deposit | -250,000.00 |
| Less Proateed Advanced Interest (6/23/08 to 8/15/08) | 109,654.00 |
| Gross Amount Due to Transferors | $14,544,346.00 |
| Less (1/2 of Outstanding Operating Line at Chittenden Bank) | -1,000,000.00 |

13,544,346.00

Dear Joel,
Please transfer the above amount per
the wiring instructions.

Thank you!

56

0159579

0159579



# Purchase of Jay Peak Resort: June 23, 2008 Closing

$13,544,346

June 23, 2008 at 4:37 PM
Q Resorts initiated a wire
for **$13,544,346** to counsel
for SSVR

0159580

0159580

# RAYMOND JAMES®

May 1 to June 30, 2008

## Your Activity

Investment Account No. 14364472

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $76,180,090.00 | $76,360,940.00 |
| Total Deposits | $76,180,090.00 | $76,360,948.00 |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest on RJ Bank Deposit Program | $7.80 | $7.80 |
| Total Income | $7.80 | $7.80 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | $(76,173,128.42) | $(76,173,128.42) |
| Total Withdrawals | $(76,173,128.42) | $(76,173,128.42) |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transfers From | $(8,173.42) |
| Transfers To | $55,664.00 |
| Net Transfers | $6,919.58 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Account Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.00 | $0.00  RJ Bank Deposit Program Balance |
| 06/23/2008 | Deposit | Cash | | | | $7,000,000.00 | $7,600,000.00 | TRF RR # 56000680 |
| 06/23/2008 | Deposit | Cash | | | | $30,000,000.00 | $38,000,000.00 | TRF RR # 56000680 |
| 06/23/2008 | Withdrawal | Cash | | | | $(12,644,364.00) | $55,664.00 | WIRE TO SPINNEK 5093829 |
| 06/23/2008 | Withdrawal | Cash | | | | $(460.00) | $55,664.00 | WIRE FEE |
| 06/24/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $(55,664.00) | $0.00 | $55,664.00 RJ Bank Deposit Program Balance |

# Purchase of Jay Peak Resort: June 23, 2008 Closing



0159582

# Subsequent Payments to SSVR and SSVR Creditors Pursuant to the June 23, 2008 Purchase and Sale Agreement

0159583

0159583



# THE BURGESS LAW FIRM, P.A.
### A PROFESSIONAL ASSOCIATION

FREDERICK M. BURGESS, Member of Fla. Bar

June 23, 2008

Raymond Antonacci
Joel Burstein, Jr
Computer Administrative Manager
2655 Ponce de Leon Blvd.
Suite 605
Coral Gables, FL 33134

Dear Mr. Burstein:

*[handwritten, right margin]* Due to creditors and sent via Community Bank of Broward

0159584



Amounts owed to Chittenden Bank:

| $2,000,000 | Operating Line of Credit |
| --- | --- |
| $554,338.07 | Construction Line |
| $74,346.35 | Vehicle Loans |
| $2,628,684.26 | Total to Chittenden |

0159585

# Purchase of Jay Peak Resort: Chittenden Loan Payoff



0159586

0159586

# RAYMOND JAMES®

June 16 to June 30, 2008

## Your Activity (continued)

Investment Account No. 34080206

## Activity Detail (continued)

| Date | Category | Activity Type | Description | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| 06/25/2008 | Withdrawal | Cash | | | | $20,000,000.00 | $9,086,574.34 | TPP TO # 14290772 |
| 06/26/2008 | Withdrawal | Cash | | | | $200,000.00 | $8,986,574.34 | TPP TO # 14290772 |
| 06/30/2008 | Expense | Interest Expense | Ready Access Margin Loan Interest | | | $55,655.49 | $8,930,870.74 | 5 day average balance $8,930,434.04 average rate 4.00% |
| 06/30/2008 | Income | Interest on RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $1.99 | $8,930,870.74 | Interest on 1 days $1,538.00 RJ Bank Deposit Program balance |

## Cash Sweep Activity Recap

### RJ Bank Deposit Program

| Date | Activity Type | Amount | Balance | | Date | Activity Type | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/16/2008 | Beginning Balance | $0.00 | $9,402,566.50 | | 06/30/2008 | Interest in RJ Bank Deposit Program | $1,538.00 | $128.00 |
| 06/24/2008 | Transfer To | $9,402,566.50 | $9,402,566.50 | | | | | |
| 06/25/2008 | Transfer From | $0.00 | $0.00 | | | | | |

0159587

June 25, 2008 – Closing of Resort Purchase

# RAYMOND JAMES®

May 1 to June 30, 2008

Your Activity (continued)

Investment Account No. 14364772

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|---|
| 06/24/2008 | Deposit | Cash | | | | $481.60 | $481.60 REIMBURSEMENT FEE 14364772 |
| 06/25/2008 | Cash Swept | Transfer To | Raymond James Bank Deposit Program | | | $(481.00) | $0.00 Bank Deposit Program Balance |
| 06/25/2008 | Deposit | Cash | | | | $2,050,000.00 | $2,050,000.00 TRF (FR # 040-60250) |
| 06/25/2008 | Withdrawal | Cash | | | | $(2,000,000.00) | $50.00 WIRE TO COUNTY BANKBRKWYARD |
| 06/25/2008 | Withdrawal | Cash | | | | $(25.00) | $25.00 WIRE FEE |
| 06/26/2008 | Cash Swept | Transfer From | Raymond James Bank Deposit Program | | | $27.00 | $0.00 Bank Deposit Program Balance |
| 06/26/2008 | Withdrawal | Cash | | | | $625.00 | $625.00 WIRE FEE |
| 06/26/2008 | Deposit | Cash | | | | $628,956.40 | $628,956.40 WIRE TO COMMUNITY BANK |
| 06/26/2008 | Deposit | Cash | | | | $290,000.00 | $290,000.00 TRF FR # 5404870 |
| 06/26/2008 | Deposit | Cash | | | | $350,000.00 | $350,000.00 TRF FR # 5404870 |
| 06/26/2008 | Cash Swept | Transfer From | Raymond James Bank Deposit Program | | | $(27.00) | $0.00 Bank Deposit Program Balance |
| 06/26/2008 | Withdrawal | Cash | | | | $625.00 | $643,709.40 WIRE FEE |
| 06/27/2008 | Cash Swept | Transfer From | Raymond James Bank Deposit Program | | | $649,709.40 | $0.00 Bank Deposit Program Balance |
| 06/30/2008 | Income | Interest on RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $17.80 | $2.00 Interest on RJ Bank Deposit Program Balance |

0159588

# Purchase of Jay Peak Resort: Chittenden Loan Payoff



# RAYMOND JAMES®

June 16 to June 30, 2008

## Your Activity (continued)

Investment Account No. 54943955

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance / Additional Detail |
|---|---|---|---|---|---|---|---|
| 06/25/2008 | Withdrawal | Withdrawal | Cash | | | $50,000,000.00 | $50,056,514.34 TRF TO # M384772 |
| 06/26/2008 | Withdrawal | Cash | | | | $200,000,000.00 | $50,678,514.34 TRF TO # M384772 |
| 06/30/2008 | Expense | | Ready Access Margin Loan Interest | | | $16,455.43 | $9,834,970.74 5 days average balance $3,932,124.64 average rate 4.002% |
| 06/30/2008 | Income | | Interest at RJ Bank Deposit Program | | | $130.90 | $9,834,970.74 Interest on 1 days $339.90 RJ Bank Deposit Program Balance |

Raymond James Bank Deposit Program

## Cash Sweep Activity Recap

### RJ Bank Deposit Program

| Date | Activity Type | Amount | Balance | Date | Activity Type | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/16/2008 | Beginning Balance | $0.00 | $0.00 | 06/30/2008 | Interest at RJ Bank Deposit Program | $130.90 | $130.90 |
| 06/23/2008 | Transfer To | $18,483,908.44 | $18,483,908.44 | | | | |
| 06/25/2008 | Transfer From | $18,483,908.44 | $0.00 | | | | |

0159590

# RAYMOND JAMES®

June 16 to June 30, 2008

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Activity Sub-Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | Cash Balance Assigned to Cash | | | |
| 06/30/2008 | Withdrawal | Withdrawal | Cash | | | |
| 06/30/2008 | Income | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit | | | $43.82 |
| 06/30/2008 | Expense | Interest Expense | Cash Debit Interest | | | ($0.73) |
| 06/30/2008 | Expense | Interest Expense | Ready Account Margin Loan Interest | | | $2,787.00 |

## Cash Sweep Activity Recap

### RJ Bank Deposit Program

| Date | Activity Type | Amount | Balance | Date | Activity's Rate | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | $0.00 | | | | |
| | Transfer To | | | | Interest at RJ Bank Deposit Program | $43.82 | $43.82 |
| | Transfer From | | | | | | |

0159591

**June 25, 2008 – Closing of Resort Purchase**

# RAYMOND JAMES®

May 1 to June 30, 2008

## Your Activity (continued)

Investment Account No. 14394772

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Description | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| 06/24/2008 | Deposit | Deposit | Description (Raymond or CASH) | | | $40.00 | $40.00 | REMBS PAYMENT FEE 14394772 |
| 06/25/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $40.00 | $0.00 | ($40,000.00 RJ Bank Deposit Program Balance) |
| 06/25/2008 | Deposit | Deposit | Cash | | | $2,000,000.00 | $2,000,000.00 | TRF FR # 54045806 RJ Bank Deposit Program Balance |
| 06/25/2008 | Withdrawal | Withdrawal | Cash | | | | $33.03 | WIRE TO COMMUNITY BANK/SEMOW/AMO |
| 06/25/2008 | Withdrawal | Withdrawal | Cash | | | $225.00 | $225.03 | WIRE FEE |
| 06/25/2008 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $0.03 | $0.03 | RJ Bank Deposit Program Balance |
| 06/24/2008 | Deposit | Deposit | Cash | | | $2,000,000.00 | $2,000,000.00 | TRF FR # 54045806 Balance |
| 06/26/2008 | Deposit | Deposit | Cash | | | $290,000.00 | $690,000.00 | TRF FR # 54045820 |
| 06/26/2008 | Withdrawal | Withdrawal | Cash | | | $628,456.43 | $61,864,421 | WIRE TO COMMUNITY BANK |
| 06/26/2008 | Withdrawal | Withdrawal | Cash | | | $45,709.42 | $643,709.42 | WIRE FEE |
| 06/27/2008 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $27.00 | $27.00 | Bank Deposit Program Balance |
| 06/30/2008 | Interest | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $7.90 | $20.00 | Interest in RJ Bank Deposit Program Balance |

0159592

# Purchase of Jay Peak Resort: Chittenden Loan Payoff



Fred Burgess Trust

Chittenden Bank

$2.6 M

Q-Resorts
Acct # 14294772

Jay Peak, Inc.

Jay Peak Mgmt., Inc.
General Partner

Phase I
Chittenden Checking
Acct # 16521221

$2.5 m

Phase I
Chittenden Trust
Acct #75-C009-43-0

$5 m

Phase II
Chittenden Trust
Acct #75-C009-48-9

$500 k

Phase I
Jay Peak Hotel Suites I LP
Acct # 54046365

$1.1 m

Jay Peak Hotel Suites
LP (Vermont I)
Account # 54040698

Jay Peak Hotel Suites II
Phase II
Acct # 54046370

$700 k

Jay Peak Hotel Suites
LP (Vermont II)
Acct # 54046389

70

0159593

0159593



| Amounts owed to Chittenden Bank: | |
|---|---|
| $2,000,000 | Operating Line of Credit |
| $554,338.07 | Construction Line |
| $74,346.35 | Vehicle Loans |
| $2,628,684.26 | Total to Chittenden |

# Purchase of Jay Peak Resort: July 1, 2008



0159595

0159595

PAGE 2
DATE 7/25/08
PRIMARY ACCOUNT 16521221
EXCLUSIVE

BUSINESS MONEY MARKET                16521221   (Continued)

DEPOSITS AND OTHER CREDITS
| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 7/27 | INTEREST DEPOSIT | 874.79 |

DEBITS
| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/01 | WIRE TRANSFER DEBIT | |
| | RAYMOND JAMES & ASSOCIATES INC | 1,030,000.00- |
| | 0215000093 | |
| | 427-76538 | |
| | CITIBANK NYC | |
| | CITIBANK N.A. | |
| | NEW YORK NY | |
| 7/09 | Q RESORTS INC. ACCT# 142947?? | 20.00- |
| 7/10 | WIRE TRANSFER FEE | 120,000.00- |
| | PANORAMASTERN COMMERCIAL FINANCE | |
| | PER KAREN SENNETT/BIL STENGER | |
| | YOUR DEPARTMENT DEBIT | |
| 7/25 | | 50,000.00- |

BALANCE SUMMARY
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 6/23 | 638,431.97 | 7/10 | 18,431.97 | 7/28 | 1,899,265.32 |
| 7/01 | 338,411.97 | 7/22 | 1,541,755.32 | 7/22 | 1,600,130.31 |

INTEREST RATE INFORMATION
| DATE | INTEREST RATE |
|---|---|
| 6/22 | 2.02000% |

Checks you deposit into your Chairandson account are your responsibility even after the funds are made available to you, and you withdraw the funds. Checks returned for any reason are your responsibility and will be charged against your account.

# July 1, 2008—Closing of Resort Purchase

## RAYMOND JAMES

June 30 to July 31, 2008

**Your Activity**

Investment Account No. 14284778

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $1,600,000.00 | $17,780,360.00 |
| Total Deposits | $1,600,000.00 | $17,780,040.00 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | ($1,506,927.38) | ($17,680,047.83) |
| Total Withdrawals | ($1,506,927.38) | ($17,680,047.83) |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest & All Else Deposit Program | $136.60 | $184.30 |
| Total Income | $136.60 | $184.30 |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transferred From | $8,807.38 |
| Transfers To | $93,900.06 |
| Net Transfers | $93,072.62 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol: CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.00 | $9,867.38 RJ Bank Deposit Program Balance |
| 07/01/2008 | Deposit | Cash | | | | $900,000.00 | $900,000.00 | IN WIRE CHITTENDEN TRUST |
| 07/01/2008 | Deposit | Cash | | | | $1,600,000.00 | $1,600,000.00 | IN WIRE CHITTENDEN TRUST CO |
| 07/01/2008 | Withdrawal | Cash | | | | ($1,200,000.00) | $1,100,000.00 | WIRE TO SHUGHUAL SCHAFER |
| 07/01/2008 | Withdrawal | Transfer To | Raymond James Bank Deposit Program | | | ($100,000.00) | $100,000.00 | |
| 07/08/2008 | Cash Sweep | | | | | $0.00 | $0.00 | $100,867.38 RJ Bank Deposit Program Balance |
| 07/08/2008 | Withdrawal | Cash | | | | ($35,453.55) | $3,455,525 | TRF TO 14345425575 |

# Purchase of Jay Peak Resort: August 29, 2008



0159598

0159598

```
--------------------------------CHECKING ACCOUNTS--------------------------------

ACCOUNT TITLE:  JAY PEAK HOTEL SUITES LP
                HOTEL SUITES ACCT

        Looking out for your interest is our only interest. Visit
        your local office to learn about developing an investment
        portfolio from our Wealth Management group.

BUSINESS MONEY MARKET                          CHECK SAFEKEEPING
ACCOUNT NUMBER         16521221        STATEMENT DATES  7/29/08 THRU 8/24/08
BEGINNING BALANCE    1,600,130.11      DAYS IN THIS STATEMENT PERIOD        28
  2 CREDITS          1,000,000.00      AVERAGE LEDGER BALANCE         1,367,987.25
  2 DEBITS           1,500,000.00      AVG COLLECTED BALANCE          1,367,987.25
SERVICE CHARGE               .00       INTEREST EARNED                    2,094.78
INTEREST PAID           2,094.78       ANNUAL PERCENTAGE YIELD EARNED        2.01%
ENDING BALANCE       1,102,224.89      2008 INTEREST PAID               77,915.02

DEPOSITS AND OTHER CREDITS
DATE     TRANSACTION DESCRIPTION                          AMOUNT
8/04     TRUST DEPARTMENT CREDIT                         500,000.00
8/04     TRUST DEPARTMENT CREDIT                         500,000.00
8/24     INTEREST DEPOSIT                                  2,094.78

DEBITS
DATE     DESCRIPTION                                       AMOUNT
8/04     TELEPHONE TRANSFER BY                          1,000,000.00-
8/12     TELEPHONE TRANSFER BY                            500,000.00-
```

JP Peoples- 002092

0159599

0159599

# RAYMOND JAMES

July 31 to August 29, 2008

## Your Activity (continued)
Investment Account No. 54440388

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| 08/14/2008 | Sales/ Redemption | Redemption | US TREASURY BILLS DUE 08/14/2008 DUE 08/14/2008 9912756F83 | (11,000,000.000) | $1.000 | $11,000,000.00 | $11,192,339.55 | 0814406 BOND MATURED @ 100% 0% 0814438 |
| 08/15/2008 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $(1,155,989.80) | $0.00 | $11,192,339.55 RJ Bank Deposit Program/Interest |
| 08/15/2008 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $1,192,339.55 | $0.00 | RJ Bank Deposit Program/Interest |
| 08/15/2008 | Purchase | Purchase | US TREASURY BILLS DUE 09/18/2008 09/18/2008 912795G42 | 11,000,000.000 | $0.990658 | $(10,957,341.75) | $(10,957,341.75) Deposit Program/Expenses |
| 08/27/2008 | Deposit | Deposit | Cash | | | $100,000.00 | $(10,957,341.75) 08 IN WIRE CHITTENDEN TRUST CO |
| 08/27/2008 | Deposit | Deposit | Cash | | | $300,000.00 | $(10,957,341.75) 08 IN WIRE CHITTENDEN TRUST CO |
| 08/29/2008 | Withdrawal | Withdrawal | Cash | | | $(100,000.00) | $(10,957,341.75) TRF TO # 14356472 |
| 08/29/2008 | Income | Interest Rid Bank Deposit Program | Raymond James Bank Deposit Program | | | $5,463.97 | $(10,951,877.68) Interest on RJ Bank Deposit Program/Balance |
| 08/29/2008 | Expense | Interest Expense | Cash Debit Interest | | | $(5,371,619.89) | $(5,371,619.89) 4 days average balance $(5,367,233.42) average rate 4.000% |
| 08/29/2008 | Expense | Interest Expense | Ready Access Margin Loan Interest | | | $(5,654,834.89) | $(5,654,834.89) 31 days average balance $(5,367,233.42) average rate 4.000% |

# RAYMOND JAMES®

July 31 to August 29, 2008

## Your Activity

Investment Account No. 14294772

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
| --- | --- | --- |
| Deposits | $1,000,000.00 | $18,780,040.00 |
| Total Deposits | $1,000,000.00 | $18,780,040.00 |

### Withdrawals

| Type | This Statement | Year to Date |
| --- | --- | --- |
| Withdrawals | $1,003,912.16 | $19,757,588,909.89 |
| Total Withdrawals | $1,003,912.16 | $19,723,669.89 |

### Cash Sweep Transfers

| Type | This Statement |
| --- | --- |
| Transfers From | $303,912.16 |
| Net Transfers | $33,912.16 |

### Income

| Type | This Statement | Year to Date |
| --- | --- | --- |
| Interest on RJ Bank Deposit Program | $72.91 | $287.12 |
| Total Income | $72.93 | $287.32 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Raymond's CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Beginning Balance | | | | $0.00 | $100,170.09 RJ Bank Deposit Program Balance |
| 08/15/2008 | Withdrawal | Withdrawal | Cash | | | $(20,500.29) | $(32,903.20) | TRF TO # 54562880 |
| 08/25/2008 | Withdrawal | Cash | | | $(20,948.04) | $(53,912.25) | TRF TO # 54562880 |
| 08/28/2008 | Cash Sweep | Transfer From Raymond James Bank Deposit Program | | | $33,912.16 | $0.00 | $66,087.84 RJ Bank Deposit Program Balance |
| 08/29/2008 | Deposit | Cash | | | $1,000,000.00 | $1,000,000.00 | WIRE TO 54564003 |
| 08/29/2008 | Withdrawal | Cash | | | $(1,000,000.00) | $0.00 | WIRE TO 54574988 |

# Two Final Follow Up Payments

- September 5, 2008 for $500,000

- September 26, 2008 for $2,500,000

0159602

0159602

# RAYMOND JAMES®

August 29 to September 30, 2008

## Your Activity
Investment Account No. 1-42042772

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $4,739,000.00 | $23,543,640.00 |
| Total Deposits | $4,739,000.00 | $23,543,993.00 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | $4,807,870.31 | $23,541,530.27 |
| Total Withdrawals | $4,807,870.31 | $23,541,530.27 |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transfers In | $44,870.31 |
| Net Transfers | $44,870.31 |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest-R.J Bank Deposit Program | $37.45 | $244.77 |
| Total Income | $37.45 | $244.77 |

## Activity Detail

| Date | Activity Category | Activity Type | Description/Name of Security | Quantity | Price | Amount | Additional |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | Cash Balance $0.00 |
| 09/02/2008 | Deposit | Cash | | | | $40,000.00 | $40,000.00 R.J Bank Deposit Program Balance |
| 09/05/2008 | Withdrawal | Cash | | | | $265,000.00 | $0.00 WIRE TO IN PROGRESS LAW FIRM |
| 09/05/2008 | Withdrawal | Cash | | | | $265,000.00 | $0.00 WIRE TO IN PROGRESS LAW FIRM |
| 09/15/2008 | Deposit | Cash | | | | $265,000.00 | $265,000.00 THE RJ BANK TERM |
| 09/16/2008 | Withdrawal | Cash | | | | $265,000.00 | $0.00 WIRE TO SPECIAL SCHEMER INC |
| 09/30/2008 | Withdrawal | Cash | | | | $40.00 | $0.00 WIRE FEE |

0159603

# RAYMOND JAMES®

August 29 to September 30, 2008

## Your Activity (continued)
Investment Account No. 14394 7752

### Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|

0159604

# Investor Funds Used for Resort Cash Flow Needs and Non-EB-5 Resort Projects

0159605

0159605

# Jay Peak, Inc. Operating Account – People's United Bank
## Acct. No. 1652173 6



**Phase 1**

Jay Peak Hotel Suites
Chittenden Trust
Acct # 75-C009-43-0

$14.5 M

Jay Peak Hotel Suites
Chittenden
Acct #1652122 1

Jay Peak Hotel Suites 2
Chittenden Trust
Acct #75C009489

**Phase 2**

$4.5 M

$1.5 M

Jay Peak Hotel Suites
Chittenden
Acct #1652122 1

$500,000 on 7/28/08

$500,000 on 8/13/08

Jay Peak, Inc.
Chittenden
Acct #1652173 6

# Jay Peak, Inc. Cash Flow Management

## July 2008 Balance Summary

BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 7/01 | 424,700.18 | 7/14 | 287,923.27 | 7/24 | 87,528.46 |
| 7/02 | 423,463.91 | 7/15 | 246,031.45 | 7/25 | 61,166.55 |
| 7/03 | 431,073.69 | 7/16 | 296,112.03 | 7/28 | 587,125.80 |
| 7/07 | 470,363.77 | 7/17 | 224,492.79 | 7/29 | 583,201.41 |
| 7/08 | 333,665.93 | 7/18 | 225,701.36 | 7/30 | 501,100.23 |
| 7/09 | 305,361.27 | 7/21 | 192,687.17 | 7/31 | 446,633.21 |
| 7/10 | 307,990.10 | 7/22 | 238,010.23 | | |
| 7/11 | 264,493.81 | 7/23 | 107,275.11 | | |

## August 2008 Balance Summary

BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 8/01 | 434,142.27 | 8/12 | 173,694.35 | 8/21 | 153,483.54 |
| 8/04 | 469,443.27 | 8/13 | 672,738.19 | 8/22 | 206,460.28 |
| 8/05 | 504,315.02 | 8/14 | 650,068.22 | 8/25 | 179,694.95 |
| 8/06 | 296,546.40 | 8/15 | 581,985.77 | 8/26 | 219,639.91 |
| 8/07 | 328,922.77 | 8/18 | 525,013.32 | 8/27 | 195,673.19 |
| 8/08 | 216,817.81 | 8/19 | 449,166.20 | 8/28 | 172,034.89 |
| 8/11 | 149,258.21 | 8/20 | 115,205.44 | 8/29 | 294,689.23 |

0159607

0159607

**From:** Joel Burstein
**Sent:** Wednesday, September 03, 2008 11:14 AM
**To:** Steve Raney
**Subject:** Jay Peak Line of Credit

Hey Steve,

I hope all is well, it was nice to finally meet you last month at the Summer Development Conference. We've spoken about the Jay Peak Resort project in the past and as of today we have $19,500,000 in our accounts. In speaking with Ariel Quiros the owner of Q Resorts, he was interested in getting a line of credit for his resort. He has completed an appraisal within the last month that estimated the resort at over $20 million. He told me that as he is a Florida resident and has been a client of Raymond James for some time now he would like to keep all of his financing with the firm. He is interested in keeping it simple and having everything with Raymond James makes that easy.

With a brand new appraisal and a client who has brought over close to $20 million in cash, along with more coming in all the time, would it be possible to work something out in the way of a line of credit for around $5 - $7 million dollars for the resort to run their operations? I know we keep asking, but the deal has now materialized and is less abstract, as this would be a straight line of credit using the appraised value as collateral.

2

0159608

**From:** Steve Raney
**Sent:** Wednesday, September 03, 2008 2:28 PM
**To:** Joel Burstein
**Subject:** RE: Jay Peak Line of Credit

Joel:

Correct me if I am wrong but there is already a mortgage on the resort. Presumably, he obtained some financing when the project closed. Another bank or seller financing????

**Steve Raney**
President and CEO
Raymond James Bank
(727) 567-4600
steve.raney@raymondjames.com
Please visit our web site at www.RaymondJamesBank.com

0159609

0159609

**From:** Steve Raney
**Sent:** Tuesday, September 09, 2008 9:27 AM
**To:** Joel Burstein
**Subject:** RE: Jay Peak Line of Credit

Joel:

I discussed this opportunity with my folks late last week. This is not a deal we want to pursue at this point. We don't have any expertise in ski resorts. Best that we take a pass on it.

**Steve Raney**
President and CEO
Raymond James Bank
(727) 567-4600
steve.raney@raymondjames.com
Please visit our web site at www.RaymondJamesBank.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, is prohibited. If you received this in error, please contact the sender (727) 567-8000, extension (74600) and then delete and destroy all copies of the material.

**From:** Joel Burstein
**Sent:** Tuesday, September 09, 2008 9:24 AM
**To:** Steve Raney
**Subject:** RE: Jay Peak Line of Credit

Hey Steve,

Just following up to see if you are interested in the line of credit for our client.

Thanks,

# Jay Peak, Inc. Operating Account – People's United Bank
## Acct. No. 1652136



**Phase 1**

Jay Peak Hotel Suites
Raymond James
Acct # 54046365

**Phase 2**

Jay Peak Hotel Suites 2
Raymond James
Acct #54046370

Q Resorts
Raymond James
Acct # 1494772

$1,00,000 on 9/18/08

$500,000 on 10/6/08

$500,000 on 10/31/08

Jay Peak, Inc
Chittenden
Acct #1652136

0159611

88

0159611

# Jay Peak, Inc. Operating Account – People's United Bank
## Acct. No. 16521736



Q Resorts
Acct #

$1,00,000 on 9/18/08

Jay Peak, Inc.
Chittenden
Acct #1652136

9/18   WIRE TRANSFER FEE                                          7.00-
9/19   WIRE TRANSFER DEBIT                                  521,553.75-
       FATZER AG
       026007993
       CH1100254254531426620
       SALMSACHERSTRASSE 9
       ROMANSHORN SWITZERLAND CH-8590
       UBS AG NYC
       UBS AG.
       NEW YORK NY
9/19   WIRE TRANSFER FEE                                         40.00-
9/19   WT WIRE EURBRUGG                                     304,691.20-

Used   to   purchase
chairlift   cables   for
Jay Peak Resorts

89

0159612

# Additional Payments for Jay Peak Resort

**$13,544,346  payment plus:**

- $2,000,000 on June 25, 2008 to SSVR Creditor

- $628,684.42 on June 30, 2008 to SSVR Creditor

- $1,500,000 on July 1, 2008 to SSVR

- $1,000,000 on August 29, 2008 to SSVR

- $500,000 on September 5, 2008 to SSVR

- $2,500,000 on September 26, 2008 to SSVR

- $1,692,784.65  in 2008 for Stratavest Bond

- $800,645.89 in 2008 to VEDA

- **$24,166,460.96  total purchase price**

0159613

0159613

## Additional Transfers into Jay Peak Resort Operating Account

- $500,000 on July 28, 2008

- $500,000 on August 13, 2008

- $1,000,000 on September 18, 2008

- $500,000 on October 6, 2008

- $500,000 on October 31, 2008

$3,000,000 in total

Plus   $24,166,460.96 total purchase price

Equals   $27,166,460.96 of investor funds to purchase, maintain and enhance Jay Peak Resort

91

0159614

0159614

# Backfilling: Paying Old Project Expenses with New Investor Money

0159615

0159615



New Money Paying Old Project Expenses: Example 1

0159616

0159616

# New Money Paying Old Project Expenses: Example 2



0159617

# Collateral for Citibank Loan Transaction



People's Trust
Q Burke
Acct # 75-C009-97-6

$4,887,000

People's Trust
AnC Bio
Acct # 75-C009-90-1

$8,740,000

$3,019,377

Various Intermediate
Account Transfers*

Various Other Sources
(Commingled investor
funds from other projects)

$16,646,377.14* (between
01/2015 and 03/2015)

Jay Construction
Management
Acct # 87D03534

$16,200,000
3/24/2015

Jay Construction
Management
Acct # 91389941 66

Citibank

Collateral for Loan
$15,000,000
3/25/2015

1)   $15,000,000

Securities Intermediary
Pershing LLC

\*-1/09/15 ($10,759,377.14): Jay Peak Biomedical Research Park Trust Account (PUB) series of $500,000 escrow disbursements to Jay Peak Biomedical Research Park (Ray Jay); Jay Peak Biomedical Research Park (Ray Jay) $6.24 MM wire to Jay Peak Biomedical Research Park (PUB) on 6/26 and $3.545 MM wire to Jay Peak Biomedical Research Park (PUB) on 9/02 and $2.6 MM wire to Jay Peak Biomedical Research Park (PUB) on 10/7; Jay Peak Biomedical Research Park (PUB) $3.540 MM wire to Jay Construction Management (JP Morgan) on 9/02 and $2.6 MM wire to Jay Construction Management (JP Morgan) on 10/07; Jay Peak Biomedical Research Park (PUB) $5.2 MM wire to Jay Construction Management (Ray Jay) on 7/01; Jay Construction Management (Ray Jay) $4 MM wire to Jay Construction Management (JP Morgan) on 5/06 and $5.2 MM wire to Jay Construction Management (JP Morgan) on 7/02; Jay Construction Management (JP Morgan) **$10,759,377.14 wire to Jay Construction Management (ML) on 1/09.**

-3/11/15 ($1,000,000): Jay Peak Inc (PUB) $1 MM wire to Q Resorts (ML) on 3/11; **Q Resorts (ML), $1 MM wire to Jay Construction Management (ML) on 3/11.**

-3/13/15 ($2,470,000): Q Burke Trust Account (PUB) series of $500,000 escrow disbursements to Q Burke LP (ML); Q Burke LP (ML) $2.47 MM wire to Q Burke LP (PUB) on 3/11; Q Burke LP (PUB) $2.47 MM wire to Q Burke Mt. Resorts LLC (PUB) on 3/13; Q Resorts (ML) on 3/13; Q Burke Mt. Resort LLC (PUB) **$2.47 MM wire to Jay Construction Management (ML) on 3/13.**

-3/13/15 ($2,417,000): Q Burke Trust Account (PUB) series of $500,000 escrow disbursements to Q Burke LP (ML); Q Burke LP (ML) $4.15MM wire to Q Burke LP (PUB) on 3/02 and $2,004,000 wire to Q Burke LP (PUB) on 3/03; Q Burke LP (PUB) $2,417,300 wire to NECS -0221 (PUB) on 3/03; NECS -3588 (PUB) on 3/05; NECS -3588 (PUB) $773,440 wire to Q Resorts (ML) on 3/11 and $1,643,560 wire to Q Resorts (ML) on 3/12; **Q Resorts (ML) $2,417 MM wire to Jay Construction Management (ML) on 3/13.**

95

0159618

# Collateral for Citibank Loan Transaction - $2,000,000 from Q. Resorts



*-1/12/15 ($1,395,694.42): Q. Resorts (Ray Jay) $1,055,164.35 wire to Q Resorts (JP Morgan) on 11/24; Jay Peak Biomedical Research Park (PUB) $99,175 wire to NECS -6221 (PUB) on 12/04; Jay Peak Inc (PUB) $200,977 wire to Q Resorts (JP Morgan) on 12/19; Q Resorts (JP Morgan) $200,977 wire to NECS -6221 (PUB) on 12/19; NECS -6221 $99,175 wire to NECS -3588 (PUB) on 12/26 and $200,977 wire to NECS -3588 (PUB) on 12/26; NECS -3588 (PUB) $136,664 wire to Q Resorts (JP Morgan) on 12/26 and $68,581 wire to Q Resorts (JP Morgan) on 12/26 and $67,439 wire to Q Resorts (JP Morgan) on 12/26; Q Resorts (JP Morgan) $1,395,694.42 wire to Q Resorts (ML) on 1/12.

-2/13-18/15 ($200,000): Jay Peak Inc (PUB) $405,000 wire to Q Resorts (ML) on 2/13 and $150,000 wire to Q Resorts (ML) on 2/18; Q. Resorts (ML) $355,000 of $555,000 total wired out shortly after; $200,000 net deposit into Q Resorts (ML).

-3/05/15 ($846,100): Jay Peak Inc (PUB) $846,610 wire to Q Resorts (ML) on 3/05.

0159619

# Collateral for Citibank Loan Transaction



**\*-1/09/15 ($10,759,377.14):** Jay Peak Biomedical Research Park Trust Account (PUB) series of $500,000 escrow disbursements to Jay Peak Biomedical Research Park (Ray-Jay); Jay Peak Biomedical Research Park (Ray-Jay) $6.24 MM wire to Jay Peak Biomedical Research Park (PUB) on 6/26 and $3.545 MM wire to Jay Peak Biomedical Research Park (PUB) on 9/02 and $2.6 MM wire to Jay Peak Biomedical Research Park (PUB) on 10/7; Jay Peak Biomedical Research Park (PUB) $3.540 MM wire to Jay Construction Management (JP Morgan) on 9/02 and $2.6 MM wire to Jay Construction Management (JP Morgan) on 10/07; Jay Peak Biomedical Research Park (PUB) $5.2 MM wire to Jay Construction Management (Ray-Jay) on 7/01; Jay Construction Management (Ray-Jay) $4 MM wire to Jay Construction Management (JP Morgan) on 5/06 and $5.2 MM wire to Jay Construction Management (JP Morgan) on 7/02; Jay Construction Management (JP Morgan) **$10,759,377.14 wire to Jay Construction Management (ML) on 1/09.**

**-3/11/15 ($1,000,000):** Jay Peak Inc (PUB) $1 MM wire to Q Resorts (ML), on 3/11; **Q Resorts (ML), $1 MM wire to Jay Construction Management (ML) on 3/11.**

**-3/13/15 ($2,470,000):** Q Burke Trust Account (PUB) series of $500,000 escrow disbursements to Q Burke LP (ML); Q Burke LP (ML) $2.47 MM wire to Q Burke Mt. Resorts LLC (PUB) on 3/11; Q Burke Mt. Resort LLC (PUB) $2.47 MM wire to Q Resorts (ML), on 3/13; Q Resorts (ML), $2.47 MM wire to Jay Construction Management (ML) on 3/13.

**-3/13/15 ($2,417,000):** Q Burke Trust Account (PUB) series of $500,000 escrow disbursements to Q Burke LP (ML); Q Burke LP (ML) $4.15MM wire to Q Burke LP (PUB) on 3/02 and $2,004,000 wire to Q Burke LP (PUB) on 3/03; Q Burke LP (PUB) $2,417,300 wire to NECS -0221(PUB) on 3/03; NECS -3588 (PUB) on 3/05; NECS -3588 (PUB) $773,440 wire to Q Resorts (ML) on 3/11 and $1,643,560 wire to Q Resorts (ML) on 3/12, **Q Resorts (ML) $2,417 MM wire to Jay Construction Management (ML) on 3/13**

0159620

## Overview of Citibank Loans

| Date | Amount | Loan Number | Debtor |
|------|--------|-------------|--------|
| 4/14/15 | $6,000,000.00 | 100AFL315104 | Ariel Quiros / GSI of Dade County |
| 4/30/15 | $100,000.00 | 100AFL315120 | Ariel Quiros / GSI of Dade County |
| 5/8/15 | $2,414,000.00 | 100AFL315128 | Ariel Quiros / GSI of Dade County |
| 6/1/15 | $1,400,000.00 | 100AFL315120 | Ariel Quiros / GSI of Dade County |
| 6/29/15 | $850,000.00 | 100AFL315120 | Ariel Quiros / GSI of Dade County |

Citibank

Collateral for Loan

Securities Intermediary
Pershing LLC
Acct #

1)   $15,000,000
2)   $2,000,000

98

0159621

0159621



# May 2015 Loan Transaction

Q Resorts, Inc.
Acct # 9138995314

$2,414,000
5/8/2015

$2,414,000
5/12/2015

GSI of Dade County
Acct # 9139082336

$2,414,000 Loan
Acct # 100AFL315128
5/8/2015

Jay Peak, Inc.
Acct #16521736

$328,672.50
5/14/2015

Jay Peak Penthouse
Acct #65005375109

$5,041.50 payments to the
65 Penthouse investors

Total $327,697.50

$444,280.00
5/14/2015

Jay Peak Lodge &
Townhouse
Acct #65001100215

$6,000.34 payments to
the 90 Lodge investors

Total $444,280.00

$540,031.00
5/14/2015

Jay Peak Golf & Mt.
Acct #65001010095

$4,936.46 payments to the
90 Golf & Mt. investors

Total $540,000.00

$226,690.00
5/14/2015

Jay Peak Stateside
Acct #65000096129

$1,676.72 payments to the
126 Stateside investors

Total $223,003.76

Citibank

Collateral for Loan

Securities Intermediary
Pershing LLC
Acct #

1)   $15,000,000
2)   $2,000,000

0159622

99

0159622

# Ariel Quiros's Personal Enrichment from Jay Peak EB-5 Investor Money

0159623

0159623

# Purchase of 400 Fifth Avenue Condominium



**Funds Sourced from Investor Money**

$3,816,000
12/01/2011

**Q-Resorts**
Acct # 14294772

$3,816,000
12/02/2011

**GSI of Dade County**
Acct #60321932

$3,816,000
12/02/2011

**Ariel & Okcha Quiros**
Acct #60307460

**Louis Ruggiero Client Trust Account**

12/6/2011 – Ariel & Okcha Quiros Execute deed on 400 Fifth Avenue condominium with a purchase price of $4,149,369. Louis Ruggiero filed property transfer and deed with City of New York on 12/8/11.

0159624

0159624

## RAYMOND JAMES®

November 30 to December 30, 2011

## Your Activity (continued)

Cletus Abel & Okidia Account No. 603027460

### Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|------|------|------|------|------|------|------|------|------|
| | | | Beginning Balance | | | | $0.00 | $303,534,709 RJ Bank Deposit Program Balance |
| 12/28/2011 | Deposit | Deposit | Cash | | | $3,930,000.00 | $3,930,000.00 | RJ Bank Deposit Program Balance |
| 12/29/2011 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | $3,915,000.00 | $0.00 | $3,945,354.09 RJ Bank Deposit Program Balance |

### Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|------|------|------|------|------|------|------|------|------|
| 12/30/2011 | Withdrawal | Withdrawal | Cash | | | $3,915,000.00 | $3,915,000.00 | WIRE FEE |
| 12/30/2011 | Withdrawal | Withdrawal | Cash | | | $25.00 | $3,915,025.00 | WIRE FEE |
| 12/27/2011 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $3,915,025.00 | $0.00 | $23,550.09 RJ Bank Deposit Program Balance |
| 12/14/2011 | Deposit | Deposit | Cash | | | $2.88 | $2.88 | COMMISSION REBATE - INTEREST |
| 12/14/2011 | Deposit | Deposit | Cash | | | $21.18 | $24.06 | COMMISSION REBATE |
| 12/14/2011 | Deposit | Transfer To | Raymond James Bank Deposit Program | | | $24.04 | $0.00 | $23,540,213 RJ Bank Deposit Program Balance |
| 12/30/2011 | Income | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $1.13 | $0.00 | $23,544,218 RJ Bank Deposit Program Balance |

102

0159625

0159625

# Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $873,207.85 | |
| 12/01/2011 | Deposit | Deposit | Cash | | | $50,000.00 | $729,247.85 | TRF FR #14294772 |
| 12/05/2011 | Withdrawal | Withdrawal | Cash | | | $150,000.00 | $879,337.85 | WIRE TO/GSF OF DADE COUNTY INC |
| 12/19/2011 | Withdrawal | Withdrawal | Cash | | | $25.00 | $879,362.85 | WIRE FEE |
| 12/22/2011 | Deposit | Deposit | Cash | | | $3,816,000.00 | $4,696,382.85 | TRF FR #14294772 |
| 12/22/2011 | Withdrawal | Withdrawal | Cash | | | $3,816,000.00 | $879,362.85 | TRF TO # 409374856 |

Q.Reports Inc. Account No. 142847772

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $4,059,075.00 | $185,873,972.30 |
| Transfers In | $0.00 | $2,596,925.34 |
| Total Deposits | $4,059,075.00 | $188,372,897.00 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | $23,487,425.00 | $163,875,251.40 |
| Total Withdrawals | $(23,487,425.00) | $(163,875,251.40) |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest + Taxable | $203.91 | $2,406.55 |
| Total Income | $203.91 | $2,406.55 |

### Expenses

| Type | This Statement | Year to Date |
|---|---|---|
| Interest Statements | $335.74 | $798.62 |
| Total Expenses | $(335.74) | $(798.62) |

### Purchases

| Type | This Statement | Year to Date |
|---|---|---|
| Purchases | $15,000,159.95 | $28,490,959.02 |
| Total Purchases | $(15,000,150.95) | $(28,490,959.02) |

### Sales / Redemptions

| Type | This Statement | Year to Date |
|---|---|---|
| Redemptions | $10,000,000.00 | $16,000,000.00 |
| Sales | $14,890,970.42 | $14,990,970.42 |
| Total Sales/Redemptions | $24,890,970.42 | $30,990,970.42 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Current Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $11,145,604.22 | |
| 12/31/2011 | Withdrawal | Cash | | | | $550,000.00 | $11,045,604.22 | TRF TO # 60201302 |
| 12/02/2011 | Withdrawal | Cash | | | | $3,315,000.00 | $14,055,604.22 | TRF TO # 60201302 |
| 12/02/2011 | Withdrawal | Cash | | | | $3,315,000.00 | $10,275,604.22 | TRF TO # 60201302 |
| 12/02/2011 | Withdrawal | Cash | | | | $50,000.00 | $10,225,604.22 | TRF TO # 60201302 |
| 12/15/2011 | Sales Redemption | Redemption | US TREASURY BILLS QID 12/15/2011 DUE 12/15/2011 (912797CT7) | 10,000,000.000 | $1.000 | $10,000,000.00 | $20,225,604.52 | 12/15/11 BOND MATURED @ 100%, SN 9121531 |
| 12/15/2011 | Withdrawal | Cash | | | | $71,000,000.00 | $14,490,970.42 | TRF TO # 60201302 |
| 12/16/2011 | Purchase | Purchase | US TREASURY BILLS QID 01/12/2012 DUE 01/12/2012 (912795Y8) | 15,000,000.000 | $100.001 | $15,000,159.95 | $4,206,664.27 | |

# CONDOMINIUM UNIT DEED

## 400 FIFTH REALTY LLC

TO

## ARIEL QUIROS and OKCHA QUIROS

### THE SETAI FIFTH AVENUE HOTEL AND RESIDENCES, A CONDOMINIUM

400 Fifth Avenue
New York, New York 10018
Unit 39F (formerly 39E, 39G, 39H)

County: New York
Block: 838
Lot: 1066 (formerly 1066, 1067, 1068)

Record and Return to:

Louis Ruggiero, Esq.
c/o Cohen, Frankel & Ruggiero, LLP
20 Vesey Street, Suite 1200
New York, New York 10007

0159628

## New York City Department of Finance
### Office of the City Register

HELP
[Click here for additional information]
[Selecting a help option will open a new window]

**Current Search Criteria:**

Name: ARIEL QUIROS
Date: To Current Date
Party Type: All Parties
Borough/County: All Boroughs/Counties
Document Class: All Document Classes

# Search Results By Party Name

[Search Options] | [New Name Search] | [Edit Current Search] | [Print Index]

Records 11 - 20  << Previous  Next >>    Max Rows 10 ▼

| View | Party Type/Other | Party Name | Borough | Block | Lot | Reel/Pg/File | CRFN | Partial | Doc Date | Recorded/Filed | Document Type | Pages | Corrected/Remarks | Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 1171 | 1672 | | 2013000345376 | ENTIRE LOT | 8/6/2013 | 8/16/2013 2:26:43 PM | POWER OF ATTORNEY | 9 | | 0 |
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 1171 | 1704 | | 2013000314576 | ENTIRE LOT | 7/19/2013 | 8/2/2013 2:27:31 PM | DEED | 7 | | 2,925,000 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 1171 | 1673 | | 2013000204070 | ENTIRE LOT | 7/19/2013 | 8/9/2013 3:25:47 AM | DEED | 7 | | 10,000 |
| DET MAG | 1 | QUIROS, ARIEL | QUEENS | 9159 | 54 | | 2013000137512 | ENTIRE LOT | 3/19/2013 | 4/30/2013 9:25:47 AM | SATISFACTION OF MORTGAGE | 3 | | 0 |
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 335 | 1667 | | 2011000444621 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:20 AM | POWER OF ATTORNEY | 7 | | 0 |
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 335 | 1666 | | 2011000444621 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:20 AM | POWER OF ATTORNEY | 7 | | 0 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 335 | 1663 | | 2011000444062 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:20 AM | POWER OF ATTORNEY | 7 | | 0 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 335 | 1666 | | 2011000444061 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:19 AM | DEED | 16 | | 4,149,339 |
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 335 | 1667 | | 2011000444061 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:19 AM | DEED | 16 | | 4,149,339 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 335 | 1668 | | 2011000444062 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:19 AM | DEED | 16 | | 4,149,339 |

Search Options    New Name Search    Edit Current Search

Go To: Finance Home Page | NYCgov Home Page | Contact Us | Privacy Policy | Terms of Use

0159629

0159629

0159630

Purchase of 400 Fifth Avenue Condominium



# Purchase of 220 Riverside Boulevard Condominium



Funds Sourced from
Investor Money

GSI of Dade County
Acct #60321932

Q-Resorts
Acct # 14294772

$238,500
4/23/2013

Ariel & Okcha Quiros
Acct #60307460

$2,200,000
5/30/2013

$2,200,000
5/30/2013

Louis Ruggiero
Client Trust Account

6/6/2013 – POA giving Louis Ruggiero authority to execute documents relating to purchase of property located at 220 Riverside Boulevard.

7/18/2013 – Ariel & Okcha Quiros Execute deed on 220 Riverside Boulevard condominium with a purchase price of $2,385,000.

7/22/13 – Louis Ruggiero filed property transfer and deed with City of New York on.

108

0159631

0159631

# Transfer of $238,500

## RAYMOND JAMES®

March 28 to April 30, 2013

### Your Activity (continued)
Q FREEMAN INC ACCOUNT NO 342344772

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Description Symbol or CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 04/15/2013 | Withdrawal | Withdrawal | Cash | | | $236,508 |
| 04/23/2013 | Withdrawal | Cash | | | | $2,098,950.00 |
| 04/26/2013 | Withdrawal | Cash | | | | $936,500 |
| 04/29/2013 | Withdrawal | Cash | | | | $4,750,418,333 |
| 04/29/2013 | Withdrawal | Cash | | | | $3,470,000.598 |
| 04/29/2013 | Deposit | Cash | | | | $475,000.00 |
| 04/30/2013 | Income | Interest - Taxable | Cash held in CSP | | | $1,432.91 |

0159632

Transfer of $2,200,000

# RAYMOND JAMES®

April 30 to May 31, 2013

## Your Activity

Ghersi, Ariel & Oksha Account No. 80302?469

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $2,200,028.85 | $2,200,028.85 |
| Total Deposits | $2,200,000.00 | $2,200,000.00 |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Dividends: Taxable | $0.00 | $16,818.00 |
| Interest at RJ Bank Deposit Program | $1.49 | $7.25 |
| Total Income | $1.49 | $16,825.25 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | $2,300,025.00 | $2,300,025.00 |
| Total Withdrawals | $2,200,025.00 | $2,200,025.00 |

### Expenses

| Type | This Statement | Year to Date |
|---|---|---|
| Fees | $0.00 | $7,085.58 |
| Total Expenses | $0.00 | $17,085.58 |

### Cash Sweep Transfers

| Type | This Statement |
|---|---|
| Transfers From | $25.00 |
| Net Transfers | $25.00 |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.00 | $45,846.80 RJ Bank Deposit Program Balance |
| 05/30/2013 | Deposit | Deposit | Cash | | | $2,200,000.00 | $2,200,000.00 | |
| 05/30/2013 | Withdrawal | Withdrawal | Cash | | | $(2,200,000.00) | $0.00 | WIRE TO L. OLAS J RUIGUEREO |
| 05/30/2013 | Withdrawal | Withdrawal | Cash | | | $(225.00) | $(225.00) | WIRE FEE |
| 05/30/2013 | Cash Sweep | Transfer From | Raymond James Bank Deposit Program | | | $25.00 | $0.00 | $45,834.80 RJ Bank Deposit Program Balance |

0159633

Transfer of $2,200,000

# RAYMOND JAMES®

April 30 to May 31, 2013

## Your Activity (continued)

CSI of Dade County Inc Account No.: 00321932

### Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| 05/24/2013 | Purchase | Purchase | RITE AID CORPORATION (RAD) | 3,500,000 | $0.878 | $(3,150,473.79) | $3,115,911.50 | |
| 05/28/2013 | Purchase | Purchase | PGT INCORPORATED (PGTI) | 500,000 | $7.50 | $(3,875.00) | $3,111,044.50 | |
| 05/29/2013 | Purchase | Purchase | BLCOMN BRANDS INCORPORATED (BLMN) | 200,500 | $25,500 | $(3,300.00) | $3,109,744.50 | |
| 05/29/2013 | Purchase | Purchase | CHANNELADVISOR CORPORATION (ECOM) | 100,500 | $14,300 | $(1,400.00) | $3,108,344.50 | |
| 05/30/2013 | Withdrawal | Withdrawal | Cash | | | $(2,200,000.00) | $905,244.50 | TYPE TO #:00087480 |
| 05/31/2013 | Income | Interest & Income | Cash held in CIP | | | $108.14 | $905,452.64 | 31 days average balance $3,354,740.79 average rate 0.39% |

0159634

**(b) DESIGNATION OF AGENT(S):**

I, Ariel Quiros, 19 Grand Bay Estates Circle, Key Biscayne, Florida 33149, hereby appoint:

Louis J. Ruggiero, Esq., 20 Vesey Street-Suite 1200, New York, New York 10007, as my agent(s)

If you designate more than one agent above, they must act together unless you initial the statement below.

(_____) My agents may act SEPARATELY.

**(g) MODIFICATIONS: (OPTIONAL)** In this section, you may make additional provisions, including language to limit or supplement authority granted to your agent. However, you cannot use this Modifications section to grant your agent authority to make major gifts or changes to interests in your property. If you wish to grant your agent such authority, you MUST complete the Statutory Major Gifts Rider.

This Power is specifically intended to allow my agent on my behalf, to execute any and all documents necessary for the purchase of the property located at 220 Riverside Boulevard - Unit 18 L, New York, New York 10069, and Storage Unit 34

---

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

RECORDING AND ENDORSEMENT COVER PAGE

0159635

0159635

NEW YORK CITY DEPARTMENT OF FINANCE

# Office of the City Register

HELP

For help for additional instructions[,]
Searching is best option to open new window

**Current Search Criteria:**

Name: AREL QUIROS
Date: To Current Date
Party Type: All Parties
Borough/County: All Boroughs/Counties
Document Class: All Document Classes

# Search Results By Party Name

Records 11 - 20 << Previous   Next >>   Max Rows 10 ▼   [Search Options | New Name Search | Edit Current Search]   [Print Index]

| View | Party Type/ Other | Party Name | Borough | Block | Lot | Real/Pg/File | CRFN | Partial | Doc Date | Recorded/Filed | Document Type | Pages | Corrected/ Remarks | Doc. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 1171 | 1072 | | 2013000240576 | ENTIRE LOT | 8/6/2013 | 08/08/2013 2:26:43 PM | POWER OF ATTORNEY | 8 | 0 | 0 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 1171 | 1704 | | 2013000334676 | ENTIRE LOT | 7/16/2013 | 08/27/2013 3:37:10 PM | DEED | 7 | 0 | 2,395,000 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 1171 | 1072 | | 2013000334070 | ENTIRE LOT | 7/16/2013 | 08/09/2013 11:37:23 AM | DEED | 7 | 0 | 10,000 |
| DET MAG | 1 | QUIROS, ARIEL | QUEENS | 9159 | 54 | | 2013000197522 | ENTIRE LOT | 3/29/2013 | 4/05/2013 9:25:47 AM | SATISFACTION OF MORTGAGE | 3 | 0 | 0 |
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 935 | 1066 | | 2011000444092 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:48:10 AM | POWER OF ATTORNEY | 7 | 0 | 0 |
| DET MAG | 1 | QUIROS, ARIEL | MANHATTAN | 935 | 1067 | | 2011000444092 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:48:10 AM | POWER OF ATTORNEY | 7 | 0 | 0 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 935 | 1068 | | 2011000444092 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:48:10 AM | POWER OF ATTORNEY | 7 | 0 | 0 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 935 | 1066 | | 2011000444062 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:15 AM | DEED | 16 | 0 | 4,149,395 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 935 | 1067 | | 2011000444062 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:15 AM | DEED | 16 | 0 | 4,149,395 |
| DET MAG | 2 | QUIROS, ARIEL | MANHATTAN | 935 | 1068 | | 2011000444062 | ENTIRE LOT | 12/6/2011 | 12/22/2011 10:46:15 AM | DEED | 16 | 0 | 4,149,395 |

Search Options    New Name Search    Edit Current Search

Go To: Finance Home Page | NYCserv Home Page | Contact Us | Privacy Policy | Terms of Use

0159636

0159636

Purchase of 220 Riverside Boulevard Condominium
AKA TRUMP PLACE NEW YORK





0159637

Nicole Quiros' Residence- 220 Riverside Boulevard Condominium
AKA TRUMP PLACE NEW YORK



THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**GSI Of Dade County**
111 NE 1St St
4Th Floor
Miami, FL 33132

Citibank
1685 Washington Ave, Miami

63-8655
2560

**Check Date** 4/17/2016   **Check Number** 10019

Pay  *Two Thousand Three Hundred Six Dollars and Eighty Cents*

$*****2,306.80

To the Order of:

**Nicole Quiros**
220 Riverside Blvd
Apt 18L
New York, NY 10069

Authorized Signature

⑆010019⑆ ⑈256086555⑈ 913849593 2⑈

0159638

0159638

## Purchase of 4452 Darling Hill Property



**Funds Sourced from Investor Money**

Q-Resorts
Acct # 14294772

$431,240.83
12/21/2012

GSI of Dade County
Acct #60521932

$431,240.83
12/21/2012

Ariel & Okcha Quiros
Acct #60307460

$431,240.83
12/21/2012

Mark Bertolini
Client Trust Account

12/24/2012 – Ariel & Okcha Quiros Execute deed on Darling Hill property with a purchase price of $437,500.

Plus an additional **$28,853.00** to renovate the property

116

0159639

# RAYMOND JAMES®

November 30 to December 31, 2012

## Your Activity
Quinlan Ariel & Oksana Account No. 600507460



## Activity Summary

### Deposits
| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $431,240.83 | $1,834,240.53 |
| Total Deposits | $431,240.83 | $1,834,240.53 |

### Withdrawals
| Type | This Statement | Year to Date |
|---|---|---|
| Withdrawals | ($431,205.53) | ($1,834,330.83) |
| Total Withdrawals | ($431,205.53) | ($1,834,330.83) |

### Purchases
| Type | This Statement | Year to Date |
|---|---|---|
| Purchases | $0.00 | $500,493.83 |
| Total Purchases | $0.00 | $500,493.83 |

### Income
| Type | This Statement | Year to Date |
|---|---|---|
| Dividends - Taxable | $5,160.50 | $16,293.00 |
| Interest in RJ Bank Deposit Program | $3.49 | $16.28 |
| Total Income | $5,163.90 | $16,309.28 |

### Expenses
| Type | This Statement | Year to Date |
|---|---|---|
| Fees | $0.00 | $7,357.95 |
| Total Expenses | $0.00 | $7,357.95 |

### Cash Sweep Transfers
| Type | This Statement |
|---|---|
| Transfers From | $25.50 |
| Transfers To | ($15,162.58) |
| Net Transfers | ($15,137.50) |

## Activity Detail

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | | $0.00 | $20,772.39 RJ Bank Deposit Program Balance |
| 12/03/2012 | Income | Dividend-Taxable | FORD MTR COMPANY DEL COM PAR $0.01 (F) | | | $5,160.50 | $5,160.50 | $0.0500 per share × 103,250.00 shares |
| 12/10/2012 | Cash Sweep | Transfer To | Raymond James Bank Deposit Program | | | ($5,160.50) | $0.00 | $14,935.89 RJ Bank Deposit Program Balance |
| 12/21/2012 | Deposit | Cash | | | | $431,240.83 | $431,240.83 | TRF FR # 9ХХ75ХХ0 |
| 12/21/2012 | Withdrawal | Cash | | | | ($431,240.83) | $0.00 | WIRE TO MARK BERTOLINI |
| 12/26/2012 | Withdrawal | Cash | | | | ($25.50) | ($25.50) | WIRE FEE |

0159640

Purchase of 4452 Darling Hill Property

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that, PETER MICHAEL McLINN, Trustee of Restated Peter Michael McLinn Trust dated June 13, 2006, and CLARIETTE M. McLINN, Trustee of Restated Clariette M. McLinn Trust dated June 13, 2006, both of the Town of Sheffield, in the County of Caledonia, and State of Vermont, Grantors, in the consideration of ONE DOLLAR AND OTHER GOOD AND VALUABLE CONSIDERATION, paid to our full satisfaction by ARIEL CHROS and OR CHA CHROS of Key Biscayne, in the County of Dade, and State of Florida, Grantees, by these presents do freely GIVE, GRANT, SELL, CONVEY AND CONFIRM, unto the said Grantees, ARIEL CHROS and OR CHA CHROS, husband and wife, as tenants by the entirety, of the County of Caledonia, and State of Vermont, described as follows, viz:

Being a parcel of land together with a dwelling house and other improvements thereon, located at 4452 Darling Hill Road conveyed to the Grantors herein by the following conveyances:

A. Being all and the same lands and premises conveyed to PETER MICHAEL McLINN, Trustee of Restated Peter Michael McLinn Trust dated June 13, 2006, and CLARIETTE M. McLINN, Trustee of Restated Clariette M. McLinn Trust dated June 13, 2006 by Quit Claim Deed of PETER MICHAEL McLINN, Trustee under Declaration of Trust dated August 18, 1995, dated July 11, 2006 and recorded in Book 103 at Page 355 of the Burke Land Records.

B. Being all and the same lands and premises conveyed to PETER MICHAEL McLINN, Trustee under Declaration of Trust dated August 18, 1995 by Warranty Deed dated August 18, 1995 and recorded in Book 62 at Page 224 of the Burke Land Records.

C. Being all and the same lands and premises conveyed to MICHAEL McLINN and CLARIETTE M. McLINN by Warranty Deed of DONALD I. KATZ and SUSAN A. KATZ, dated July 10, 1990 and recorded in Book 49 at Page 1 of the Burke Land Records.

This premises herein conveyed are subject to the applicable covenants and restrictions recited in a certain deed from Brian C. Kelly to Ralph E. Mead, dated October 7, 1974 and recorded in Book 32 at Page 213 of the Burke Land Records.

The Grantors further convey any and all rights they may have under a certain Declaration of Covenant and Restriction dated October 7, 1974 and recorded in Book 32 at Page 219 of the Burke Land Records.

This conveyance is made subject to and with the benefit of any utility easements, spring rights, easements for ingress and egress, and rights incidental to each of the above as may appear more particularly of record, provided that this paragraph shall not enlarge any such easement interests previously extinguished by the Marketable Record Title Act, Subchapter 7, Title 27, Vermont Statutes Annotated.

TO HAVE AND TO HOLD said granted premises, with all the privileges and appurtenances thereof, to the said Grantees, ARIEL CHROS and OR CHA CHROS, husband and wife, as tenants by the entirety and assigns, to their own use and behoof forever, and we the said Grantors, PETER MICHAEL McLINN, Trustee of Restated Peter Michael McLinn Trust dated June 13, 2006, and CLARIETTE M. McLINN, Trustee of Restated Clariette M. McLinn Trust dated June 13, 2006 for ourselves and our heirs, executors and administrators, do covenant with the said Grantees, ARIEL CHROS and OR CHA CHROS, husband and wife, as tenants by the entirety and their heirs and assigns, that until the ensealing of these presents we are the sole owners of the premises, and have good right and title to convey the same in manner aforesaid, that they are FREE FROM EVERY ENCUMBRANCE, except as aforesaid and assignments of record as in the Burke Land Records, and we hereby engage to WARRANT AND DEFEND the same against all lawful claims whatever, except as aforesaid.

WE hereunto set our hands and seals, this ___ day of December, 2012.

Signed, Sealed and Delivered
in Presence of:

_____
PETER MICHAEL McLINN, Trustee of
Restated Peter Michael McLinn Trust
dated June 13, 2006

_____
CLARIETTE M. McLINN, Trustee of
Restated Clariette M. McLinn Trust
dated June 13, 2006

STATE OF RHODE ISLAND
WASHINGTON COUNTY SS.

At _____, this ___ day of December 2012, personally appeared PETER MICHAEL McLINN, Trustee of Restated Peter Michael McLinn Trust dated June 13, 2006, and CLARIETTE M. McLINN, Trustee of Restated Clariette M. McLinn Trust dated June 13, 2006, and they acknowledged this instrument, by them sealed and subscribed, to be their free act and deed.

Before me, _____
Notary Public

My commission expires: _____

VERMONT PROPERTY TRANSFER
32 VSA CHAP 231
RETURN RECEIVED
DATE _____
SIGNED _____
TOWN CLERK

Recorded in the records of the
Town of Burke

Received for recording
Date _____

_____
Town Clerk

MARK BEHRENS P.C. • P.O. BOX 388, LYNDONVILLE, VT 05851 • (802) 626-9123

118

0159641

# April 2015 Loan Transaction



Ariel & Okcha Quiros
MIA Expense Account
Acct # 9139153362

GSI of Dade County
Acct # 9139082336

$6,000,000 Loan
Acct # 100AFL315104
4/14/2015

Citibank

Collateral for Loan

Securities Intermediary
Pershing LLC
Acct #

1)   $15,000,000
2)   $2,000,000

Second to last day to
file a Form 4868 for
the 2014 tax year

$6,000,000
4/22/2015

Ariel Quiros Social
Security Number and the
automatic personal tax
extension

Citibank Personal
Account Number

119

0159642

## Other Purchases with Investor Money

**Vehicles:** $69,452 on a Range Rover Defender; $67,000 on a excavator; $1,896.71 per month on a leased Porsche; $17,500 on a 1942 Ford GPW

**Association Fees:** $15,048 on residence in Key Biscayne; $143,568 business condominium Miami; $$6,300 on parking in Miami

**Attorney Fees:** $47,500 on divorce attorney; Richardson & Patel, $150,000 on SEC attorneys for Ariel Quiros; $15,000 on personal attorney Brian Hersh; $40,000 to Fred Burgess for consulting

**Credit Cards:** over $157,859 on American Express payments; over $23,500 on Capital One payments

$1,100,000 to purchase the Tango Grill Restaurant in Miami, Florida

$1,401,482.50 to purchase the properties located in downtown Newport known as the Renaissance Block from the Spates Family

0159643

0159643

# Purchase of AnC Bio Project Site in Newport, Vermont

0159644

0159644

# Orleans County Record- February 19, 2014

## Newport City To Give Bogner Drive To AnC Bio Vermont

Submitted by trish on Tue, 02/20/2014 - 4:30pm

**Newport City To Give Bogner Drive To AnC Bio Vermont**

**Robin Smith** | Orleans County Record

Staff Writer | Orleans County Record

Wednesday, February 19, 2014

NEWPORT CITY -- The city council is preparing to give up ownership of the access drive to the future home of AnC Bio Vermont, the bio tech company that is expected to bring hundreds of jobs to the area.

The AnC Bio Vermont research and development tower will be built next to the former Bogner plant off Bogner Drive, above the western shore of southern Lake Memphremagog.

The developers of AnC Bio Vermont want to control access to the new facility, and they have asked the city council to consider giving up the public drive to the site.

The council on Monday evening agreed that it would be better for AnC Bio Vermont to have oversight of the long driveway, according to Alderman John Wilson.

The council will put the process in motion to convert the public road into a private road, taking into account water and sewer lines. "We'll lay the groundwork," Wilson said.

About 40 years ago, the city built Bogner Drive as a public road to the site to welcome the Bogner of America plant, where hundreds of people worked for years to create ski wear for years.

Wilson said that the city would be happy to give up a public road that otherwise requires maintenance and plowing. And that would allow AnC Bio Vermont to control the entrance to the site, he said.

Bogner eventually closed the manufacturing plant and kept only offices, renting out most of the office space.

Bill Stenger, president of Jay Peak Resort, and his partners in the Northeast Kingdom Economic Development Initiative want to bring the AnC Bio Vermont plant to Newport City.

They raised capital from foreign investors made possible through the federal EB-5 program to buy the Bogner site for $3 million, and have worked for several years since then to bring the project along. They are almost at the point of applying for local and state land use permits.

AnC Bio Vermont is a subsidiary of AnC Bio, a company based in Seoul, South Korea. The new plant will include manufacture of medical devices, a research and development facility, and clean rooms that will be rented by scientists from across the Northeast and eastern Canada, creating jobs at all levels.

It is one of the EB-5 projects proposed by Stenger and partners for the Newport City area. They have purchased the Spates Block on Main Street to convert into the Renaissance Block of shops, suites and restaurants. They also have an option to buy the Waterfront Plaza to convert it to the Newport Marina Hotel and Conference Center.

The developers are preparing to apply for city permits and have worked out what could be a final design that meets local zoning.

The city is in the process of adjusting zoning to allow the research tower.

On 2/19/2014, the *Orleans County Record* published an article about AnC Bio's acquisition of the Bogner Site. The article alludes to the original purchase of the site by GSI (although GSI is not specifically mentioned), and notes that the $3 million purchase was funded by EB-5 investor funds.

# The Facts of the Transaction:

On September 16, 2011, GSI purchased the Bogner Site from James & Mary Ann Mulkin for $3,150,000.

## 172 BOGNER DR

| Location | 172 BOGNER DR | | Assessment | $2,034,760 |
| Mblu | 1240A6/ / / / | | PID | 211 |
| Acct# | 435-536-144135 | | Building Count | 1 |
| Owner | GSL OF DADE COUNTY INC | | | |

### Current Value

| Valuation Year | | Assessment | | |
| --- | --- | --- | --- | --- |
| | | Improvements | Land | Total |
| 2004 | | $1,961,900 | $372,800 | $2,334,700 |

### Owner of Record

| Owner | GSL OF DADE COUNTY INC |
| Co-Owner | |
| Address | 111 NE 1ST STREET 4TH FLOOR |
| | MIAMI, FL 33132-2504 |

### Ownership History

| Owner | Ownership History | | |
| --- | --- | --- | --- |
| | Sale Price | Book & Page | Sale Date |
| BOGNER JAMES & MARY ANN & | $2,900,000 | 2057/132 | 09/16/2011 |

### Building Information

#### Building 1 : Section 1

| Year Built: | 1973 |
| Living Area: | 68305 |
| Replacement Cost: | $2,551,368 |
| Building Percent | 68 |
| Good: | |
| Replacement Cost | $1,760,400 |
| Less Depreciation: | |

#### Building Attributes

| Field | Description |
| --- | --- |
| STYLE | LGR Indust |
| MODEL | Industrial |
| Grade | Average |
| Stories | 1 |
| Occupancy | 1 |
| Exterior Wall 1 | Pre-Fnsh Met |

### Building Photo



### Building Layout

## Payment One Authorization
### (9/14/2011):

On September 14, 2011, Ariel Quiros sent a signed letter of authorization to his broker Joel Burstein at Raymond James requesting a series of wire transfers: $1,139,503.40 from the Q. Resorts, Inc. account at Raymond James (Acct. #14294772) to the GSI account at Raymond James (Acct. #60321932), and subsequently this sum from the GSI account at Raymond James to the Robert B. Chimileski, P.C. Client Trust Account at Community National Bank (Acct. #02211610.01).

---

**Attention:**   Mr. Joel Burstein
Raymond James & Associates

**Date:**   September 14th, 2011

**Subject:**   Wire Transfer

Joel,

Please transfer money from Q. Resorts Inc. account # 14294772 to GSI of Dade County Inc. account # 60321932 and from GSI of Dade County Inc. account # 60321932 to:

Robert B. Chimileski, P.C. Client Trust Account

Account # 02211610.01

Community National Bank

P.O. Box 259

Derby, Vermont 05829

Phone # 802-334-7915

Route # 011601029

The amount of $ 1,139,503.40

Joel, if you have any questions do not hesitate to call me at #305-579-9082.

Thank you for your attention.

Best regards,

Ariel Quiros
AIQ Corp

LOA Approved by...

0159647

Payment One Transaction (9/15/2011):

# RAYMOND JAMES®

August 31 to September 30, 2011

## Your Activity

Use of Davis County Inc Account No. 60221932

## Activity Summary

### Deposits

| Type | This Statement | Year to Date |
|---|---|---|
| Deposits | $1,851,975.40 | $6,115,573.40 |
| Transfers In | $0.00 | $5,424.17 |
| Total Deposits | $1,851,975.40 | $6,120,399.57 |

### Income

| Type | This Statement | Year to Date |
|---|---|---|
| Interest Earn | $0.00 | $1.13 |
| Total Income | $11.80 | $158.29 |

### Withdrawals

| Type | This Statement | Year to Date |
|---|---|---|
| Purchases | $0.00 | $0.00 |
| Withdrawals | $11,682,650.40 | $14,537,320.40 |
| Total Withdrawals | $11,682,650.40 | $14,537,320.40 |

### Purchases

| Type | This Statement | Year to Date |
|---|---|---|
| Purchases | $0.00 | $0.00 |
| Total Purchases | $0.00 | $355,493.83 |

## Activity Detail

| Date | Activity | Activity Type | Description | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | | $749,922.83 | |
| | Deposit | Cash | | | | |
| | Withdrawal | Cash | | | | |
| | Withdrawal | Cash | | | | |
| | Withdrawal | Cash | | | | |
| | Deposit | Cash | | | | |
| | Deposit | Cash | | | | |
| | Withdrawal | Cash | | | | |

## Payment Two Authorization (9/26/2011):

On September 26, 2011, Ariel Quiros sent a letter of authorization to Joel Burstein requesting a series of wire transfers: $204,947.00 from the Q. Resorts, Inc. account at Raymond James (Acct. #14294772) to the GSI account at Raymond James (Acct. #60321932), and subsequently this sum from the GSI account at Raymond James to the Robert B. Chimileski, P.C. Client Trust Account at Community National Bank (Acct. #02211610:01).

September 26, 2011

Raymond James & Associates

Attention: Joel Burstein

To Whom It May Concern:

Please process the following transactions:

Please journal 204,947.00 from Q. Resorts A/C # 14294772 to GSI of Dade County A/C # 60321932. Then follow wiring instructions below

Please wire $204,947.00 from GSI of Dade County A/C 60321932 to

Robert B. Chimileski, P.C. Client Trust Account
Community National Bank
PO Box 259
Derby, Vermont
ABA #011601029
Account # 022116001
Phone: 802-334-7915

Thank you for your attention to this matter.

Sincerely,

Ariel I. Quiros

0159649

0159649

**Payment Two Transaction (9/26/2011):**

# RAYMOND JAMES®

August 31 to September 30, 2011

Your Activity (continued)

COS of Dade County Inc Account No. 60021902

## Activity Detail (continued)

| Date | Activity Category | Activity Type | Description/Comments or Custody | Quantity | Price | Amount | Cash Balance | Additional Details |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 09/26/2011 | Withdrawal | Cash | | | | | | |
| 09/26/2011 | Withdrawal | Cash | | | | $95.00 | $174,401.00 WIRE FEE | |
| 09/26/2011 | Sell/Loss | Expense | | | $95.00 | | $174,496.00 REV EXPENSE | |
| 09/28/2011 | Discount | Discount | | | $440,733.00 | | $696,356.00 REV PR #142749.72 | |
| 09/29/2011 | Withdrawal | Cash | | | $442,000.00 | | $174,400.00 WIRE TO CUST 1 PROCEEDS | |
| 09/30/2011 | Withdrawal | Cash | | | $605.00 | | $139,477.00 WIRE FEE | |
| 09/30/2011 | Interest | Interest - 132.000 | Cash held in CIP | | $11.90 | | $153,466.00 39 days average avg int $14,529.23 through 09/30/2011 | |

# "Final Payment" Authorization (12/16/2011):

On December 16, 2011, Ariel Quiros sent a letter of authorization to Joel Burstein requesting a series of wire transfers: $1,000,000.00 from the Q. Resorts, Inc. account at Raymond James (Acct. #14294772) to the GSI account at Raymond James (Acct. #60321932), and subsequently this sum from the GSI account at Raymond James to the Robert B. Chimileski, P.C. Client Trust Account at Community National Bank (Acct. #02211610:01). The reference section of this letter of authorization notes "Final Payment Bogner site."

[From an email dated December 16, 2011 – TDP]

TO:   Raymond James & Assoc.

RE: Wire from 60321932

Dear Joel Burstein Jr.,

Please journal $1,000,000.00 from Q. Resorts A/C14294772 to GSI of Dade County A/C 60321932 and wire from GSI to the bank account per the following instructions:

| | |
|---|---|
| **Bank Name:** | Community National Bank |
| **Bank Address:** | PO BOX 259 |
| | Derby, VT 05829 |
| **Client Services:** | 802-334-7915 |
| **Account #:** | 022116001 |
| **ABA Routing #:** | 011601029 |
| **Account Name:** | Robert B. Chimileski P.C. Client Trust Account |
| **Reference:** | Final Payment Bogner site |

This wire transfer is for the client's business account.

Thank you for your prompt attention to this matter.

Sincerely,

_____

Ariel Quiros

## "Final Payment" Transaction (12/16/2011):

# RAYMOND JAMES®

November 30 to December 30, 2011

## Your Activity (continued)

Call of Davis County #xx Account No. 66321932

### Activity Detail (continued)

| Date | Activity Category | Activity Type | Description (Symbol or CUSIP) | Quantity | Price | Amount | Cash Balance | Additional Detail |
|---|---|---|---|---|---|---|---|---|
| 12/12/2011 | Purchase | Purchase | FORD MTR COMPANY DEL COM PAR $0.01 (F) | 70,000.000 | $9.896 | $(693,558.06) | $119,787.90 | |
| 12/28/2011 | Withdrawal | Cash | | | | $350,000.000 | $196,787.90 | WIRE TO GST DF DADE COUNTY |
| 12/16/2011 | Withdrawal | Cash | | | | $26.00 | $120,742.90 | WIRE FEE |
| 12/20/2011 | Sale | Sale | FORD MTR COMPANY DEL COM PAR $0.01 (F) | 68,000.000 | $11.590 | $787,854.89 | $956,897.79 | |
| 12/06/2011 | Deposit | Cash | | | | $54,250.00 | $1,028,591.79 | THE PR # 14268472 |
| 12/07/2011 | Purchase | Purchase | FORD MTR COMPANY DEL COM PAR $0.01 (F) | 46,000.000 | $11.360 | $(522,084.98) | $926,342.84 | |
| 12/15/2011 | Fee | Cash | | | | $611.49 | $2,919,631.51 | 421444 xxx DSC-950 Deposit $130% xxx $9997 A/5.11 |
| | Deposit | Cash | | | | | | |
| | Deposit | Cash | | | | | | |
| | Withdrawal | Cash | | | | | | Fee |

0159652

# Purchase of AnC Bio Project Site in Newport, Vermont



0159653

0159653

# The Purchase of the Q Burke Resort

131



# Ariel Quiros's Purchase of Burke Mountain Resorts

0159655

0159655

# April 15, 2015 AnC Bio Groundbreaking

Spent $5,000 of investor funds on commemorative shovels



0159656

JAX VENA BIOMEDICAL RESEARCH PARK
WILLIAM J SPENCER
ARIEL I QUIROZ
4850 VT RT 242
JAX VT 05859

Total days in statement period: 31

March 31, 2014
Page 1 of 2

Direct Inquiries to:
CALL CENTER
1-800-694-0206

Peoples United Bank
15 Main Street
Newport VT
05855

Summary of Account Balances

| Account | Number | Ending Balance |
|---|---|---|
| Cash Management Checking | 6590346739 | $29,773.81 |

Cash Management Checking   6590346739   1 Enclosure

| Average Balance | Additions | Subtractions | Balance Number |
|---|---|---|---|
| $390,536.79 | | | |

| Date | Description | Additions | Subtractions | Balance Number | Date | Amount |
|---|---|---|---|---|---|---|
| 02-28 | Beginning balance | | | $974,229.59 1004 | 03-17 | 8,753.40 |
| 03-04 | Wire Xfr Cr Domestic | 6,240,000.00 | | 6,314,229.59 | | |
| 03-04 | Wire Xfr Cr Domestic | 6,240,000.00 | | 12,554,229.59 | | |
| 03-04 | Wire Xfr Cr Domestic | 6,240,000.00 | | 18,794,229.59 | | |
| 03-04 | Wire Xfr Cr Domestic | 6,240,000.00 | | 594,229.59 | | |
| 03-11 | Wire Xfr Cr Domestic | 6,240,000.00 | | 6,834,229.59 | | |
| 03-12 | Wire Xfr Out Domestic | | 4,160,000.00 | 2,674,229.59 | | |
| 03-12 | Wire Xfr Out Domestic | | 2,600,000.00 | 74,229.59 | | |
| 03-14 | Wire Xfr Out Domestic | | 25,685.00 | 48,544.59 | | |
| 03-17 | Check 1004 | | 8,753.40 | 39,791.19 | | |
| 03-19 | Analyzed S/C | | 19.38 | 39,772.81 | | |

Analysis Activity
For 02/04

Ending totals   24,960,000.00   -24,994,455.78   $29,773.81

# Potential Charges under Vermont Uniform Securities Act

Project Managers

- Sale of unregistered securities
- Fraud for failing to disclose conflicts of interest to investors
- Fraud regarding use of proceeds

Raymond James

- Unregistered broker-deal activity in Vermont
- Failure to supervise broker-dealer
- Materially aiding in the fraud

Finder Fees

- 100 plus finders

135

0159658

# Immigration Impact to Investors

Summary of Jay Peak EB-5 Projects as of 8/14/2015

| Name of Commercial Enterprise: | Jay Peak Hotel Suites, LP | Jay Peak Hotel Suites Phase II, LP | Jay Peak Penthouse Suites, LP | Jay Peak Golf & Mountain Suites, LP | Jay Peak Lodge & Townhouses, LP | Jay Peak Hotel Suites Stateside, LP | Jay Peak Biomedical Research Park, LP | Q Burke Mountain Resort, Hotel and Conference Center, LP | Total |
|---|---|---|---|---|---|---|---|---|---|
| Total Investors per Offering | 35 | 150 | 65 | 90 | 90 | 136 | 147 | 83 | 797 |
| I-526 Petitions Denied due to Investor's Source of Funds | | 1 | 1 | | 1 | 2 | | | 5 |
| I-526 Petitions Approved ** | 35 | 145 | 65 | 90 | 88 | 131 | 83 | 46 | 683 |
| I-829 Petitions Denied | | | | | | | | | |
| I-829 Petitions Approved ** | 34 | 139 | 58 | 54 | 8 | | | | 293 |
| Investor Immigration Status Impacted | | | | 37 | 81 | 134 | 147 | 83 | 409 |
| Immigration Status Likely Negated | 1 | 10 | 6 | | | 134 | 147 | 83 | 364 |

0159659

0159659

Privileged and Confidential
Vermont Department of Financial Regulation ("DFR")

To: Jennie Simmons, Agent with the Federal Bureau of Investigation

From: Michael S. Pieciak, Deputy Commissioner of DFR

Re: Overview of Ariel Quiros' family and business ties with South Korea

---

In January 2015, when DFR began assisting the Agency of Commerce and Community Development ("ACCD") with oversight of the Vermont Regional Center, DFR became interested in Ariel Quiros' family and business ties with South Korea; in particular, AnC Biopharm (f/k/a AnC Ueda).

DFR focused on these relationships because the AnC Bio EB-5 Project in Newport, Vermont called for AnC Bio Pharm to receive $50,000,000 dollars of investor funds ($10,000,000 for the North American distribution rights of four stem cell related patents and $40,000,000 for equipment purchases) from the Jay Peak Biomedical Research Park LP (the "LP").

DFR and ACCD required Ariel Quiros to provide an overview of these South Korean business relationships and include such in the revised AnC Bio private placement memorandum. The following is what was provided:

> In 2001 Ariel Quiros introduced a U.S. company, Bioheart Inc., to the Korean Office of Foreign Trade, for the purposes of determining whether there would be any interest in a collaboration of the Korean government and this U.S. company. The Korean government confirmed that there was interest on their part. Bioheart Inc. in the U.S. confirmed that there was interest on their part.

> A short time later, in 2002, a Korean company, Bioheart Korea, Inc. was established in Seoul, Korea for the purpose of collaborating with Bioheart, Inc for further research & development of Bioheart, Inc's products and therapies, and to conduct human trials of these in Korea under the Korean FDA.  Bioheart Korea, Inc., after exhaustive efforts working with the KFDA, ultimately received approval from the KFDA to conduct human clinical trials in South Korea.

> At that time, Ariel Quiros and William Kelly, who is counsel to AnC Bio Vt, became shareholders in Bioheart Korea, Inc. and also became shareholders in the US company Bioheart, Inc.  Mr. Quiros and Mr. Kelly have spoken to many constituencies about the collaborative efforts of the two companies and have been photographed many times during these talks.  Mr. Quiros, has at times, promoted the interests of the Korean company in the United States.

> In 2006 Bioheart Korea, Inc went public by a reverse merger with BHK (formerly Shinsung DNK) and the public company became known as and traded on the name of BHK.

1 | P a g e

0277412
0277412

Privileged and Confidential
Vermont Department of Financial Regulation ("DFR")

*Neither Mr. Quiros, Mr. Stenger, nor Mr. Kelly has ever held paid positions, consultant or otherwise, with either Bioheart Korea Inc., BHK, or Bioheart Inc.  Mr. Quiros was asked to join the Board of Directors of Bioheart Inc. in the United States and agreed to do so for a very short period of time in 2011, but is no longer a director.*

*In 2006 the Korean government, through its owned banking entity, KDB, provided funding to a newly formed company, Bioheart Manufacturing, Inc., for the construction of a clinical research laboratory in Seoul. The new facility would be held as collateral for the funding instruments*

*In 2009 Bioheart Manufacturing, Inc. changed its name to AnC Bio, Inc. and focused on further research & development of stem cell products, and to establish new product lines of their own. AnC Bio, Inc. bought all of the rights to cell therapies, artificial organs, and integrated intellectual properties that BHK owned.*

*Along with the transfer of IT, many of the senior management and scientists that were employed at BHK chose to join AnC Bio Inc. as the opportunities here were considerably expanded.*

*Although Mr. Quiros, Mr. Stenger, and Mr. Kelly have spoken to various constituencies about the products owned or licensed under Bioheart Manufacturing, Inc. or AnC Bio Inc., and have been photographed many times in this regard, none have ever held paid positions, consultant or otherwise, with either company. When the Offering Memorandum was first issued in November 2012, the Business Plan attached as an Exhibit thereto incorrectly stated that Ariel Quiros, one of the owners of AnC Bio VT, was also an owner and founder of AnC Bio, Inc.  This reference is corrected in the updated Business Plan, attached as an Exhibit.*

*In 2009 AnC Ueda was also formed in Korea for the purposes of research and development of stem cell based cosmetic and dermatology therapies.  In 2012 AnC Ueda changed its name to AnC Biopharm, Inc.*

*As of the time the Offering Memorandum was first issued in November 2012, AnC Bio, Inc. (sometimes inadvertently identified in the Memorandum as AnC Bio Korea, Inc.) owned the intellectual property and distribution rights to the AnC Bio Products that are integral to the Project.  In January 2013 AnC Biopharm, Inc. acquired all of the rights to cell therapies, artificial organs and integrated intellectual properties from AnC Bio, Inc. It did not acquire the rights or the liabilities associated with the manufacturing facility in Seoul.  At this point, all of the products and all of the rights that AnC Bio Vermont was interested in resided in one South Korean company, AnC Biopharm.  An unofficial translated copy of the Business Operation and Properties Transfer Agreement conveying such assets to AnC Biopharm, Inc. is attached to this Memorandum as an Exhibit.  As noted in that agreement, AnC Biopharm, Inc. also agreed effective as of the date of the agreement to employ all of AnC Bio, Inc.'s employees, and those employees are currently working in AnC Biopharm Inc.'s business operations in the facility in Seoul.*

0277413
0277413

Privileged and Confidential
Vermont Department of Financial Regulation ("DFR")

*AnC Biopharm's products are the AnC Bio Products that will be further developed, manufactured and produced in the Vermont facility as further discussed in the Memorandum and the Business Plan.*

*In 2012 and 2013, two events began to unfold that altered the course of AnC Bio Inc. First, a Seoul based media company purchased a significant number (although not a majority) of shares of AnC Bio Inc. The media company, now wanting recognition of its investment in AnC Bio Inc, changed its name to AnC Bio Holdings, Inc. The Chairman of this company, Hong Hee Jung, later became subjected to legal proceedings and court activity in Korea, and AnC Bio Inc. suffered from the negative press about him and his company. AnC Bio Inc. was not a subsidiary of AnC Bio Holdings, Inc. Secondly, the Korean government owned bank (KDB) that originally provided funding for the clinical laboratory owned by Bioheart Manufacturing, Inc., sold its position (and the collateral agreement for the facility) to a new bank who chose to call in the financing or the collateral. Bioheart Manufacturing Inc. (now AnC Bio, Inc.) had the opportunity to pay off the financing or allow the facility to go to auction. It allowed the facility to go to auction.*

*AnC Biopharm was a tenant in the facility at the time of the auction and also had the opportunity to bid on the building at the auction. AnC Biopharm had plans at this time to conduct significant operations, including the attainment of U.S. FDA approval for its products, at the new facility to be built in Vermont. Additionally, AnC Biopharm. was assured by the prospective new owners of the facility in Korea that they would be allowed to continue their tenancy in the Seoul facility until such time as the Vermont facility was completed.*

*AnC Bio, Inc. and AnC Biopharm, Inc. are entities each organized in Korea and have some commonality of personal relationships between senior management, although there is no direct commonality of ownership. AnC Bio, Inc. is owned by JongWeon Choi and EnAh Jung. AnC Biopharm, Inc. is a wholly owned subsidiary of Vermont Immigration, Inc., a Korean corporation, whose owners are YoonHee Kwon, SeokSoon Cho and JooYoon Park. Vermont Immigration, Inc. was originally established for recruiting investors who are interested in EB-5 projects in the State of Vermont. Neither Mr. Quiros, Mr. Stenger, nor Mr. Kelly have ever held paid positions, consultant or otherwise, with either company.*

*AnC Biopharm, Inc. is working with AnC Bio VT to supervise the construction design and commissioning and validation of the new building and to provide support in connection with obtaining the U.S. FDA approvals for the Products. None of the Products to be licensed and developed by the Joint Venture Entity currently have U.S. FDA Approval. The T-PLS has approval from the Korean equivalent of the FDA, but it will still need to obtain U.S. FDA approval prior to manufacture and sales in the United States.*

*Dr. Ike Lee and Dr. Jake Lee (unrelated) plan to commence operations in Vermont to begin the pre-opening activities for the Vermont facility that will take place over the next year. Prior to the opening of the facility, the Limited Partnership and AnC Bio Vt, as*

0277414
0277414

Privileged and Confidential
Vermont Department of Financial Regulation ("DFR")

*outlined in this Memorandum, will jointly create a new company that will operate the facility going forward. It is anticipated that a small number of scientists from AnC BioPharm Inc. will assist with the opening and certification of the facility in Vermont.*

The Property Transfer Agreement discussed in the above overview is provided with this memorandum **(See Exhibit A)**.

Additionally, DFR inquired whether Ariel Quiros had familial ties to any South Korean entities or individuals that had received or were expected to receive funds from the LP. In a letter dated December 21, 2014 to ACCD, Ariel Quiros attests "I am not a relative of any person who is an owner or payee of, any company receiving funds from Jay Peak Biomedical Research Park LP…other than those relationships fully disclosed in the PPM…" **(See Exhibit B)**. In a subsequent letter from Bill Stenger to ACCD on January 8, 2015, he writes "None of [the] three persons who are the sole principals of AnC Bio Vermont [Stenger, Ariel Quiros, and Ary Quiros] have any financial or familial relationship with AnC Bio Korea or AnC Bio Pharm Korea" **(See Exhibit C)**.

In a January 21, 2015 letter from Ariel Quiros to ACCD, he adds, "…I wish to state that I, nor my wife or daughter, have any financial position or ownership of any kind in AnC Bio Korea or AnC Bio Pharm now or ever in the past" **(See Exhibit D)**.

However, DFR is in possession of certain documents that suggest these attestations may be misrepresentations. Documents provided to DFR from the brokerage firm Raymond James reveal that in August 2011, AnC Bio Korea owner and CEO Jong Weon Choi appointed Ariel Quiros as Power of Attorney for his company Jay Construction Management, a company that is currently responsible for procuring equipment, intellectual property, licenses, and other goods and services on behalf of the LP **(See Exhibit E)**.

Additionally, DFR is in possession of property records showing the purchase by Jong Weon Choi of a home in Miami, Florida from Ariel Quiros and his wife Okcha in 2003 and evidence that Jong Weon Choi borrowed over a million dollars from Ariel and Okcha Quiros in March 2007 (with the Quiros' taking a mortgage in certain other property owned by Choi) **(See Exhibit F)**. Again, this demonstrates a relationship between Choi and Quiros, and a conflict of interest, that was not disclosed to investors in the Jay Peak Biomedical Park PPM.

Furthermore, a 2010 article by *The Caledonian Record* about AnC Bio VT identifies Alex Choi (Jong Weon Choi's anglicized name) as the brother of Okcha Quiros **(See Exhibit G)**.

A final matter of concern for DFR is the lack of transparency exhibited by the project principals in regard to the status of AnC Bio Korea. In a June 2015 email to DFR, former Executive Director of the Vermont EB-5 Regional Center Brent Raymond describes his experience when attempting to visit the facility in Seoul: "…there was no AnC office listed. We double checked with people at the building and nobody knew of AnC…AnC Bio no longer had any offices at that address. They were now located 1 ½ hours outside of Seoul." **(See Exhibit H)**. As of September 18, 2015, AnC Bio Korea continues to list its former Seoul address on its website.

0277415
0277415

Privileged and Confidential
Vermont Department of Financial Regulation ("DFR")

Lastly, filings with the Securities and Exchange Commission suggest Alex Choi and Ariel Quiros had a substantive business relationship together in an entity called AnC Bio Holdings, Inc. See Bioheart, Inc., 8-K on EDGAR filed on January 25, 2011.

0277416
0277416

# Exhibit A

0277417
0277417

# Business Operation and Properties Transfer Agreement

This agreement is made and entered into for the purpose of transferring all properties and distribution rights including the affiliated rights and other properties as agreed and specified in this agreement (hereinafter "other specified properties") of AnC Bio, Inc.

Therefore, this Business Operation and Properties Transfer Agreement (hereinafter "Agreement") is made by and between AnC Bio, Inc., a South Korean business entity with its headquarters located at 884-1 Eoyeon-ri, Cheongbuk-myon, Pyeongtaek, Gyeonggi, Korea (hereinafter "transferor") and AnC Biopharm, Inc., a South Korean business entity with its headquarters located at 119-2 Nonhyun-dong, Gangnam-gu, Seoul, Korea (hereinafter "transferee").

1. 【Subjects and Extent of Transfer】

   The subjects and extent of transfer in this agreement include all the material resources, accompanied facilities and necessary rights for business operations.

2. 【Evaluation and Decision on Transfer Price】

   1. Both parties agree to decide later on the price of this transfer (hereinafter "transfer price") for the subjects as described in the Subjects and Extent of Transfer of this agreement based on the net assets stated in the balance sheet of AnC Bio, Inc for its 7th financial year as of the date December 31, 2012.

   2. The transfer price as described above is the total price for this Business Operation and Properties Transfer Agreement. However, if anything in the subjects to be transferred is found lost or damaged through the joint inventory, the price for the lost or damaged subject shall be deducted from the transfer price for this agreement to make a final transfer price.

3. 【Execution of Transfer】

   As soon as this agreement becomes effective, the transferor shall begin transferring of all the properties and also give the transferee immediately all the necessary documents for registration or the entry of a change of holder.

4. 【Decision of Transfer Price and Payment】

   1. Both parties agree to decide the transfer price that transferee should pay to transferor as soon as the transfer of subjects is completed.

0277418
0277418

2. Both parties agree that time and method of the payment for the transfer price described in the foregoing clause is as follows:

1) The transfer price shall be paid in cash immediately after the entry of a change of holder is completed on the subjects and the joint inventory is finished as stated in 2.2 in this agreement.

2) The transfer price shall be paid in cash but the time for such a payment shall be decided in consideration of transferee's operational and financial conditions.

*CASH but maybe overtim*

5. 【Conditions of Employees】

1. As the date of this agreement, all the employees who are working for the transferor in association with this agreement shall be employed by the transferee.

2. As the date of this agreement, if there are any unpaid salaries and/or retirement allowances for the employees working for the transferor in association with this agreement, the transferee shall take a full responsibility for such obligations.

*Employees*

3. The transferee guarantees employment of workers employed by the clause 5.1 in this agreement and also acknowledges the period of working for the transferor. The terms of employment succession shall be contracted individually between employee and the transferee.

6. 【Obligation of Cooperation】

The transferor shall make its best effort to cooperate with the transferee in business operations that include recommendation of the transferor's clients, customers and etc.

*√cooperation*

7. 【Special Contracts】

1. In regard to the transfer of obligations of the transferor, if financial institutions do not agree with or approve such a transfer, or if the transferee is not able to do its business operations because the transferor cannot fulfill its duties, the transferee may terminate this agreement.

*√*

2. The transferor shall give the transferee a full right to the Korean clinical trials for the product MyoCell which had been approved by the Korean FDA on September 29, 2006 and to the exclusive distribution right to the same product in the Korean market. The transferor agrees to prepare and submit all the documents required by the KFDA or the clinical trial centers (i.e., hospitals) in Korea.

3. Following to the clause 7.2 in this agreement, the transferor confirms that the company has made a Clinical Registry Supply Agreement and Distribution Agreement dated as of August 23, 2007 and December 20, 2007 respectively with Bioheart, Inc. Also, the transferor agrees to terminate both of the two agreements if asked by Bioheart, Inc. or by the transferee.

4. The transferor gives the transferee a full right for the operations of therapeutic artificial organ. Also the transferor shall make its best effort to change the holder's name for assets and intellectual properties in association with the business.

5. The transferor agrees to transfer all the licenses of KFDA (manufacturing license KFDA No. 1873 and product license KFDA No. 04-313) to the transferee associated with the therapeutic organs. Also the transferor agrees to prepare and submit all the necessary documents to the KFDA for the changes in the holders' name.

6. The transferor agrees to transfer all the right to the transferee in association with the Vermont Project (i.e., AnC Bio VT Facility to be built in Newport, VT, USA). Any associated or affiliated rights for the project shall also be transferred to the transferee and if necessary, the transferor agrees to change the agreements and/or documents accordingly.

8. 【Governing Law】

Any and all disputes arising under or relating to the interpretation or application of this agreement shall be subject to arbitration of Seoul District Civil Court in Seoul, Korea.

9. 【Damage Compensation】

All the damages caused to a party in this agreement due to the other party's breach or delay in execution of duties shall be compensated immediately by the party that is responsible for such damages.

10. 【Miscellaneous】

For anything unclearly stated in this agreement, standard business regulations shall be applied.

This agreement consists of one original copy and any necessary number of counterparts. Both of the parties sign the copies and the transferee holds the original copy of this agreement.

January 21, 2013

"Transferor"    Address: 884-1 Eoyeon-ri, Cheongbuk-myon, Pyeongtaek, Gyeonggi

Company Name: AnC Bio, Inc.

CEO    JongWeon Choi

0277420
0277420

"Transferee"   Address: 119-2 Nonhyun-dong, Gangnam-gu, Seoul

Company Name: AnC Biopharm, Inc.

CEO     WonGyu Jang

0277421
0277421

Exhibit B

0277422
0277422

John W. Kessler, General Counsel
State of Vermont Agency of Commerce and Community Development
One National Life Drive
Montpelier, VT  05620-0501

December 21, 2014

**Via Email**

Attorney Kessler,

Thank you for the time that you, Secretary Moulton and Brent Raymond spent with Mr. Stenger, Mr. Kelly, Attorney Gordon and Attorney Scribner last week regarding the review of the JPBRP LP Private Placement Memorandum (the "PPM") and the revisions to the same as proposed. I have been briefed on the issues discussed.

I understand that you have requested a letter from me  attesting to any familial or business relationships with any entities that are, or may, be receiving funds from the LP.

I attest that I am not a relative of any person who is an owner or payee of, any company receiving funds from Jay Peak Biomedical Research Park, LP ("JPBRPLP"), other than those relationships fully disclosed in the PPM dated November 30, 2012 and as revised in December 2014.  To reiterate what is set forth in the PPM:

1. I (together with my son Ary and Mr. Stenger) own AnC Bio Vt LLC, which is the project sponsor and the recipient of construction and fit out supervision fees paid by JPBRPLP as disclosed in the Use of Proceeds schedule of payments in the PPM.

2. AnC Bio Vt LLC will be a 100% owner of the entity proposed to be called, AnC Bio USA LLC, which is the entity that will enter into the joint venture agreement with JPBRPLP.

3. Together with JPBRPLP, AnC Bio USA LLC will own the joint venture operating company.

4. Additionally, Mr. Stenger and I own the general partner in JPBRPLP, AnC Bio GP Services LLC.

5. I also own GSI of Dade County, Inc. which entered into a purchase and sale agreement for the sale of the land to JPBRPLP for the JPBRLP project.

Thank you,


Ariel Quiros


*1897366.1*

0277423
0277423

## Exhibit C

0277424
0277424



Bill Stenger
President & CEO

January 8, 2015

Patricia Moulton, Secretary
Agency of Commerce & Community Development
1 National Life Dr. #6
Montpelier, VERMONT  05620

Dear Pat,

Following our December 19th meeting I followed up with a letter dated December 23rd that is attached and further clarified several items requested at the December 19th meeting. Additionally, I would like to address in full certain questions so that the State EB-5 Regional Center has full knowledge of the AnC Bio Vermont and Q-Burke projects.

The areas I will address are as follows.

In brief:

1. Marketing Study Update and Synopsis of Market Demand Findings for AnC Bio Vermont products.

2. All AnC Bio Vermont principles and their relationships or lack thereof with AnC Bio Korea or AnC Bio Pharm Korea.

3. FDA Approval timeline for AnC Bio Vermont products and building and construction timeline of the AnC Bio Vermont facility.

4. Marketing and Distribution Rights – Who were the funds paid to, what rights were bought, who owned the rights and who owns them now?  How was the $10 million valued?

5. Current set of prior approved Jay Peak EB-5 projects financials.

In detail:

1. Marketing Study Update and Synopsis:
   The Frost & Sullivan third party sales and marketing study is in its final phasing. The detailed study will be completed and presented by the latter part of January 2015.

   At my request I have asked for a synopsis of findings now to provide comfort that the market demand for AnC Bio Vermont's products and services are substantive enough to justify the sales operational goals put forth in the Business Plan of AnC Bio Vermont.

1

I believe the attached letter from the Frost & Sullivan team does this suitably. I look forward to the final complete report and this full report will be shared with ACCD immediately upon its receipt.

This full report is expected by end of January 2015 at the latest.

2. All AnC Bio Vermont principles and their relationships or lack thereof with AnC Bio Korea or AnC Bio Pharm Korea.
The principles of AnC Bio Vermont are Ariel Quiros, William (Bill) Stenger and Ary Quiros. None of these three persons who are the sole principals of AnC Bio Vermont have any financial or familial relationship with AnC Bio Korea or AnC Bio Pharm Korea. Please note the attached letters from the three principals, Ariel Quiros, William Stenger and Ary Quiros stating their individual status.

3. FDA approval timeline for products and building certification as well as facilities construction timelines.
Attached please note the FDA timeline and the building construction timelines.

The FDA timeline will be facilitated by FDA specialists Biologics Consulting Group of Alexandria, Virginia. Biologics is highly experienced in FDA approval protocol and is among the most respected firms in this field. Please note their engagement agreement.

The timeline for the building certification is based on the assumption that groundbreaking for the AnC Bio Vermont facility begins in late March 2015.

4. Marketing and Distribution Rights and Questions.
   - **Who were funds paid to?**
     $10mm has been paid to AnC Bio Pharm (Korea) for the marketing and distribution rights of the TPLS Device, the C-Pak Device, the E-Liver Device, and the Cell Regenerative Therapies. This $10mm funding was agreed to between the parties pursuant to a contract and a draft copy of the contract, including terms requiring this payment, was included in the Offering Memorandum. Further, the "Use of Proceeds" detailed on page 9 of Section 2, "The Business Plan", of the Offering Memorandum disclosing where every dollar of the investor's funds will be used clearly defines this $10mm payment, broken down by product/device, for these Marketing and Distribution Rights.

     In the original Offering Memorandum, and in the draft copy of the contract included in the original Offering memorandum, the draft listed the party to be granting these rights to the Limited Partnership as AnC Bio Korea, Inc. The rights to these products/devices were transferred from AnC Bio Korea to AnC Bio Pharm during the time period that the Offering memorandum was first issued and the date of final contract execution.

2

The revised Offering Memorandum to be issued to all new investors and to all existing investors includes a copy of the executed and final contract between the parties, including the name of the party that has received the $10mm of funding, AnC Bio Pharm.

- **What Rights were bought?**
  The rights to market and distribute the products/devices defined in the Distribution Agreement within the defined Territory. These products are the TPLS Heart Lung Device, the C-Pak Portable Dialysis Device, the E-Liver Artificial Organ Device, and Cell Regenerative Therapies. Each of these devices/products are protected by patent(s) owned and or controlled by AnC Bio Pharm.

  The Territory defined in the contract between the parties is North, Central and South America.

- **Who Owned the Rights and who owns them now?**
  The rights to license the marketing and distribution of these products/devices was owned by AnC Bio Korea and is now owned by AnC Bio Pharm.

- **How was the $10mm value determined?**
  The original owner of these products/devices (AnC Bio Korea) had been conducting research and development of the same for years. The amount spent on research for one of the products alone (Cell Regenerative Therapies) by AnC Bio Korea and one other company (Bioheart Inc., a United States publicly traded company) exceeded $150mm as of 2011.

  A reasonable value for distribution rights was offered to the Limited Partnership and a draft copy of the contract, including the amount that the Limited Partnership would be required to pay, was included in the original Offering Memorandum. Full disclosure of the amount that the LP would pay for the marketing and distribution rights for these products/devices was disclosed to each investor prior to their subscribing to this investment.

5. Provide a current set of financial for past Jay Peak EB-5 projects.
   Please note the attached set of financial documents provided by Heather Whipkey, our EB-5 Accounting Manager at Jay Peak that includes current financial on:
   - Jay Peak Hotel Suites II L.P.
   - Jay Peak Penthouse Suite L.P.
   - Jay Peak Golf & Mountain Suites L.P.
   - Jay Peak Lodge & Townhouses L.P.
   - Jay Peak Hotel Suites Stateside L.P.

The balance sheets and statement of capital for Lodge & Townhouses L.P. and Stateside L.P. are being completed currently and will be available by the end of January when the regular

3

0277427
0277427

monthly statements of the L.P.'s are fully completed. As a matter of policy each quarterly report created by Jay Peak for its partnership investors is provided to ACCD.

I hope the above information and attachments are helpful to you at ACCD.   We are at a critical point in the AnC Bio Vermont project with many investors eager to participate and eager to receive updated documents so they can file their I-526 applications.

The Q-Burke PPM summary was submitted to ACCD on December 18th and had very modest changes.  The principal updates were in regards to expiration dates of the original PPM and construction timelines. These items are outlined in the December 18th submission.

As a side note, 39 AnC Bio I-526 applications out of 124 have been approved by USCIS and 28 Q-Burke I-526 applications out of 45 have been approved.  We have dozens of investors waiting for the new PPM to be available for each project so they can complete their subsequent evaluation.

I have also attached my December 23rd letter to you with its supporting documents so that you have the benefit of all relevant documents together.

Pat, these two projects represent a significant new capital investment in Newport and East Burke, Vermont.  Each community is very excited about the investment they represent as well as the job creation that will result from the facilities creation.  They are indeed game changers for the economics of Newport and East Burke and will improve each community immeasurably.  I feel the scope and detail of each project's PPM update gives the investor a significant amount of data to help them evaluate the projects and I hope ACCD agrees.

I hope we can get re-engaged with PPM creation and distribution and the promotion of these projects as soon as possible.

Sincerely,

Bill Stenger
President & CEO

830 Jay Peak Road•  Jay, Vermont  05859-9621  •  Direct Dial (802) 327-2222  •  Fax (802) 988-4049
E-Mail: bstenger@jaypeakresort.com  •  JAYPEAKRESORT.COM

4

0277428
0277428

# Exhibit D

0277429
0277429

January 21ˢᵗ, 2015

To Whom It May Concern:

As a principle partner in AnC Bio Vermont, LLC I wish to state that I, nor my wife or daughter, have any financial position or ownership of any kind in AnC Bio Korea or Anc Bio Pharm now or ever in the past.

Sincerely,

Ariel Quiros

# Exhibit E

0277431
0277431

# Limited Power of Attorney

**RAYMOND JAMES®**

New Accounts
Service Center
Scan or Fax 866-406-4235

| 0 1 4 3 7 | | 15811174 | |
|---|---|---|---|
| Form # | | Account # | |
| **33E** | **24J4** | **6420** | |
| Branch # | FA # | Speed Dial # | |

| Complete Account Title | Attorney-In-Fact Name |
|---|---|
| Jay Construction Management | Ariel Quiros |

to Client(s)

*Business Partners*

Client hereby authorizes above named person to act as Attorney-In-Fact and perform the following instructions for Client's Raymond

_____   Execute or revise any New Account Agreement with Raymond James;

_____   Execute or enter into any Agreements with third party investment advisers or money managers;

_____   Buy and sell securities including any transactions which may create a margin debit in my Account;

_____   Execute letters of authorization to transfer cash or securities including IRA distributions *(applicable distribution forms must be presented or on file)* from my Account to any party, excluding above named Attorney-In-Fact;

_____   Make deposits into my Account;

_____   Transact business online via Raymond James Investor Access. This Investor Access authorization allows:
  • Access to Funds Transfer that includes the ability to use established profiles to transfer funds in and out of Raymond James. This may include distributions from IRA accounts;
  • Access to establish online trading *(if requested by advisors and approved by branch managers)*;
  • Access to manage Document Delivery preferences including electronic delivery of statements, trade confirmations, shareholder communications, regulatory, and other client communications.

_____

## Client Acknowledgments and Signatures

Raymond James is authorized to follow the instructions of my Attorney-In-Fact in every respect concerning my Account as set forth above. My Attorney-In-Fact is authorized to act for me on my behalf in the same manner and with the same force and effect as I might or could do with respect to my Raymond James Investment Account. I hereby agree to indemnify and hold Raymond James harmless from any and all actions, legal proceedings or arbitration brought against Raymond James as a result of the actions of my Attorney-In-Fact or my breach of this Limited Power of Attorney. I also agree to indemnify and hold Raymond James harmless from any and all trading or investment losses and tax consequences resulting from the actions of my Attorney-In-Fact. Moreover, I will pay Raymond James promptly on demand any debit balance due to Raymond James as a result of the actions of my Attorney-In-Fact. Notwithstanding anything to the contrary in this Limited Power of Attorney the indemnities in this Limited Power of Attorney shall survive the termination of this Limited Power of Attorney.

By signing below, I hereby ratify and confirm any and all transactions with Raymond James heretofore or hereafter made by my Attorney-In-Fact relating to my Account. Any transactions on the part of my Attorney-In-Fact shall be binding on me, my heirs, successors and assigns. This authorization and indemnity is in addition to any rights which Raymond James may have under any other agreement or agreements between me and Raymond James. I furthermore agree there are no other documents that would conflict with this Limited Power of Attorney and that I have confirmed this Limited Power of Attorney is valid according to all applicable state rules, laws or regulations.

This authorization and indemnity is a continuing one and shall remain in full force and effect until revoked by me by written notice addressed to Raymond James and delivered to your office at 880 Carillon Parkway, Attn: New Accounts, St. Petersburg, Florida 33716. Such revocation shall enure to the benefit of your firm and of any successor firm or any assigns of your present or any successor firm. This authorization shall cease upon my death.

*For purposes of this Limited Power of Attorney the term "Raymond James" shall mean and include Raymond James & Associates, Inc., Raymond James Financial Services, Inc., and their respective affiliates.*

13B  01437RJA DCT  11/12

Page 1 of 7

0277432
0277432

**15811174**
Account #

Raymond James prohibits your Financial Advisor from having Limited Power of Attorney over your Accounts.
All Signatures requested below are required.

| | | Client Signature (if applicable) | Date |
|---|---|---|---|
| | 12/13/12 | | |
| | | Witness 1 Signature (if applicable) | Date |
| | 12/13/12 | | |
| print) | | Witness 1 Name (please print) | |
| Lucia Katia Perez | | | |
| | 12/13/12 | Witness 2 Signature (if applicable) | Date |
| print) | | Witness 2 Name (please print) | |
| Pablo Heredia | | | |

Sworn to and subscribed before me this

13 day of December 20 12

by Jong Wean Choi

who is personally known to me or who has produced

_____ as identification.

Notary Public State of Florida
Joel N Burstein Jr
My Commission DD844348
Expires 01/08/2013

State: _____ County of: _____

Commission Expiration Date: _____

Sworn to and subscribed before me this

_____ day of _____, 20 _____

by _____,

who is personally known to me or who has produced

_____ as identification.

Notary Public Signature and Seal

State: _____ County of: _____

Commission Expiration Date: _____

| Financial Advisor Signature | Date |
|---|---|
| | |

**Attorney-in-Fact Acknowledgment and Signature**

By signing below, I acknowledge that I have received, read, understand, and agree to abide by the terms and conditions set forth in the Client Agreement incorporated herein by this reference.

| | 12/13/12 |
|---|---|

13B 01437RJA DCT 11/12

Peak-VT-RJA002330

Page 2 of 7

0277433
0277433

Sep 14 2011 2:24PM   GSI OF DADE COUNTY INC.   1(305)579-9083           P.2

SEP. 14. 2011  2:18PM    RAYMOND JAMES                    NO. 766   P. 2

15811174

Jay Construction Management Inc

111 NE 1ˢᵗ Street, Floor 4

Miami, Fl. 33132

September 14, 2011

Re: 15811174

I am hereby delegating that Mr. Ariel Quiros may act as a third party on behalf of my company Jay
Construction Management, Inc. I authorize him to sign documents, transfer and wire monies on my
behalf. Please process this document and request.

Sincerely,

Mr. Jong Weon Choi, President

01121
per S. Witkop

Peak-VT-RJA002351

0277434
0277434

# Exhibit F

0277435
0277435

Please record & return to:
CAROL P. KEYS, ATTORNEY AT LAW
KEYS TITLE COMPANY
12700 Biscayne Boulevard, Suite 401
North Miami, FL 33181

CFN 2012R0357085
OR Bk 28117 Pgs 2287 - 2288; (2pgs)
RECORDED 05/18/2012 15:00:07
DEED DOC TAX 5,938.80
SURTAX 4,454.10
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

This Instrument Prepared By and Return to

Brian R. Hersh, Esq.
28 West Flagler - Suite 1016
Miami, Florida 33129

Tax Folio No. 01-0110-072-0040

## WARRANTY DEED (STATUTORY FORM - SECTION 689.02, F. S.)

THIS INDENTURE, made this 27th day of March, 2012, between JONG WEON CHOI, whose Post Office address is 111 N.E. 1 Street 4th FL miami FL 3 (hereinafter "Grantor"), and ARIEL QUIROS AND OKCHA QUIROS, HUSBAND AND WIFE, whose Post Office address is 19 Grand Bay Estates Circle, Key Biscayne, FL 33149, (hereinafter "Grantee").

(Whenever used herein the terms "Grantor" and "Grantee" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporation, wherever the context so admits or requires).

WITNESSETH that said Grantor, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable considerations paid to Grantor by Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to Grantee, and Grantees heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida, to-wit:

Unit No. Four of FEDERAL CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 16914, Page 1282, of the Public Records of Miami-Dade County, Florida.

SUBJECT TO:

Subject to taxes for 2012 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

Further subject to the above described Declaration of Condominium.

Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.

This Deed has been prepared without examination of title.

and Grantor hereby covenants with Grantee that the Grantor is lawfully authorized to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

Page 1 of 3

2

0277436
0277436

OR BK 28117 PG 2288
LAST PAGE

IN WITNESS WHEREOF, Grantor has hereunto set his her hand and seal this ___ 27 day of March, 2012.

Signed, sealed and delivered in the presence:

_____
(Signature of first witness)

_____
(Printed name of first witness)

JONG WEON CHOI

_____
(Signature of second witness)

Aiken Rivero
(Printed name of second witness)

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 27th day of March, 2012, by JON WEON CHOI, ☐ who is personally known to me or ☐ who has produced a _____ drivers license or ☐ who has produced _____ as identification.

_____
Notary Public, State of Florida at Large
My Commission Expires:

LUCIA KATIA PEREZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE119560
Expires 8/7/2015

Page 2 of 2

0277437
0277437



CFN 2012R0357086
OR Bk 28117 Pg 22891 (1pg)
RECORDED 05/18/2012 15:00:07
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

This Instrument Prepared By and Return to

Carol F. Keys, Esquire
12700 Biscayne Blvd, Suite 203
North Miami, Florida 33181
(305) 891-1600

## SATISFACTION OF MORTGAGE

Know All Men By These Presents: That Ariel Quiros and Okcha Quiros, husband and wife, the owner and holder of a certain mortgage deed executed by Jong Weon Choi, a married man, bearing date the 29th day of March, 2007 and filed of record April 2, 2007, in Official Records Book 25497, at Page 2232, in the office of the Clerk of the Circuit Court of Miami-Dade County, State of Florida, securing certain note in the principal sum of One Million One Hundred Twenty Nine Thousand & 00/100 ($1,129,000.00) Dollars and certain promises and obligations set forth in said mortgage deed, upon the property situate in said State and County described as follows, to-wit:

Unit No. Four of FEDERAL CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 16914, Page 3282, of the Public Records of Miami-Dade County, Florida.

hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrender the same as cancelled, and hereby direct the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF, Grantors have hereunto set their hands and seals this 27th day of March, 2012.

Signed, sealed and delivered in our presence:

Ariel Quiros

Okcha Quiros

STATE OF FLORIDA
COUNTY OF MIAMI DADE

The foregoing instrument was acknowledged before me this 27th day of March, 2012, by Ariel Quiros and Okcha Quiros, ☑ who are personally known or ☐ who have produced a _____ as identification

Notary Public, State of Florida at Large

My Commission Expires: 8/7/2015

LUCIA KATIA PEREZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE118580
Expires 8/7/2015

Book28117/Page2289     CFN#20120357086          Page 1 of 1

0277438
0277438

Prepared by:
Brian R. Hersh, Esquire
1541 Brickell Avenue, Ste. C-1407
Miami, Florida 33129
Tel. No. 305-371-6294

Upon Recording, return to:
Brian R. Hersh, Esquire
1541 Brickell Avenue, Ste. C-1407
Miami, Florida 33129

Property Appraiser's Parcel I.D. No: 01-42060563350

CFN 2013R0082164
OR Bk 28468 Pgs 2246 - 2247; (2pgs)
RECORDED 01/31/2013 10:54:25
DEED DOC TAX 2,580.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## W A R R A N T Y   D E E D

THIS INDENTURE, made this ___ day of July, 2012, between Jong Weon Choi, a single man, whose post office address is: 540 Brickell Key Drive, Unit 1523, Miami, Florida 33131, of the County of Miami Dade, in the State of Florida, party of the first part, and Okcha Quiros, a married woman, whose post office address is 111 N.E. 1st Street, 4th Floor, Miami, Florida 33132, of the County of Miami Dade, in the State of Florida, party of the second part.

## W I T N E S S E T H:

That the said party of the first part, for and in consideration of the sum of TEN ($10.00) DOLLARS, to her and him in hand paid by the said party of the second part, the receipt of which is hereby acknowledged, has granted, bargained and sold to the said party of the second part, her and his heirs and assigns forever, the following described land, situate and being in the County of Miami-Dade, State of Florida, to-wit:

Condominium Unit No. 1523, BRICKELL KEY II CONDOMINIUM, according to the Declaration of Condominium thereof, filed for record on May 13, 1994, under Clerk's file No. 94R-234853, and recorded in Official Records Book 16363, Page 778 of the Public Records of Miami-Dade County, Florida.

and the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever. Subject to taxes for the year of this deed and covenants, conditions, restrictions and easements of record.

The singular number as used herein shall equally include the plural. The masculine gender as used herein shall equally include the feminine and/or neuter.

SUBJECT TO:
1.    Taxes for 2012 and subsequent years.
2.    Conditions, reservations, restrictions, limitations, and easements of record, if any, including the rules and regulations of any condominium association.

By signing below, the Grantor Jong Weon Choi, represents that this is not his homestead nor does he live on these premises as in fact he resides in the Country of Korea and this is a vacation residence.
IN WITNESS WHEREOF, the party of the first part has affixed his hand and seal the day and year first above written.

Page 1 of 2

0277439
0277439

OR BK 28468 PG. 2247
LAST PAGE

Signed, sealed, and delivered in the presence of:

Witnesses:

Signature of Witness

Jong Weon Choi

Min ho song

Print Name

Signature of Witness

Lark Young Choi

Print Name

STATE OF FLORIDA
~~REPUBLIC OF KOREA~~

County of
~~SEOUL~~ Miami Dade          )ss:

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, appeared Jong Weon Choi, a single man ( ) who is personally known or ( ) who produced _____ as identification, who did take an oath, and who executed the foregoing WARRANTY DEED and acknowledged before me that he executed the same freely and voluntarily for the uses and purposes therein expressed and with full authority to do so.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this __15__ day of July, 2012.

NOTARY PUBLIC, STATE OF FLORIDA

Lucia Katia Perez
Print or type name Notary Public

My Commission Expires:

LUCIA KATIA PEREZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE119580
Expires 8/7/2015

F:\DOC\3800\3894-Quiros\WARRANTY DEED.wpd

0277440
0277440

7/29/2015                              Property Search Application - Miami-Dade County

# OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 7/29/2015



| Property Information | |
|---|---|
| Folio: | 01-4206-056-3350 |
| Property Address: | 540 BRICKELL KEY DR 1523 |
| Owner | OKCHA QUIROS |
| Mailing Address | 111 NE 1 STREET 4 FLOOR MIAMI , FL 33132 |
| Primary Zone | 6405 CEN HIGH DNSTY BORDERS CB |
| Primary Land Use | 0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | 1,550 Sq.Ft |
| Adjusted Area | 1,550 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 1991 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2015 | 2014 | 2013 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $827,980 | $551,420 | $459,520 |
| Assessed Value | $556,019 | $505,472 | $459,520 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2015 | 2014 | 2013 |
| Non-Homestead Cap | Assessment Reduction | $271,941 | $45,948 | |
| Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional). | | | | |

| Taxable Value Information | | | |
|---|---|---|---|
| | 2015 | 2014 | 2013 |
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $556,019 | $505,472 | $459,520 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $827,960 | $551,420 | $459,520 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $556,019 | $505,472 | $459,520 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $556,019 | $505,472 | $459,520 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

0277441
0277441



OFFICE OF THE PROPERTY APPRAISER

Generated On : 7/29/2015

**Property Information**

**Folio:** 01-4206-056-3350

**Property Address:** 540 BRICKELL KEY DR 1523

## Roll Year **2015** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | |
|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

0277442
0277442



# OFFICE OF THE PROPERTY APPRAISER

Generated On : 7/29/2015

**Property Information**

Folio: 01-4206-058-3350

Property Address:    540 BRICKELL KEY DR 1523

## Roll Year **2013** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
| | | | | | |

| Building Information | | | | | |
|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
| | | | | | | |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |
| | | | |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 7/29/2015

**Property Information**

Folio: 01-4206-056-3350

Property Address:   540 BRICKELL KEY DR 1523

| Full Legal Description |
|---|
| BRICKELL KEY II CONDO |
| UNIT 1523 |
| UNDIV 0.45814% |
| INT IN COMMON ELEMENTS |
| OFF REC 18363-0778 |
| OR 20992-4871 0103 1 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 07/18/2012 | $430,000 | 28468-2248 | Qual by exam of deed |
| 01/01/2003 | $600,000 | 20992-4871 | 2008 and prior year sales; Qual by exam of deed |
| 07/01/1995 | $300,000 | 16658-0038 | 2008 and prior year sales; Qual by exam of deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

0277444
0277444

# Exhibit G

0277445
0277445

9/18/2015          Stenger: Biotech Plant To Locate In Newport City - The Caledonian-Record - St. Johnsbury, VT

# THE CALEDONIAN RECORD
## Established 1837



Play the Hoagies 'Beat The Record' Football Pickem
You could win a Trip to Hawaii    Weekly Prize!
A Recliner from Modern Furniture & Food from Hoagies!

search...          Advanced Search

search 🔍

home : news : news          Share          September 18, 2015

Subscription Login
LOGIN | SUBSCRIBE

Play Our
Pro Football Challenge

| Pick | Team | Pick % |
|---|---|---|
| | New England | 63% |
| | Buffalo | 37% |

1/23/2010 10:00:00 AM
## Stenger: Biotech Plant To Locate In Newport City
**Robin Smith**
**Staff Writer**

NEWPORT CITY - A $50 million bio-tech research and manufacturing plant with 200 new jobs will be located in Newport City, developer Bill Stenger announced Friday.

AnC Bio VT has signed a purchase agreement for the mostly vacant Bogner property and facility, Stenger said.

The purchase agreement has been sealed with a deposit, Stenger said. He could not speak about the agreed-upon purchase price until the deal is closed.

"I wanted to see this in Newport City," said Stenger, a Newport City resident. "It's good for the city. The city of Newport is eager to work with us."

The bio-tech plant is the result of a partnership between South Korean company AnC Bio and Stenger, president and co-owner of Jay Peak Resort, and his partners.

The facility will manufacture portable dialysis and cell therapy machines, vaccines and other bio-medical supplies, as well as conduct cutting-edge research and development. Jobs would range from high-end research positions to clean-room manufacturing and support.

Stenger called the Bogner site, with an estimated 25 acres, a great location for the AnC Bio VT facility. The Bogner company maintains office space at the existing plant as does Northeast Kingdom Mental Health. Bogner formerly manufactured ski apparel there.

Stenger and his partners plan to build a new research building on the property. He said they would work with Bogner and NEK Mental Health about their space there.

Stenger is raising investment for the plant through a federal program called EB-5, where foreign investors can invest in job creation here in exchange for green cards for themselves and their families.

The EB-5 program has funded the $100 million development under way at Jay Peak Resort, where a hotel is nearly complete and an arena and golf cub house/Nordic center are under construction. An expanded hotel conference center with indoor water park is next on the list at Jay Peak.

Stenger is still seeking investors in Asia, taking advantage of the connection with South Korea. He and Gov. James Douglas traveled to Seoul in October to seal the deal to bring AnC Bio VT to northern Vermont.

"I have great confidence that the process will be complete this summer," Stenger said.

He plans to begin the permit process once investments are in hand, and have the building constructed next year.

"This is a great asset for the city of Newport," Mayor Paul Monette said Friday.

"These 200 jobs are desperately needed. It's a win-win for all of northern Orleans County."

"This is going to have a dramatic impact on downtown Newport City," said Patricia Sears, Newport City Renaissance Corp. executive director.

Monette said that AnC Bio VT's investment, plus a



2015-2016
Season Pass

www.catamountarts.org
802.748.2600
CATAMOUNT ARTS    BUY TICKETS HERE



Hoagie's
Modern Furniture
BEAT THE
'RECORD'
Wilson
FOOTBALL CHALLENGE!
Click Here To Play!



$175,000          ML4422279

LAKEFRONT ON
SHADOW LAKE
COME...RELAX AND ENJOY    Begin
REALTY MOUNTAINS

0277446
0277446

9/18/2015                          Stenger: Biotech Plant To Locate In Newport City - The Caledonian-Record - St. Johnsbury, VT



potential assisted living complex at the former Sacred Heart School site, could make a big difference for the city.

"This is the beginning of the revitalization of Newport," Monette said.

It ties in with what the city and many volunteers have been working on for a year since the American Institute of Architects sent a team to help create a vision for Newport City.

One of the goals was to develop a high-tech center that would attract other businesses, he said.

The bio-tech plant "not only serves the folks that will work here and live here," Sears said. "We are just finishing our strategic plan. It fits perfectly."

And such a facility will significantly increase the city's tax base, an important fact in a city where 22 percent of the property is not taxable.

AnC Bio VT is possible because Congress, at the urging of Sen. Patrick Leahy, D-Vt., Douglas and the Vermont Legislature, extended the EB-5 program for another three years.

Stenger testified about his hopes for such a bio-tech plant in the fall. Stenger has invested a lot of personal time learning how to use the EB-5 program to attract investors to Jay Peak.

Now he is tapping into the Asian market for other investors.

The South Korean connection to the Northeast Kingdom is a family affair.

Alex Choi, CEO of the South Korean parent plant AnC Bio, has been to Jay Peak Resort several times.

Choi's sister is married to Stenger's business partner at Jay Peak, Ari Quiros of Jay and Florida.

## Reader Comments

Posted: Sunday, January 24, 2010
Article comment by: **lisa hilliker**

this is a wonderful thing!

## Article Comment Submission Form

Please feel free to submit your comments.

Article comments are not posted immediately to the Web site. Each submission must be approved by the Web site editor, who may edit content for appropriateness. There may be a delay of 24-48 hours for any submission while the web site editor reviews and approves it.

**Note:** All information on this form is required. Your telephone number is for our use only, and will not be attached to your comment.



*Required*

*Required*

*Required*

*Required*

*Required*









0277447
0277447

# Exhibit H

0277448
0277448

**Pieciak, Michael**

| | |
|---|---|
| **From:** | Raymond, Brent |
| **Sent:** | Wednesday, June 10, 2015 8:09 AM |
| **To:** | Pieciak, Michael; Smith, Christopher; Moulton, Pat; Kessler, John |
| **Subject:** | AnC Bio Visit |

Michael and Christopher,

While here in Seoul, I wanted to check out AnC Bio's office space so went to the address as listed on their website: Http://www.ancbio.com. The driver brought me to the building address but there was no AnC office listed. We double checked with people at the building and nobody knew of AnC.

My driver called the phone # listed on the above website, and asked whether AnC Bio's office was located at the address. The woman transferred the driver to another individual who asked if we had an appointment, and who we were. My driver gave the person my name, explained who I was and that I was in the immediate area so thought I'd stop by to check out their new space.

The person said he'd call her back in 5 minutes. In the meantime I located a sign at the retail and office building located next door that indicated AnC had at some point been located on the 10th floor (but of the building next door to the one listed on the above AnC website).

About 10 or 15 minutes later a Shawn or Sean Choi called my driver's mobile back and asked to speak with me.

He told me AnC Bio no longer had any offices at that address. They were now located 1 1/2 hours outside of Seoul and I was welcome to visit. I explained my schedule was busy, but I could be there at 7:30 p.m. Mr Choi said he wouldn't be able to do that. They close at 4:30.

Has DFR been notified that AnC is no longer located in the building that was auctioned off and when that occurred?

Regards,
Brent

**Brent Raymond,** Executive Director
International Trade & Foreign Investment
**Vermont dEB-5 Regional Center**
**Vermont Global Trade Partnership**
1 National Life Dr. | Deane C. Davis Bldg, 6th fl.
Montpelier, VT. 05620-0501
Mobile: 802-522-2540

eb5.vermont.gov
export.vermont.gov
Twitter: @Vermont_EB5
Subscribe to the Vermont Global Trade Partnership Newsletter

Sent from my iPhone

1

0277449
0277449

# State of Vermont
# Department of Financial Regulation
# Confidential Material

Project Overview prepared by the Securities Division of the Department of
Financial Regulation (the "Department") for the Department's General
Counsel's Office

**Subject to: (i) Executive Privilege; (ii) Deliberative Process Privilege;
(iii) Attorney-Client Privilege; and (iv) Attorney-Work Product**

**Vermont Department of Financial Regulation**



1

USAO-EXEC00032855



**June 23, 2008 - Inter-Company Raymond James Activity**
- Q-Resorts Account Opened and First Transaction
- First Transaction for Jay Peak Hotel Suites I (opened 6/16/2008)
- First Transaction for Jay Peak Hotel Suites II (opened 6/16/2008)
- June 16, 2008 First Transaction for Jay Peak Hotel Suites LP (Vermont) (opened May 21, 2008)
- Deal Announced July 2, 2008
- Phase I and II Investor Funds were raised to build hotels and were used to purchase Jay Peak, Inc.

Chittenden Trust
Acct # Unknown

$8 M -6/16/2008
$3 M -6/17/2008

Phase I
Investor
Funds

Jay Peak Hotel Suites I LP
Phase I
Acct # 54046365

$11 M

Jay Peak Hotel Suites
LP (Vermont)
Account # 54040698

$7.6 M

Spiegel Sohmer

$13.5 M

Q-Resorts
Acct # 14294772

**Purchase
of
Jay Peak, Inc.**

Mont St. Sauveur
International Inc

Total
$13.5 M

$6.0 M

Jay Peak Hotel Suites II
Phase II
Acct # 54046370

$7 M

Unknown Raymond
James Account
Acct # 54046389

Phase II
Investor
Funds

Source of funds yet to be
established; additional document
request sent by DFR to Raymond
James on March 30, 2015

2

USAO-EXEC00032856



USAO-EXEC00032857

**GSI of Dade County Transactions**



USAO-EXEC00032858





USAO-EXEC00032859

Attorney Client Privilege

**Financial Overview of Q Burke Mountain Resort**
**and Conference Center L.P. ("Q Burke")**

**People's United Bank**

- *Q Burke escrow numbered 75-C009-97-6 – Opened August 2013 to Present*
  - Escrow account where an investor's $500,000 investment is deposited; the link includes an investor summary spreadsheet showing the investor's name, deposit date, escrow release date and the account it was sent to; also includes the statements from August 2013 to December 2015

- *Q Burkes admin fee escrow numbered 72-C245-80-9 – Opened August 2013 to Present*
  - Administrative fee escrow where an investor's $50,000 administrative fee is deposited; the link includes records from August 2013 to October 2015

- *Q Burke Operating account numbered 6500346886 – Opened August 2013 to Present*
  - Operating account where almost all Q Burke money funneled down to; expenses largely paid out of this account – link includes all statements from August 2013 to September 2015 as well as an excel spreadsheet with the transactions

**Raymond James**

- *Q Burke Brokerage account number 28847674 – Opened August 2013 to December 2014*
  - Brokerage account where funds from escrow were transferred until approximately November 2014. Link includes all account statements and an excel spreadsheet contains an overview flow of funds visual for aggregate funds moving in and out of this account.

**Merrill Lynch**

- *Q Burke account numbered 87-D3530– Opened January 2015 to Present*
  - Account that begin receiving escrow transfers in January 2015 until the State of Vermont began oversight on the escrow account in July 2015. After that date escrow funds moved directly to the People's United operating account to pay general contractor. Link includes account statements from January 2015 to October 30, 2015 and an excel spreadsheet contains an overview flow of funds visual for aggregate funds moving in and out of this account.

**Citibank**

- *Q Burke account numbered 9138995929 – Opened March 2015 to Present*
  - Account received approx. $5.1 million from Merrill Lynch and sent most of those funds to the People's United operating account. The link includes account statements from March 2015 to January 2016 and an excel spreadsheet contains an overview flow of funds visual for aggregate funds moving in and out of this account.

# State of Vermont
## Department of Financial Regulation
### Confidential Material

Project Overview prepared by the Securities Division of the Department of Financial Regulation (the "Department") for the Department's General Counsel's Office

**Subject to: (i) Executive Privilege; (ii) Attorney-Client Privilege; and (iii) Attorney-Work Product**



**Vermont Department of Financial Regulation**

1

## Background on the source of information

The information contained herein is derived from analyzing:

- eight years of financial records for 43 entities

- 54 accounts at Chittenden / People's United Bank

- 23 accounts at Raymond James and Associates

- 8 accounts at JP Morgan

- 13 accounts at Merrill Lynch

- 13 accounts at Citibank

- 19 other miscellaneous accounts at 9 other financial institutions

- approximately 86,132 pages of financial records in total

- over 1,500 emails and other written correspondence between key EB-5 principles and various financial institutions

- contracts and invoices for the four largest contractors and reconciling them with payments received from Jay Peak EB-5 Entities

## Jay Peak EB-5 Overview

1) Personal Enrichment of Ariel Quiros and Family

2) Purchase of the Jay Peak Resort

3) Backfilling: Paying Old Project Expenses with New Investor Money

4) Purchase of the Burke Mountain Resort

5) Purchase of the AnC Bio Project Site

6) Resulting Financing Gap

# Personal Enrichment of Ariel Quiros & Family

## Purchase of 400 Fifth Avenue Condominium



**Funds Sourced from Investor Money**

**Q-Resorts**
Acct # 14294772

$3,816,000
12/01/2011

**GSI of Dade County**
Acct #6321932

$3,816,000
12/02/2011

**Ariel & Okcha Quiros**
Acct #60307460

$3,816,000
12/02/2011

**Louis Ruggiero Client Trust Account**

12/6/2011 – Ariel & Okcha Quiros Execute deed on 400 Fifth Avenue condominium with a purchase price of $4,149,369. Louis Ruggiero filed property transfer and deed with City of New York on 12/8/11.

5

**Purchase of 400 Fifth Avenue Condominium**



## Purchase of 220 Riverside Boulevard Condominium



Louis Ruggiero
Client Trust Account

Q-Resorts
Acct # 14294772

$238,500
4/23/2013

Ariel & Okcha Quiros
Acct #60307460

$2,200,000
5/30/2013

GSI of Dade County
Acct #60321932

$2,200,000
5/30/2013

Funds Sourced from
Investor Money

6/6/2013 – POA giving Louis Ruggiero authority to execute documents relating to purchase of property located at 220 Riverside Boulevard.

7/18/2013 – Ariel & Okcha Quiros Execute deed on 220 Riverside Boulevard condominium with a purchase price of $2,385,000.

7/22/13 – Louis Ruggiero filed property transfer and deed with City of New York on.

# Purchase of 220 Riverside Boulevard Condominium

## As known as: TRUMP PLACE NEW YORK





**Purchase of 220 Riverside Boulevard Condominium**

Serving as Nicole Quiros' Residence

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**GSI Of Dade County**
111 NE 1St St
4Th Floor
Miami, FL 33132

Citibank
1685 Washington Ave, Miami

63-9655
2660

**Check Date 4/17/2015**    **Check Number 10019**

$*****2,306.80

Pay *Two Thousand Three Hundred Six Dollars and Eighty Cents*

To the Order of:

**Nicole Quiros**
220 Riverside Blvd
Apt 18L
New York, NY 10069

PAY EXACTLY $2,306.80
10019

Authorized Signature

⑈⑈010019⑈⑈ ⑆266086554⑆ 9⑈38995932⑈⑈

## Purchase of 4452 Darling Hill Property



Funds Sourced from Investor Money

$431,240.83
12/21/2012

Q-Resorts
Acct # 14294772

$431,240.83
12/21/2012

GSI of Dade County
Acct #60321932

$431,240.83
12/21/2012

Ariel & Okcha Quiros
Acct #60307460

$431,240.83
12/21/2012

Mark Bertolini
Client Trust Account

12/24/2012 –Ariel & Okcha Quiros Execute deed on Darling Hill property with a purchase price of $437,500.

Plus an additional **$28,853.00** to renovate the property

## Other Purchases with Investor Money

**Vehicles**: $69,452 on a Range Rover Defender; $67,000 on a excavator; $1,896.71 per month on a leased Porsche; $17,500 on a 1942 Ford GPW

**Association Fees**: $15,048 on residence in Key Biscayne; $143,568 business condominium Miami; $$6,300 on parking in Miami

**Attorney Fees**: $47,500 on divorce attorney; Richardson & Patel, $150,000 on SEC attorneys for Ariel Quiros; $15,000 on personal attorney Brian Hersh; $40,000 to Fred Burgess for consulting

**Credit Cards**: over $157,859 on American Express payments; over $23,500 on Capital One payments

$1,100,000 to purchase the Tango Grill Restaurant in Miami, Florida

$1,401,482.50 to purchase the properties located in downtown Newport known as the Renaissance Block from the Spates Family

## Ariel Quiros Leveraging Investor Funds to Pay Personal Taxes



Collateral for Loan

Securities Intermediary
Pershing LLC
Acct #

1)  $15,000,000
2)  $2,000,000

Citibank

$6,000,000 Loan
Acct # 100AFL315104
4/14/2015

Second to last day to
file a Form 4868 for
the 2014 tax year

GSI of Dade County
Acct # 9139082336

$6,000,000
4/22/2015

Ariel & Okcha Quiros
MIA Expense Account
Acct # 9139153362

Citibank Personal
Account Number

Ariel Quiros Social
Security Number and the
automatic personal tax
extension

13

# Purchase of Jay Peak Resort

## Purchase of Jay Peak Resort: Negotiating the Deal

- Jay Peak, Inc. was incorporated in 1955; purchased by Mont Saint-Sauveur International ("MSSI") in 1978 and operated by Bill Stenger as its President since 1984.

- In 2006 & 2008 respectively, ACCD approved the two initial Jay Peak EB-5 Projects known as Phase I & II. By June 2008, both limited partnerships had raised millions of dollars for the construction of the Phase I & II.

- In 2006, MSSI looks to sell Jay Peak following the death of its principal shareholder and initiates discussions with Bill Stenger who recruits Jay Peak Resort homeowner, Ariel Quiros, to help finance the possible acquisition.

- Serious discussions begin in or about January 2008 and Ariel Quiros impresses upon Bill Stenger that his relationship with Raymond James will help with the financing the transaction.

- As part of the negotiations, Ariel Quiros wanted confirmation that the EB-5 monies raised to date existed since the new owner would be assuming construction obligations for Phases I & II.

14

# Purchase of Jay Peak Resort: June 23, 2008 Closing



Spiegel
Sohmer
a v o c a t s
l a w y e r s

June 18, 2008

Mr. Joel Burstein
Raymond James & Associates Inc.
2525 Ponce de Leon Blvd.
Suite 600
Coral Gables, Florida
33134

RE:   **Account Number 54040698**
      **Jay Peak Hotel Suites LP**

Dear Joel,

Further to our telephone conversation of this morning and your letter of yesterday, we would like to confirm the following:

1.   Raymond James is lending QResorts Inc. the funds necessary for the purchase of the Jay Peak Resort;

2.   We will work with Mr. Quiros' attorney to determine the precise amount required for this transaction and notify you of same;

3.   We will also establish with Mr. Quiros' attorney the mechanism to close, including the simultaneous wiring of funds to a number of different entities upon the closing of this transaction, so that amounts will be paid directly to both Saint-Sauveur Valley Resorts ("SSVR") and the secured creditors at the same time, in order for SSVR to be able to deliver clear title to the assets of the Jay Peak Resort;

4.   The funds currently in account number 54040698 belong to the Jay Peak Hotel Suites Limited Partnership. These funds were invested by immigrant investors in this limited partnership and must be held and/or used strictly in accordance with the limited partnership agreement, a copy of which I understand has already been provided to you. You confirmed that these funds will not be used in any manner, including as collateral or a guarantee, to finance the Purchaser of the Jay Peak Resort.

5.   Similarly, any funds received from investors in connection with Phase II of the Jay Peak EB-5 project are subject to restrictions as to their use and investment. Since our conversation, we have been advised that these funds, together with additional funds received from Phase I investors whose applications have not yet been approved, are currently being held in an escrow account at the Chittenden Bank pursuant to an escrow agreement which we will forward to you as soon as we obtain a copy. Raymond James will have to be substituted as the Escrow Agent thereunder before the funds in these accounts may be transferred. Once again these funds may not be used in any manner, including as collateral or a guarantee, to fund the purchase of the Jay Peak Resort.

Spiegel Sohmer Inc.

5, Place Ville-Marie
Bureau 1203
Montréal, Québec
H3B 2G2
Tél.: (514) 875-2100
Fax: (514) 875-8237.8565743

**From:** Joel Burstein <Joel.Burstein@RaymondJames.com>
**Sent:** Wednesday, June 18, 2008 5:50 PM
**To:** Janice Naymark
**Cc:** Fred Burgess; Alwynn Gillett; wjkelly@mindspring.com
**Subject:** RE: Jay Peak Limited Partnership

Janice,

Ok, my apologies in not being clear. In no way am I going back on the items of our conversation, however, I do believe there was some confusion. Let me address each issue below.

1. You are correct Raymond James will be financing the transaction through QResorts Inc. as Mr. Quiros is our client.

2. You are correct we will wiring the money as instructed, it doesna€™t have to be Mr. Burgess as was written in my letter yesterday.

3. None of the funds in the MSSI Jay Peak Hotel Suites LP will be used for margin, as this was not approved by Mr. Dufour & Mr. Hebert.

Thank you.

**Joel Burstein Jr.**
*Complex Administrative Manager*
*Coral Gables - Aventura - Marathon - Dadeland - New Hampshire*
Branch 33E / 37Q / 33D / 3DB / 3CU  Speed Dial 6420
(305)461-6611 - Direct
(800)523-3295 - Toll-free
(305)529-0046 - FAX

# Purchase of Jay Peak Resort: June 23, 2008 Closing



## Ariel Quiros's Relationship with Raymond James



Nicole Quiros Burstein

Wife

Daughter

Joel Burstein
Florida Licensed Broker-Dealer
Raymond James and Associates

Client - Ariel Quiros

20

## Additional Payments for Jay Peak Resort

**$13,544,346  payment plus:**

- $2,000,000 on June 25, 2008 to SSVR Creditor

- $628,684.42 on June 30, 2008 to SSVR Creditor

- $1,500,000 on July 1, 2008 to SSVR

- $1,000,000 on August 29, 2008 to SSVR

- $500,000 on September 5, 2008 to SSVR

- $2,500,000 on September 26, 2008 to SSVR

- $1,692,784.65  in 2008 for Stratavest Bond

- $800,645.89 in 2008 to VEDA

**$24,166,460.96  total purchase price**

## Additional Transfers into Jay Peak Resort Operating Account

- $500,000 on July 28, 2008

- $500,000 on August 13, 2008

- $1,000,000 on September 18, 2008

- $500,000 on October 6, 2008

- $500,000 on October 31, 2008

- **$3,000,000 in total**

Plus   **$24,166,460.96  total purchase price**

Equals  **$27,166,460.96 of investor funds to purchase, maintain and enhance Jay Peak Resort**

21

# Backfilling: Paying Old Project Expenses with New Investor Money

# New Money Paying Old Project Expenses: Example 1



# New Money Paying Old Project Expenses: Example 2



# New Money Leveraged to Pay Quarterly Distributions Old Project Investors



25

26

# Purchase of the Burke Mountain Resort

# Ariel Quiros's Purchase of Burke Mountain Resorts



**April 15, 2015 AnC Bio Groundbreaking**

Spent $5,000 of investor funds on commemorative shovels

# Purchase of AnC Bio Project Site in Newport, Vermont

# Purchase of AnC Bio Project Site in Newport, Vermont



30

# Resulting Financing Gap

## Resulting Financing Gap

| Project | Jay Peak Hotel Suites, LP | Jay Peak Hotel Suites Phase II, LP | Jay Peak Penthouse Suites, LP | Jay Peak Golf & Mountain Suites, LP | Jay Peak Lodge & Townhouses, LP | Jay Peak Hotel Suites Stateside, LP | Jay Peak Biomedical Research Park, LP | Q Burke Mountain Resort, Hotel and Conference Center, LP | Total |
|---|---|---|---|---|---|---|---|---|---|
| Total Investors per Offering | 35 | 150 | 65 | 90 | 90 | 136 | 147 | 83 | 796 |
| Total Investment Raised | $17,500,000.00 | $75,000,000.00 | $32,500,000.00 | $45,000,000.00 | $45,000,000.00 | $68,000,000.00 | $73,500,000.00 | $48,500,000.00 | $398,000,000.00 |
| Contractor | DEW | DEW | DEW | DEW | DEW | DEW | PeakCM | PeakCM | |
| Construction Completed | Yes | Yes | Yes | Yes | Yes | No | No | No | |
| Cost to complete construction | N/A | N/A | N/A | N/A | N/A | $32,039,000.00 | $68,462,804.00 | $49,514,500.00 | |
| Remaining Investor Funds | N/A | N/A | N/A | N/A | N/A | $200,000.00 | $3,500,000.00 | $1,000,000.00 | |
| Investor Funds that may be raised via PPMs | N/A | N/A | N/A | N/A | N/A | N/A | $36,500,000.00 | $49,500,000.00 | |
| Financial Gap | N/A | N/A | N/A | N/A | N/A | ($31,839,000.00) | ($28,462,804.00) | $985,500.00 | ($59,316,304.00) |

32