NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                          Case No. 5:19-cr-76-04

William Stenger

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Friday, August 13, 2021 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Status Conference.

Location: Courtroom 110                                JEFFREY S. EATON, Clerk
                                                                               By: */s/ Elizabeth S. Britt*
                                                                               Deputy Clerk
                                                                               8/9/2021

TO:

Nicole P. Cate, AUSA
Jessee Alexander-Hoeppner, Esq.
Paul J. Van de Graaf, AUSA

Brooks G. McArthur, Esq.
David J. Williams, Esq.

Sunnie Dunath, Court Reporter