SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                          Case No. 5:19-cr-76-04

William Stenger

TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m. on Friday, August 13, 2021 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Change of Plea Hearing.

| | |
|---|---|
| Location: Courtroom 110 | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM 8/13/2021 at 11:30 am* | By: */s/ Elizabeth S. Britt* |
| | Deputy Clerk |
| | 8/12/2021 |

TO:

Nicole P. Cate, AUSA
Paul J. Van de Graaf, AUSA
Jessee Alexander-Hoeppner, Esq.

Brooks G. McArthur, Esq.
David J. Williams, Esq.

Sunnie Dunath, Court Reporter