# U.S.A. v. William Stenger
## Docket No. 5:19-CR-00076-04

# EXHIBIT LIST

1. Michael Pieciak Timeline, 7/14/16
2. Groff to Williams, 6/7/21; Williams to Groff, 6/7/21
3. Agenda for meeting, 8/25/14
4. Shumlin to Donegan and Moulton, 9/29/14
5. Edwards Wildman draft report, 11/3/14
6. Partial hearing transcript, 5/27/21
7. Raymond to Quiros, 12/3/14
8. Gordon to Pieciak, 2/27/15
9. DFR press release, 2/19/15
10. Shumlin FBI interview, 4/29/21 (filed under seal)
11. Records related to Quiros application for Goldman Sachs loan
12. Technology Tree International, Inc.
13. *Kelly, et al. v. Hinson and Siratt*, 387 S.W.3d 906 (Tx. App. 2012)
14. Gulisano to Quiros, 6/14/15
15. E. Miller FBI interview, 3/14/19 (filed under seal)
16. Donegan FBI report, 1/25/19 (filed under seal)
17. E. Miller FBI report, 4/6/21 (filed under seal)
18. Pieciak IRS interview, 7/24/19 (filed under seal)
19. Pieciak FBI interview, 11/19/18 (filed under seal)
20. Dumornay to Pieciak, 2/24/15
21. Pieciak to Klein, 3/3/15
22. Donegan to Stenger, 3/8/15
23. Raymond James response to DFR's request for records, 3/10/15
24. Raymond James Investment Account Summary, June 16 to June 30, 2008
25. James to Pieciak, 3/10/15
26. Donegan IRS interview, 1/24/20 (filed under seal)
27. Moulton FBI interview, 12/7/18 (filed under seal)
28. Moulton FBI interview, 6/18/21 (filed under seal)
29. Shumlin FBI interview, 6/17/19 (filed under seal)
30. Donegan to Kelly, 3/27/15
31. Kessler to Fuchs-Sindler, 3/31/15

32. Raymond to Moulton, 5/22/15
33. FBI Case Opening, 6/16/15 (filed under seal)
34. Pieciak Memo to File, 12/18/15
35. Kessler FBI interview, 6/27/18 (filed under seal)
36. Moulton deposition excerpts, 6/21/21
37. Donegan to Kelly, 7/13/15
38. Excerpts from QBurke's Amended PPM
39. Cassetty to Kline, 4/5/16
40. USCIS "Notice of Action: Request for Information," 7/8/16
41. Moulton to USCIS, 8/25/16 and excerpt from Response to Request for Information
42. London FBI interview, 1/11/19 (filed under seal)
43. State complaint filed in Washington County Superior Court, 4/14/16
44. Griffin to Van de Graaf, 9/12/19
45. DFR Excel Spreadsheet Q Burke Mountain Investors