# Exhibit 1

**From:** Pieciak, Michael [Michael.Pieciak@vermont.gov]
**Sent:** Thursday, July 14, 2016 4:28 PM
**To:** London, Sarah
**Subject:** Timeline
**Attachments:** Jay Peak Timeline.docx


Hi Sarah – Please find attached. Please let me know if you have any questions.

Michael S. Pieciak
Commissioner
Vermont Department of Financial Regulation
Phone: (802) 828-2380
Email: michael.pieciak@vermont.gov

| Date | Event |
|---|---|
| 12/22/14 | DFR/ACCD signed MOU to give certain responsibilities to DFR |
| 1/21/15 | DFR Received AnC Amended and Restated Private Placement Memorandum (ARPPM) |
| 1/28/15 | DFR met with lawyers of the project and provided a list of 18 points regarding the ARPPM and previous communications with ACCD for project to address. |
| 2/3/15 | Revised ARPPM submitted |
| 2/3/15 | DFR asked for revised language re: SEC investigation |
| 2/5/15 | Primmer submits new ARPPM with revised SEC language |
| 2/10/15 | Presented letter agreement and financial review requirement to Primmer on Conference Call |
| 2/11/15 | DFR talked on the phone with Primmer about letter agreement requirements. |
| 2/11/15 | DFR sent Primmer final draft of letter agreement |
| 2/12/15 | Conference call with primmer to discuss audit requirement. DFR Requested additional use of proceeds to date |
| 2/18/15 | Mr. Stenger met with Commissioner in Person. |
| 2/20/15 | Primmer sent a letter with use of proceeds for AnCBioVT and executive summary of Frost Sullivan Marketing Study |
| 2/20/15 | DFR responded by reiterating that an audit is required, and why certain holds can remain in place without too much disruption; and required even further SEC Disclosure language with specific instructions |
| 2/26/15 | Primmer emailed a revised letter agreement; a list of IP and where it is registered. |
| 2/28/15 | DFR Replied with a final letter agreement draft, stating that substantively non-negotiable |
| 3/1/15 | Primmer sent a letter written by Patel Richardson summarizing Raymond James Accounts – Triggers suspicion |
| 3/1/15 | DFR initiates an investigation |
| 3/2/15 | Primmer Sent an updated draft of SEC disclosure. |
| 3/2/15 | DFR Responded reiterating need not to qualify or characterize the SEC investigation, requiring disclosure regarding the escrow agreement and that approval of ARPPM is contingent upon agreement to an audit. |
| 3/2/15 | First records request to Raymond James. |
| 3/3/15 | Public Records Request for ACCD-DFR MOU |
| 3/4/15 | DFR fulfilled Public Records Request |
| 3/5/15 | Primmer submitted another draft letter agreement and final marketing study. |
| 3/6/15 | DFR sent letter rejecting substantive edits to the letter agreement and reiterating that we are not negotiating further points of the letter agreement. Take it or leave it. |
| 3/9/15 | Primmer sent DFR PPM. |
| 3/11/15 | Primmer provided "AnC Bio Binder" of internally prepared exhibits. |
| 3/12/15 | Commissioner Donegan met in person Bill Stenger regarding letter agreement for Financial review. |
| 3/15/15 | Conference Call between DFR and Primmer counsel to finalize letter agreement. |
| 3/16/15 | Stenger and Quiros send letter promising to give DFR what they want, short of a financial Review |
| 3/16/15 | Stenger contacts Liz Miller at Govs office to complain about letter agreement |
| 3/18/15 | CohnReznick makes contact with AnC Bio representatives (Primmer and Kelly) |
| 3/26/15 | DFR received 1st Amendment to QBurke PPM |

| Date | Description |
|---|---|
| 3/27/15 | Commissioner Donegan met with Gov. Shumlin, Sec. Moulton, Bill Stenger, Ariel Quiros and Bill Kelly – they refuse to sign letter agreement for financial review, ask to switch focus to Q-Burke |
| 3/31/15 | Cohn Reznick sends AnC Bio document request list to initiate financial review. |
| 3/31/15 | DFR informed Liz Miller and Sarah London |
| 4/1/15 | First subpoena sent |
| 4/2/15 | Cohn Reznick sends contacts Bill Kelly re: QBurke Financial Review |
| 4/2/15 | Primmer provides QBurke PPM amendment |
| 4/3/15 | DFR receives final escrow language for AnC Bio. |
| 4/7/15 | Bill Kelly tells CohnReznick claims confidentiality issues. |
| 4/9/15 | Public Records Request from VTDigger re: "Specifically, I am requesting communication, including attachments, from 12/1/14 to the present between and among: <br><br> Susan Donegan, commissioner of DFR <br> Employees of the securities division of DFR <br> Pat Moulton, commissioner of ACCD <br> Brent Raymond, Vermont Regional EB-5 Center director <br> John Kessler, general counsel <br> Bill Kelly, counsel for Ariel Quiros <br> Ariel Quiros, developer of Jay Peak and AnC Bio Vermont <br> Bill Stenger, developer of Jay Peak and AnC Bio Vermont <br> Attorneys for the developers of Jay Peak and AnC Bio Vermont <br><br> Any other individual, whether a public or elected official or a private citizen, who has corresponded with any of the above listed individuals regarding the Jay Peak, AnC Bio Vermont and Q Burke projects. |
| 4/13/15 | Meeting between Commissioner Donegan and principles. |
| 4/21/15 | Meeting between Kelly, Stenger and Commissioner, memorialized in a letter dated same day; regarding QBurke. |
| 4/23/15 | Bill Kelly replies to 4/21 letter clarifying which parts they will deign to comply with |
| 4/27/15 | Meeting with Stenger, Kelly, Quiros, Commissioner Donegan, Secretary Moulton, Liz Miller, Sarah London at DFR to discuss use of QBurke Funds – First threatened shut down. |
| 5/3/15 | Mike Pieciak and Emily Kisicki go to SEC offices in Miami |
| 5/21/15 | CohnReznick sent QBurke Document Request Sent to Principles |
| 7/15/15 | QBurke MOU deemed effective – (No escrow agreements yet) |
| 8/10/15 | AG updated |
| 9/3/15 | DFR informed Darren Springer |
| 9/4/15 | U.S. Attorney, FBI, and IRS informed |
| 9/10/15 | Governor informed |
| 9/16/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 9/25/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 9/30/15 | QBurke Partial response to financial review subpoena |
| 10/2/15 | SEC, FBI, DFR, AG, IRS Conference Call |

| Date | Description |
|---|---|
| 10/5/15 | AG/DFR Meeting |
| 10/7/15 | Engaged CohnReznick as part of Investigation |
| 10/8/15 | AG/DFR Meeting |
| 10/8/15 | Public records request |
| 10/9/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 10/16/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 10/20/15 | Investigation team meeting |
| 10/21/15 | Governor's office updated |
| 10/23/15 | Pieciak/Kline meeting |
| 10/23/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 10/29/15 | Investigation Team Meeting |
| 10/30/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 11/2/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 11/3/15 | Investigation Team Meeting |
| 11/5/15 | Investigation Team Meeting |
| 11/6/15 | Investigation team meeting |
| 11/9/15 | Investigation team meeting |
| 11/10/15 | AG/DFR Conference Call |
| 11/13/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 11/16/15 | Investigation team meeting |
| 11/20/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 12/3/15 | SEC, FBI, DFR, AG, IRS Conference Call |
| 12/17/15 | Initial Accountant Analysis presentation to investigation team |
| 12/15/15 | Public Records request from |
| 12/21/15 | Investigation Team Meeting |
| 12/23/15 | AG/DFR Meeting |