# Exhibit 3

## AGENDA

8/25/14
Mtg. w/ Liz Miller
Jeb Spaulding

1. Brief Background

2. Amend all MOUs of projects that haven't received I-829 approval to require independent financial audit (independent financial audit in updated MOU)

3. Fees

4. Executive Role

ACCD022231