**Exhibit 30**

| | |
|---|---|
| From: | Donegan, Susan </O=STATE.VT.US/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SUSAN.DONEGAN> |
| Sent: | Friday, March 27, 2015 5:40 PM |
| To: | 'wjkelly@mindspring.com' |
| Subject: | DFRs response to today's meeting for AnC Bio and QBurke |

Dear Mr. Kelly,

I am in receipt of both your communications. Thank you for following up quickly. I think we are fairly close in our understanding of the conversation earlier today. I present the following strategy for going forward with two Jay Peak projects: AnC Bio and QBurke.

### AnC Bio Project

Your recollection appears to be in sync with mine. As I mentioned, the Private Placement Memorandum (PPM) has been approved by the Department of Financial Regulation (DFR). We are agreeable to lifting the Construction Hold, Use of Subscribed Proceeds Hold and Marketing Hold to allow the project to solicit new funds with the following conditions: 1) New Proceeds raised are placed in a new escrow account and 2) will only be released upon completion of a financial review to DFR's satisfaction or on an investor-to-investor basis, upon I-526 petition approval by USCIS, in order to put the funds "at risk".

### QBurke Project

I differ slightly with your description of how to go forward with QBurke but I think we arrive at the same destination: allowing the project to proceed. Your financial display of funds provided today is not a substitute for a financial review. Since it was determined that the QBurke project was subject to time pressure, I suggest the following approach to this project: 1) DFR will push QBurke's financial review to the front of the line (put AnC Bio on hold for the moment) and start that task immediately. Our accountants have been informed of the switch; and 2) when DFR approves an amended PPM that reflects the same SEC disclosure as contained in the AnC Bio PPM, we will allow the business to continue. This should be seamless. We did receive another PPM from Primmer this afternoon. A quick look shows some typos and a possible incorrect date. We will work to get a cleaned up version on Monday after we have had a chance to fully review the document. Thank you getting that to us promptly. I think this approach satisfies your concern over delays but permits us to do the necessary financial review.

I appreciate the unequivocal statements made by you and Mr. Stenger and Mr. Quiros to fully cooperate with my department in our financial reviews. As I explained, we are focused on understanding the flow and use of funds for the projects as well as making sure that disclosures are adequate. The sooner we can examine documents and have questions answered, the sooner we can arrive at conclusions. Our accountants will be submitting a Document Request for both AnC Bio and QBurke early next week. These requests are meant to assist you in gathering books, records, electronic files and documents in anticipation of their arrival on site. Once the accountants have their documentation, they will first start with QBurke's analysis and then complete AnC Bio. I think this is the best route.

You mentioned that it was suggested that Jay Peak and the State have a joint media response concerning recent press. I will leave that up to others to decide how to handle.

Please do not hesitate to contact me further.

Sincerely,

Susan

VT-DFR00200878
USAO-DFR00102319
USAO-DFR00102319

5756908

Susan L. Donegan, Commissioner
Vermont Department of Financial Regulation
89 Main Street
Montpelier, Vermont 05620
USA
(+1) 802-828-3301
susan.donegan@state.vt.us

VT-DFR00200879
USAO-DFR00102320
USAO-DFR00102320

5756909