# Exhibit 31

**From:** London, Sarah [Sarah.London@state.vt.us]
**Sent:** Wednesday, April 01, 2015 12:16 AM
**To:** Kessler, John
**Subject:** Re: AnC Bio PPM Approval

Thanks

Sent from my iPad

On Mar 31, 2015, at 6:33 PM, Kessler, John <John.Kessler@state.vt.us> wrote:

> Sarah
>
> I couldn't figure out the bcc on OWA from home, so here's my notice to Miami SEC that DFR approved the PPM for AnC Bio. They had stressed the importance of us letting them know if there was a change in status.
>
> JK
>
> ---
>
> **From:** Kessler, John
> **Sent:** Tuesday, March 31, 2015 6:28 PM
> **To:** fuchst@sec.gov; jamesb@sec.gov
> **Cc:** Raymond, Brent; Moulton, Pat; Cassetty, Dave; Donegan, Susan
> **Subject:** AnC Bio PPM Approval
>
> Trisha and Brian
>
> In compliance with your pending request to keep you advised of the suspension of AnC Bio's marketing of its PPM and any change in its status, I am writing to let you know that I learned late today that the state's Department of Financial Regulation has approved AnC Bio's updated PPM for marketing to investors. As you know, as of the beginning of the year, DFR agreed to assume the responsibility for determining whether or not the AnC Bio PPM satisfied all applicable securities requirements.
>
> I haven't been involved in or briefed on DFR's work, so I am unable to provide any details on the process or the outcome. I do understand that there may be some arrangement being made for AnC Bio to allow DFR to conduct some form of financial review, but that is all I know. If you need additional information, you should contact Susan Donegan, Commissioner of DFR.
>
> John Kessler