**GOVERNMENT'S BRIEF REGARDING
WILLIAM STENGER'S RELEVANT CONDUCT**

INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Choi email 7/7/2009 |
| 2 | Choi email forward with attachment 7/30/2009 |
| 3 | MOU between AnC Bio Inc and AnC Bio Vermont LLC 10/23/2009 |
| 4 | The Newport Daily Express news article 9/30/2009 |
| 5 | Mulkin Interview 5/25/2018 |
| 6 | The Caledonia Record article 7/30/2011 |
| 7 | Stenger email and packet of FDA correspondence 7/30/2010 |
| 8 | Ary Quiros email 9/22/2011 |
| 9 | Stenger letter to FDA 1/14/2011 |
| 10 | Stenger email 2/14/2011 |
| 11 | Choi email 3/23/2011 |
| 12 | Letter from Stenger to Wentz 5/18/2011 |
| 13 | Excerpted Amended Offering Memorandum |
| 14 | Stenger email 1/22/2013 |
| 15 | Quiros email 11/30/2011 |
| 16 | Kelly email with AnC Bio VT financials attachment 5/28/2012 |
| 17 | Gulisano email with attachment 5/31/2012 |
| 18 | Stenger email 8/20/2012 |
| 19 | Kelly email with attachment 6/12/2012 |
| 20 | Excerpted Original Offering Memorandum |
| 21 | Excerpt of USCIS Economist AnC Job Calculation Spreadsheet |
| 22 | Stenger email 11/7/2012 |
| 23 | Stenger marketing letter with attachments 9/2012 |
| 24 | Choi email 10/1/2012 |
| 25 | Kelly email 5/1/2013 |
| 26 | Ike Lee email with attachment 4/21/2013 |
| 27 | Stenger email 1/31/2015 and Power Point |
| 28 | Kelly email with attachment 10/26/2013 |
| 29 | Kelly email 1/7/2014 |
| 30 | Jake email 6/27/2014 |
| 31 | Humbert letter to Kessler 2/15/2013 |
| 32 | Stenger Email 2/27/2013 |
| 33 | Request for Evidence to Shen 10/11/2013 |
| 34 | Raymond email 10/17/2013 |
| 35 | Ike Lee email 10/24/2013 |

| 36 | AnC Bio Business Plan 8/2012 |
|---|---|
| 37 | Choi email with attachment 10/23/2013 |
| 38 | Choi email 10/24/2012 |
| 39 | Andra Miller interview 9/17/19 |
| 40 | Stenger Letter to USCIS 10/29/2013 |
| 41 | Choi email 12/31/2013 |
| 42 | Stenger memorandum 2/2014 |
| 43 | Ike Lee email 5/2/2014 |
| 44 | Ike Lee email 5/5/2014 |
| 45 | Stenger text messages 5/21/2014 |
| 46 | Stenger email 11/7/2014 |
| 47 | Stenger email attaching memo 1/2/2015 |
| 48 | Stenger letter to Moulton with attachments 1/8/2015 |
| 49 | Stenger email 1/5/2015 |
| 50 | Wong email 1/7/2015 |
| 51 | Wong email 1/9/2015 |
| 52 | Frost and Sullivan AnC Packet 3/2015 |
| 53 | Stenger response to VTDigger 11/13/2015 |
| 54 | Stenger email 4/2/2015 |
| 55 | Stenger letter to potential investors 8/14/2015 |
| 56 | Quiros letter 11/16/2007 |
| 57 | Kelly email with attachment 12/14/2007 |
| 58 | Stenger memorandum 1/25/2008 |
| 59 | Term Sheet 2/4/2008 |
| 60 | Conference call minutes 2/15/2008 |
| 61 | Quiros fax 3/12/2008 |
| 62 | Scribner email 5/15/2008 |
| 63 | Scribner email chain 6/17/2008 |
| 64 | Burstein email and PowerPoint 3/24/2008 |
| 65 | Stenger memorandum 4/2/2008 |
| 66 | Stenger memorandum 4/16/2008 |
| 67 | Quiros email 4/22/2008 |
| 68 | Naymark email 5/23/2008 |
| 69 | Naymark  email 5/20/2008 |
| 70 | Gillett letter 6/18/2008 |
| 71 | Stenger email 6/18/2008 |
| 72 | Stenger letter 6/23/2008 |
| 73 | Stenger letter 6/30/2008 |
| 74 | QResorts contract 9/17/2008 |
| 75 | Lama Declaration 3/3/2016 |
| 75 | Lama Declaration 3/3/2016 |

| | |
|---|---|
| 76 | Webster email 6/3/2008 |
| 77 | Laplante email 6/5/2008 |
| 78 | Stenger email 6/10/2008 |
| 79 | Stenger memo 6/10/2008 |
| 80 | Dupont interview 5/10/2016 |
| 81 | Dupont email with attachment 1/27/2009 |
| 82 | Stenger letter 5/25/2008 |
| 83 | Dupont email 1/28/2009 |
| 84 | Dupont email 2/12/2009 |
| 85 | Dupont email 3/9/2008 |
| 86 | Dupont email 3/18/2008 |
| 87 | Carpenter interview 4/6/2016 |
| 88 | Stenger email 4/7/2011 |
| 89 | Webster email 1/7/2009 |
| 90 | Mallah Furman review 3/25/2010 |
| 91 | Hulme email 5/25/2010 |
| 92 | Hulme email with attachments 8/31/2010 |
| 93 | Carpenter Declaration 10/30/2015 |
| 94 | Gulisano letter 3/12/2011 |
| 95 | Stenger email with attachment 5/16/2011 |
| 96 | Stenger email 5/23/2011 |
| 97 | Stenger email 8/25/2015 |
| 98 | Stenger email 8/25/2011 |
| 99 | Stenger email 7/2/2011 |
| 100 | Hulme emails 9/12/2010 |
| 101 | Gulisano email with attachment 10/26/2011 |
| 102 | Stenger email 10/12/2011 |
| 103 | Hulme email with attachment 12/30/2011 |
| 104 | Stenger email 1/8/2012 |
| 105 | Kelly email 1/11/2012 |
| 106 | Gulisano email 1/11/2012 |
| 107 | Lodge and Townhouse Payback Chart |
| 108 | Bennett email with attachment 1/27/2012 |
| 109 | Hulme email 2/9/2012 |
| 110 | Stenger email 2/10/2012 |
| 111 | Stenger email 2/13/2012 |
| 112 | Hulme email 2/13/2012 |
| 113 | Stenger letter 2/14/2012 |
| 114 | Hulme email 2/16/2012 |
| 115 | Lindsey email 2/23/2012 |
| 116 | Stenger letter 2/24/2012 |

| | |
|---|---|
| 117 | Quiros fax 2/24/2012 |
| 118 | Stenger letter 2/27/2012 |
| 119 | Lindsey email 2/28/2012 |
| 120 | Brinson email with attachments 2/29/2012 |
| 121 | Hulme letter 2/28/2012 |
| 122 | Kelly email with attachments 3//7/2012 |
| 123 | Candido interview 9/9/2019 |
| 124 | Balance Sheets 12/31/2011 |
| 125 | Stateside Authorizations |
| 126 | Gulisano email with attachments 9/6/2012 |
| 127 | Kelly email 2/13/2013 |
| 128 | Choi email 9/22/2011 with excerpt of attachment |
| 129 | Choi email with attachment 11/22/2012 |
| 130 | Kelly email 12/26/2012 |
| 131 | Gulisano email with attachment 11/20/2013 |
| 132 | Gulisano email 2/21/2014 |
| 133 | Stenger text messages 9/26/2013 |
| 134 | Stenger text messages 9/25/2013 |
| 135 | Quiros letter 10/14/2013 |
| 136 | Stenger authorizations 2/24/2014 |
| 137 | Gulisano email 2/25/2014 |
| 138 | Kim and Jang Declarations 5/25/2014 |
| 139 | Stenger text messages 5/22/2014 |
| 140 | Stenger text messages 5/23/2014 |
| 141 | Gordon email 5/25/2014 |
| 142 | Gordon billing records 5/27/2014 |
| 143 | Stenger authorizations 6/17/2014, 8/26/2014 and 10/1/2014 |
| 144 | Stenger text messages 5/21/2015 |
| 145 | Stenger text messages 6/17/2015 |
| 146 | Stenger text messages 7/10/15 |
| 147 | Stenger text to Quiros 7/12/2015 |
| 148 | SEC Subpoena for QResorts 5/29/2013 |
| 149 | SEC subpoena for Jay Peak, Inc. 7/2/2013 |
| 150 | Kelly email 11/10/2013 |
| 151 | Stenger email with attachment 11/11/2013 |
| 152 | Jay Peak SEC production 11/22/2013 |
| 153 | Kelly email 12/9/2013 |
| 154 | Stenger email 12/10/2013 |
| 155 | Gordon letter with production 12/16/2013 |
| 156 | Stenger SEC Interview at 47-67 |
| 157 | Stenger SEC interview at 303-307 |

| | |
|---|---|
| 158 | Kessler letter 11/7/2014 |
| 160 | Gordon letter 11/24/2014 |
| 161 | Scribner email 11/24/2014 |
| 162 | Stenger email 8/4/2014 |
| 163 | Raymond email 12/3/2014 |
| 164 | Kelly chart 2/20/2015 |
| 165 | AnC expenditures 3/11/2015 |
| 166 | Gordon letter 2/27/2015 |
| 167 | Stenger email 12/4/2014 |
| 168 | Stenger email 3/4/2015 |
| 169 | Stenger email 2/25/2013 |
| 170 | Stenger email 4/2/2013 |
| 171 | Stenger email 5/3/2013 |
| 172 | Button email with attachments 5/21/2013 |
| 173 | Stenger email 5/13/2013 |
| 174 | Stenger email 8/6/2013 |
| 175 | Raymond email 9/7/2012 |
| 176 | The New York Times article 12/30/2012 |
| 177 | 2013 marketing brochure |
| 178 | 2014 marketing brochure |
| 179 | Stenger email with attachment 10/15/2013 |
| 180 | Agenda 6/27/2014 |
| 181 | Kessler letter 7/9/2014 |
| 182 | Stenger email 4/2/2015 |
| 183 | Shen email 7/18/14 |
| 184 | Button email 7/25/2014 |
| 185 | Stenger email 7/23/2014 |
| 186 | Campbell email 2/15/2016 |
| 187 | Davis email 10/8/2015 |
| 188 | June 2015 EB-5 News |
| 189 | Stenger emails 8/26/2015 |
| 190 | Stenger email 5/14/2014 |
| 191 | Kelly email 11/12/2014 |
| 192 | Stenger email 6/03/2015 |
| 193 | Gordon email 3/5/2015 |
| 194 | Leamy email 11/24/2015 |
| 195 | Stenger letter 9/14/2015 |
| 196 | Ary Quiros email with attachment 8/4/2009 |
| 197 | Choi email 6/26/2013 |
| 198 | Ike Lee email with attachment 10/23/2013 |
| 199 | Kevin Lear letter to Cavin Jang 12/18/2013 |

| | |
|---|---|
| 200 | David Gordon letter to SEC 3/13/2014 |
| 201 | Frost and Sullivan document to Stenger 01/07/2015 |
| 202 | Hulme email 5/2/2011 |
| 203 | Stenger authorization 12/12/2012 |
| 204 | Stenger authorization 4/9/2013 |
| 205 | Stenger email 06/24/2014 |
| 206 | Stenger email 9/16/2015 |
| 207 | Stenger email 10/30/15 |