REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

   v.                                   Case No. 5:19-cr-76-4

William Stenger

TAKE NOTICE that the above-entitled case has been rescheduled at 1:30 PM on Tuesday, December 28, 2021, in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion for Reconsideration of [387] Protective Order (Doc. 388).

Location: Courtroom 110                          JEFFREY S. EATON, Clerk

REVISED AS TO LOCATION ONLY                By: *Pamela J. Lane*
                                                              Deputy Clerk
                                                              12/21/2021

TO:

Nicole P. Cate, AUSA
Paul J. Van de Graaf, AUSA
Jessee Alexander-Hoeppner, Esq.

Brooks G. McArthur, Esq.
David J. Williams, Esq.

Russell D. Barr, Esq.
Chandler W. Matson, Esq.

Sunnie Donath, Court Reporter