UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>        v.<br><br>ARIEL QUIROS, WILLIAM KELLY,<br>WILLIAM STENGER,<br>    Defendants | )<br>)<br>)<br>)   Case No. 5:19-cr-00076<br>)<br>)<br>)<br>)<br>) |

INDEX OF EXHIBITS TO
DEFENDANT WILLIAM STENGER'S PETITION FOR WRIT OF CORAM NOBIS

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | 2/4/15 Memorandum from Smith to Cassetty | 3 |
| 1a | 2/3/15 Memorandum from Smith to Cassetty | 2 |
| 2 | 1/22/15 E-mail from Pieciak to Kessler | 4 |
| 3 | *U.S. v. Stenger*, Transcript of 8/13/21 Change of Plea Hearing | 32 |
| 4 | 4/13/15 Confidential DFR Memo | 2 |
| 5 | *U.S. v. Stenger*, Transcript of 4/14/22 Sentencing Hearing | 86 |
| 6 | 4/12/15 E-mail from Miller to Donegan | 3 |
| 7 | Excerpts from David Cassetty 12/19/22 Deposition, *Sutton v. ACCD*, Doc. No. 100-5-17 Lecv | 10 |
| 8 | 3/30/22 Subpoena to Attorney General Donovan | 5 |
| 9 | Attorney General Privilege Log | 19 |
| 10 | 2/23/23 Entry Order, *Sutton v. ACCD*, Doc. No. 100-5-17 Lecv | 8 |
| 11 | Donegan IRS and FBI interview reports (unsealed by Court Order, 1/19/22, Doc. 405) | 13 |

gravel &
shea ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 2 -

| 12 | Pieciak IRS and FBI interview reports (unsealed by Court Order, 1/19/22, Doc. 405) | 10 |
| --- | --- | --- |
| 13 | Elizabeth Miller FBI interview report (unsealed by Court Order, 1/19/22, Doc. 405 | 8 |
| 14 | Metadata for DFR Internal discussion documents disclosed to Plaintiff's counsel in *Sutton v. ACCD*, Doc. No. 100-5-17 Lecv, in March 2023 | 4 |
| 15 | DFR Internal discussion documents located in "White Notebook from Sarah" | 21 |
| 16 | Undated Privilege Log, *Sutton v. ACCD*, Doc. No. 100-5-17 Lecv | 28 |
| 17 | 2/6/15 E-mail from Kessler to Pieciak | 2 |
| 18 | 2/11/15 E-mail from Moulton to Kessler | 3 |
| 19 | 2/12/15 E-mail from Kessler to Raymond | 2 |
| 20 | 2/12/15 E-mail from Kessler to Raymond | 2 |
| 21 | 2/9/15 E-mail from Donegan to Kessler | 2 |
| 22 | 7/14/16 E-mail from Pieciak to London re Jay Peak Timeline | 6 |
| 23 | Edwards Wildman preliminary report, 11/3/14 | 5 |
| 24 | DFR/ACCD Press Release, 2/19/15 | 3 |
| 25 | 7/9/14 Letter from Kessler to Quiros, Stenger and Kelly | 6 |

gravel & shea ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

- 2 -